IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | ) | Chapter 7 |
|---|---|---|
| In re: | ) | |
| | ) | |
| BARRY PORTNOY, | ) | Case No. 14-16081-mdc |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER

Upon consideration of the motion filed by Robert H. Holber, Chapter 7 Trustee, to compel Barry Portnoy (the "Debtor") to produce documents, and it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that within seven (7) days, the Debtor shall produce the Requested Documentation (as defined in the Motion) _to the extent not already produced and including any post-petition leases_; and it is further

ORDERED, the Court shall retain jurisdiction over the Debtor's compliance with this Order.

BY THE COURT:

Dated: 7/12/16

_Magdeline D. C_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE