United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-16081-mdc
Barry Portnoy                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 2 | Date Rcvd: Jul 14, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db            +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID B. SMITH    on behalf of Debtor Barry  Portnoy dsmith@smithkanelaw.com
          DAVID B. SMITH    on behalf of Defendant Barry  Portnoy dsmith@smithkanelaw.com
          GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
          GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
          GARY DAVID BRESSLER    on behalf of Interested Party   Bonnie B. Finkel, Chapter 7 Trustee of the
           bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
          GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
          GILBERT B. WEISMAN    on behalf of Creditor   American Express Bank FSB notices@becket-lee.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   The Bank of New York Mellon
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JEROME B. BLANK    on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JON M. ADELSTEIN    on behalf of Attorney   Adelstein & Kaliner, LLC
           jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
           jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG    on behalf of Creditor   Republic First Bank d/b/a Republic Bank
           jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
           jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   Wilmington Savings Fund Society, et. al.
           paeb@fedphe.com
          KATHERINE  KAKISH    on behalf of Creditor   State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor   Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com,  lstarkman@lammlaw.com
          MARIO J. HANYON    on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor   Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney   Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL P. DONOHUE    on behalf of Defendant Barry  Portnoy mdonohue@smithkanelaw.com,
           donohue01@gmail.com
          MICHAEL P. DONOHUE    on behalf of Debtor Barry  Portnoy mdonohue@smithkanelaw.com,
           donohue01@gmail.com
          REBECCA  PRICE    on behalf of Creditor   Bank of the West rprice@thslaw.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com

District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Jul 14, 2016
                             Form ID: pdf900          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              ROBERT J. KRANDEL    on behalf of Interpleader Danielle  Portnoy rkrandel@fmglaw.com,
               mgood@fmglaw.com;biacono@fmglaw.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
              STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 32

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
|  | ) |  |
| BARRY PORTNOY, | ) | Case No. 14-16081-mdc |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## ORDER

Upon consideration of the motion filed by Robert H. Holber, Chapter 7 Trustee, to

compel Barry Portnoy (the "Debtor") to produce documents, and it appearing that the

circumstances are in favor of the granting thereof, after a hearing, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that within *seven (7)* days, the Debtor shall produce the Requested *to the extent not already produced and including any* Documentation (as defined in the Motion); and it is further *post-petition leases*

ORDERED, the Court shall retain jurisdiction over the Debtor's compliance with this

Order.

BY THE COURT:

Dated: _7/12/16_

_Magdeline D. Co_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE