IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BARRY PORTNOY, | ) Case No. 14-16081-mdc |
| | ) |
| Debtor. | ) |

## ORDER

AND NOW, this 2nd day of August, 2016, upon consideration of the Chapter 7 Trustee's Motion (the "Motion") for an order pursuant to 11 U.S.C. § 503(b)(1)(A) authorizing the Trustee to pay an administrative claim to C. Marino (as defined in the Motion), it is hereby ORDERED that

1. The Motion is GRANTED;

2. The Trustee is authorized to pay C. Marino $1,327.50 as an administrative claim;

3. The Trustee is authorized to pay C. Marino on account of any future invoices in an amount not to exceed $200.00 per invoice.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE