IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

_____

IN RE:                                            :                    Case No. 14-16081-MDC

                                                       :

BARRY PORTNOY                          :                    Chapter 7

                                                       :

_____  :

SUBSTITUION OF COUNSEL

PLEASE TAKE NOTICE that Smith Kane Holman, LLC, David B. Smith, Esquire and

Michael P. Donohue, Esquire hereby withdraw their Appearance and Braverman Kaskey PC

hereby substitutes and enters its appearance as counsel for Barry Portnoy in the above captioned

matter.

Dated: August 11, 2016                    BRAVERMAN KASKEY PC


                                                   By: */s/ John E. Kaskey*
                                                        John E. Kaskey, Esquire
                                                        1650 Market Street, 56th Floor
                                                        Philadelphia, PA  19103
                                                        (215) 575-3800
                                                        *Substituting Attorney for Barry Portnoy*


                                                   By: */s/ David L. Braverman*
                                                        David L. Braverman, Esquire
                                                        1650 Market Street, 56th Floor
                                                        Philadelphia, PA  19103
                                                        (215) 575-3800
                                                        *Substituting Attorney for Barry Portnoy*

Dated August 11, 2016                    SMITH KANE HOLMAN, LLC


                                         By: */s/ David B. Smith*
                                             David B. Smith, Esquire
                                             112 Moores Road, Suite 300
                                             Malvern, PA 19355
                                             (610) 407-7215
                                             *Withdrawing Attorney for Barry Portnoy*