**FREEMAN MATHIS & GARY, LLP**
**Attorneys at Law**
**By:     ROBERT KRANDEL, ESQUIRE**
**ID No. 89485**
**1800 John F. Kennedy Blvd**
**Suite 1500**
**Philadelphia, PA 19103**
**Phone: (267) 758-6009**
**Fax: (267) 239-0050**
**Email: rkrandel@fmglaw.com**
**Attorney for Danielle Portnoy as Trustee of the SamZach Irrevocable Trust**

| | |
|---|---|
| **IN RE:**<br><br>**BARRY PORTNOY** | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**Chapter 7**<br><br>**Case No. 14-16081 (MDC)** |

## <u>ENTRY OF APPEARANCE</u>

**TO THE CLERK:**

Kindly enter my appearance on behalf of Danielle Portnoy as Trustee of the SamZach Irrevocable Trust, in the above referenced matter.

**FREEMAN MATHIS & GARY, LLP**

Date: August 16, 2016          */s/ Robert Krandel*
                               ROBERT KRANDEL, ESQUIRE
                               Attorneys for Danielle Portnoy as Trustee of the SamZach
                               Irrevocable Trust

## <u>CERTIFICATE OF SERVICE</u>

I, **ROBERT KRANDEL, ESQUIRE**, attorney for the Danielle Portnoy as Trustee of the

SamZach Irrevocable Trust, hereby certify that a true and correct copy of an Entry of

Appearance was electronically filed with the Court and served by electronically filing on the date

set forth below upon the parties via ECF

*/s/ Robert Krandel*
ROBERT KRANDEL, ESQUIRE

Dated: August 16, 2016