FREEMAN MATHIS & GARY, LLP
Attorneys at Law
By: ROBERT KRANDEL, ESQUIRE
ID No. 89485
1800 John F. Kennedy Blvd
Suite 1500
Philadelphia, PA 19103
Phone: (267) 758-6009
Fax: (267) 239-0050
Email: rkrandel@fmglaw.com
Attorney for Danielle Portnoy as Trustee of the SamZach Irrevocable Trust

| IN RE:<br><br>BARRY PORTNOY | IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>Chapter 7<br><br>Case No. 14-16081 (MDC) |
|---|---|

## CERTIFICATE OF SERVICE

I, **ROBERT KRANDEL, ESQUIRE**, attorney for Danielle Portnoy and Danielle Portnoy as Trustee of the SamZach Irrevocable Trust, hereby certify that a true and correct copy of Danielle Portnoy and Danielle Portnoy as Trustee of the SamZach Irrevocable Trust's Opposition to the Motion of Trustee, Robert H. Holber, Esquire for an Order pursuant To 11 U.S.C. § 721, For Court Authorization to Collect Rents and Write Checks Related to Real Property was electronically filed with the Court and served by electronically filing on the date set forth below upon the parties via ECF

                                        */s/ Robert Krandel*
                                        ROBERT KRANDEL, ESQUIRE

Dated: August 16, 2016