## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| BARRY PORTNOY | : | Case No. 14-16081-MDC |
| Debtor | : | |

### STATEMENT PURSUANT TO BANKRUPTCY RULE 2016(b)

Pursuant to Bankruptcy Rule 2016(b), the undersigned files this statement of compensation by disclosing that the Debtor made payments to the undersigned on the dates and in the amounts set forth on the attached Exhibit A.

SMITH KANE HOLMAN, LLC

Date: August 22, 2016          By:    *David B. Smith*
David B. Smith, Esquire
112 Moores Road
Suite 300
Malvern, PA 19355
Tel: (610) 407-7217
Fax: (610) 407-7218
dsmith@skhlaw.com
Counsel to the Debtor

## **Exhibit A**

| Payment Date | Payment Amount |
|---|---|
| 8/23/15 | $10,000 |
| 10/19/15 | $5,000 |
| 12/23/15 | $5,000 |
| 1/13/16 | $2,500 |
| 1/23/16 | $1,176 (transcript reimbursement) |
| 2/4/16 | $2,500 |
| 2/17/16 | $2,500 |
| 3/14/16 | $2,500 |
| 3/30/16 | $2,500 |
| 4/7/16 | $2,500 |
| 5/19/16 | $2,500 |
| 6/13/16 | $1,500 |
| 7/19/16 | $4,000 |