*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barry Portnoy
    Debtor(s)

Case No: 14−16081−mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RE−SCHEDULED*
Motion to Abandon of Certain Retirement and Retirement− Related Assets Pursuant to Bankruptcy code Section 554(b) and Bsnkruptcy rule 607(b) filed by Barry Portnoy

on: 9/27/16

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/30/16

Timothy B. McGrath
Clerk of Court