IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 7 |
| **BARRY PORTNOY,** | ) |
|  | ) Case No. 14-16081-mdc |
| Debtor. | ) |
|  | ) |

## NOTICE OF HEARING ON MOTION TO SELL FREE AND CLEAR OF LIENS AND FOR APPROVAL OF CARVEOUT AGREEMENT

Robert H. Holber, Chapter 7 Bankruptcy Trustee, has filed a Motion for the entry of an Order Authorizing The Trustee to Sell Real Estate Located at 1320B Industrial Boulevard, Upper Southampton, PA 18966 Free and Clear of Liens, Claims and Interests Pursuant to Section 363(b) and (f) of Title 11 of the Bankruptcy Code and for approval of the Carveout Agreement with Republic First Bank (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, on or before **September 23, 2016** (21 days from today) you or your attorney must do all of the following:

(a) file an answer explaining your position at

Clerk of Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
GELLERT SCALI BUSENKELL & BROWN, LLC
The Curtis Center
601 Walnut Street, Suite 470 West
Philadelphia, PA 19106

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **October 4, 2016 at 11:00 a.m. in Courtroom 2**, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 2, 2016

        GELLERT SCALI BUSENKELL
        & BROWN, LLC

        /s/ Holly E. Smith
        Gary F. Seitz, Esquire
        Holly E. Smith, Esquire
        The Curtis Center
        601 Walnut Street, Suite 470 West
        Philadelphia, PA 19106
        Phone: (215) 238-0012
        Fax: (215) 238-0016
        Email: hsmith@gsbblaw.com

        Attorneys for the Chapter 7 Trustee