**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 7** |
| | : | |
| **BARRY PORTNOY,** | : | |
| | : | **Case No.  14-16081-mdc** |
| **Debtor.** | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2016, upon consideration

of the Motion of the Trustee, Robert H. Holber, Esquire, to Collect Rents and Write Checks

Related to Real Property (the "Motion"), and after notice and opportunity for a hearing, it is

hereby:

ORDERED that the Motion is granted in part; and it is further

ORDERED that the Trustee is hereby authorized to enter into and collect rents under the

Lease (as defined in the Motion); and it is further

ORDERED that the Trustee is authorized to issue payments from the rents under the

Lease, for post-petition condominium association assessments, insurance and utilities at the 1320

Property; and it is further

ORDERED that the balance of the rents collected by the Trustee under the Lease shall be

placed in the Trustee's account pending determination of any interests therein; and it is further

ORDERED that once a quarter, the Trustee shall file an accounting evidencing the

collection and disbursement of rents for the preceding quarter; and it is further

ORDERED, a continued hearing on the Motion is scheduled for Tuesday, September 13,

2016 at 11:00, at which time the parties shall be prepared to address whether: (1) there exists a

valid assignment of rents related to either of the alleged mortgages held by Danielle Portnoy or

the SamZach Irrevocable Trust; and (2) whether the Trustee should be permitted to pay insurance

premiums for the New Hope Property from assets of the Estate other than the rents from the

Lease.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE