# Exhibit A

| | |
|---|---|
| **From:** | David Smith |
| **To:** | Holly Smith; "Hugg, Jonathan W." |
| **Cc:** | Michael Donohue; Gary Seitz; Callahan, Kevin (USTP); Robert Krandel; Collura, Elizabeth F.; Baker, Frederic (USTP) |
| **Subject:** | RE: Portnoy Mediation |
| **Date:** | Thursday, March 17, 2016 3:21:47 PM |
| **Sensitivity:** | Confidential |

Confirmed.

**From:** Holly Smith [mailto:hsmith@gsbblaw.com]
**Sent:** Thursday, March 17, 2016 12:04 PM
**To:** David Smith; 'Hugg, Jonathan W.'
**Cc:** Michael Donohue; Gary Seitz; Callahan, Kevin (USTP); Robert Krandel; Collura, Elizabeth F.; Baker, Frederic (USTP)
**Subject:** RE: Portnoy Mediation
**Sensitivity:** Confidential

David – at the risk of sounding redundant, pending finalization of the stipulation, can you respond to this email confirming that the deadline to object to the Debtor's amended exemptions (currently tomorrow), is extended pending the outcome of the mediation.  Thank you.



### Holly E. Smith
**Attorney at Law**
**Gellert Scali Busenkell & Brown, LLC**

hsmith@gsbblaw.com | **P: 215-238-0012** | **F: 215-238-0016**

**The Curtis Center, 601 Walnut Street, Suite 470 West**
**Philadelphia, PA 19106**
**PLEASE NOTE THE NEW SUITE NUMBER**

**GSBBlaw.com** || **V-Card**

IRS CIRCULAR 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (i) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (ii) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

 Consider your responsibility to the environment - think before you print!

**From:** David Smith [mailto:dsmith@skhlaw.com]

**Sent:** Tuesday, March 15, 2016 11:47 AM

**To:** Holly Smith <hsmith@gsbblaw.com>; 'Hugg, Jonathan W.' <jhugg@clarkhill.com>

**Cc:** Michael Donohue <mdonohue@skhlaw.com>; Gary Seitz <gseitz@gsbblaw.com>; Callahan,

Kevin (USTP) <Kevin.P.Callahan@usdoj.gov>; Robert Krandel <rkrandel@fmglaw.com>; Collura, Elizabeth F. <ecollura@clarkhill.com>
**Subject:** RE: Portnoy Mediation
**Sensitivity:** Confidential

I am attaching a revised consent order that incorporates the comments of others. For the sake of clarity, although I used Holly's version of the document and incorporated the changes of others, all of the changes to my original version appear in redline or blue line. Since we're obviously dealing with multiple parties, I would ask that you confirm by a reply to all e-mail if the attached document is acceptable. If you have any comments, please first call me to discuss so that we can try to agree on mutually acceptable language prior to generating another version of the document. Also, if there are any issues between parties other than Mr. Portnoy, I'd ask that you first reach out to the party affected by your comment, again with the hope that any final comments can be agreed to by the parties affected prior to sending it to the group as a whole.

**From:** Holly Smith [mailto:hsmith@gsbblaw.com]
**Sent:** Wednesday, March 09, 2016 4:41 PM
**To:** David Smith; 'Hugg, Jonathan W.'
**Cc:** Michael Donohue; Gary Seitz; Callahan, Kevin (USTP); Robert Krandel; Collura, Elizabeth F.
**Subject:** RE: Portnoy Mediation
**Sensitivity:** Confidential

Sorry – I made another revision, see attached.



**Holly E. Smith**
*Attorney at Law*
**Gellert Scali Busenkell & Brown, LLC**

hsmith@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016

The Curtis Center, 601 Walnut Street, Suite 470 West
Philadelphia, PA 19106
**PLEASE NOTE THE NEW SUITE NUMBER**

**GSBBlaw.com** || **V-Card**

IRS CIRCULAR 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (i) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (ii) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

🌎 Consider your responsibility to the environment - think before you print!

**From:** Holly Smith

**Sent:** Wednesday, March 09, 2016 4:31 PM
**To:** 'David Smith' <dsmith@skhlaw.com>; 'Hugg, Jonathan W.' <jhugg@clarkhill.com>
**Cc:** Michael Donohue <mdonohue@skhlaw.com>; Gary Seitz <gseitz@gsbblaw.com>; Callahan, Kevin (USTP) <Kevin.P.Callahan@usdoj.gov>; Robert Krandel <rkrandel@fmglaw.com>; Collura, Elizabeth F. <ecollura@clarkhill.com>
**Subject:** RE: Portnoy Mediation
**Sensitivity:** Confidential

Attached is a redline with proposed revisions on behalf of the Trustee.



### Holly E. Smith
**Attorney at Law**
**Gellert Scali Busenkell & Brown, LLC**

hsmith@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016

**The Curtis Center, 601 Walnut Street, Suite 470 West**
**Philadelphia, PA 19106**
**PLEASE NOTE THE NEW SUITE NUMBER**

**GSBBlaw.com** || **V-Card**

IRS CIRCULAR 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (i) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (ii) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

 Consider your responsibility to the environment - think before you print!

**From:** David Smith [mailto:dsmith@skhlaw.com]
**Sent:** Friday, March 04, 2016 3:41 PM
**To:** 'Hugg, Jonathan W.' <jhugg@clarkhill.com>
**Cc:** Michael Donohue <mdonohue@skhlaw.com>; Gary Seitz <gseitz@gsbblaw.com>; Holly Smith <hsmith@gsbblaw.com>; Callahan, Kevin (USTP) <Kevin.P.Callahan@usdoj.gov>; Robert Krandel <rkrandel@fmglaw.com>; Collura, Elizabeth F. <ecollura@clarkhill.com>
**Subject:** RE: Portnoy Mediation
**Sensitivity:** Confidential

Please see the attached draft of a stipulation and order to effect a referral of all matters to mediation before Judge Chan.  Any proposed changes are probably best done in redline and returned to me so that I can send out a final clean copy for signature and filing.

Thanks.

**From:** Hugg, Jonathan W. [mailto:jhugg@clarkhill.com]
**Sent:** Thursday, February 25, 2016 2:51 PM
**To:** David Smith
**Cc:** Michael Donohue; Gary F. Seitz (gseitz@gsbblaw.com); Holly Smith <hsmith@gsbblaw.com> (hsmith@gsbblaw.com); Callahan, Kevin (USTP); Robert Krandel; Collura, Elizabeth F.
**Subject:** Portnoy Mediation
**Importance:** High
**Sensitivity:** Confidential

David:

Please send a letter to Judge Coleman requesting a referral of the two adversaries to Judge Chan for mediation.

Thank you.

Jonathan

### Jonathan W. Hugg
Member

CLARK HILL PLC

One Commerce Square | 2005 Market Street, Suite 1000 | Philadelphia, PA 19103
Direct Dial: 215.640.8547 | Fax: 215.640.8501 | Cell: 267.236.9477
jhugg@clarkhill.com | www.clarkhill.com
*Birmingham ▪ Chicago ▪ Detroit ▪ Grand Rapids ▪ Lansing ▪ Morgantown*
*Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Princeton ▪ Washington DC ▪ Wilmington*

Information about me