IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| BARRY PORTNOY, | : | |
| | : | Case No. 14-16081-mdc |
| Debtor. | : | |

## O R D E R

AND NOW, this __22nd__ day of __September__, 2016, upon consideration of the Motion of the Trustee, Robert H. Holber, Esquire, to Collect Rents and Write Checks Related to Real Property (the "Motion"), and after notice and opportunity for a hearing, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is hereby authorized to enter into and collect rents under the Lease (as defined in the Motion); and it is further

ORDERED that the Trustee is authorized to issue payments from the rents under the Lease, for post-petition condominium association assessments, insurance and utilities at the 1320 Property; and it is further

ORDERED that the balance of the rents collected by the Trustee under the Lease shall be placed in the Trustee's account pending determination of any interests therein; and it is further

ORDERED that once a quarter, the Trustee or his counsel shall file an accounting evidencing the collection and disbursement of rents for the preceding quarter; and it is further

ORDERED, the Trustee is authorized to pay insurance premiums for the New Hope Property, conditioned upon the following:

1. Within ten (10) days of the date of this Order, the Trustee shall demand from Wilmington Savings Fund Society and Republic First Bank (collectively, the "Mortgagees"), reimbursement for any such premium payments, to the extent the Mortgagees have a secured interest in the New Hope Property; and

2. Within one (1) week after the Trustee makes the foregoing demand, the Trustee shall file with the Court a report as to the status of such requests.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE