# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| BARRY PORTNOY, | Case No. 14-16081-MDC |
| Debtor. | |

## REPUBLIC FIRST BANK'S JOINDER IN TRUSTEE'S MOTION FOR ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO SELL REAL ESTATE LOCATED AT 1320B INDUSTRIAL BOULEVARD, UPPER SOUTHAMPTON, PA 18966 FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND FOR APPROVAL OF CARVE-OUT AGREEMENT WITH REPUBLIC FIRST BANK

Creditor, Republic First Bank, by and through counsel, submits the within Joinder to the Trustee's Motion to Sell Real Estate (ECF No. 342), and for all the reasons set forth therein, respectfully requests this Honorable Court grant the Motion and order the relief requested.

Date:  September 23, 2016          By: */s/ Jonathan W. Hugg, Esquire*
                                            Jonathan W. Hugg
                                            Clark Hill PLC
                                            One Commerce Square
                                            29005 Market Street, Suite 1000
                                            Philadelphia, PA  19103
                                            (215) 640-8547

                                            *Counsel for Republic Bank*

205027617

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **BARRY PORTNOY,** | Case No. 14-16081-MDC |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the foregoing JOINDER IN TRUSTEE'S MOTION FOR ORDER AUTHORIZING ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO SELL REAL ESTATE LOCATED AT 1320B INDUSTRIAL BOULEVARD, UPPER SOUTHAMPTON, PA 18966 FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND FOR APPROVAL OF CARVE-OUT AGREEMENT WITH REPUBLIC FIRST BANK was served on September 23, 2016 on the following parties in this matter via this Court's electronic filing system and/or first-class mail:

| | |
|---|---|
| John E. Kaskey, Esq.<br>David L. Braverman, Esq.<br>Joshua B. Kaplan, Esq.<br>Braverman Kaskey, P.C.<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103<br>*Counsel for Debtor* | Kevin Callahan, Esq.<br>U.S. Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |
| Gary F. Seitz, Esq.<br>Gellert Scali Busenkell & Brown<br>601 Walnut Street, Suite 280 South<br>Philadelphia, PA 19106<br>*Counsel for Chapter 7 Trustee* | Jeffrey Kurtzman<br>Kurtzman Steady LLC<br>401 South 2nd Street<br>Suite 301<br>Philadelphia, PA 19147<br>*Counsel for Danielle Portnoy* |

                                               By:   */s/ Jonathan W. Hugg, Esquire*
                                                            Jonathan W. Hugg, Esquire

205027617