**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| BARRY PORTNOY, | : | Case No. 14-16081 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

**JOINDER OF DANIELLE PORTNOY AND SAMZACH IRREVOCABLE TRUST TO
OPPOSITION OF BARRY PORTNOY TO MOTION OF CHAPTER 7 TRUSTEE FOR
AN ORDER AUTHORIZING THE SALE OF 1320 INDUSTRIAL BOULEVARD,
UPPER SOUTHAMPTON, PA FREE AND CLEAR OF LIENS, CLAIMS AND
INTERESTS AND FOR RELATED RELIEF**

Danielle Portnoy and SamZach Irrevocable Trust, by and through their undersigned

attorneys, hereby join in and adopt the Opposition of Barry Portnoy to the motion of the Chapter

7 trustee for an order authorizing the sale of 1320 Industrial Boulevard, Upper Southampton, PA

free and clear of liens, claims and interests and for related relief [Doc. No. 342].

Dated:  September 23, 2016          **KURTZMAN | STEADY, LLC**

                                    By: _____
                                        Jeffrey Kurtzman, Esquire
                                        401 S. 2nd Street, Suite 200
                                        Philadelphia, PA  19147
                                        Telephone: (215) 839-1222
                                        Email:  kurtzman@kurtzmansteady.com

                                    Attorneys for Danielle Portnoy and SamZach
                                    Irrevocable Trust

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| BARRY PORTNOY, | : | Case No. 14-16081 (MDC) |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2016, he caused a copy of the foregoing Joinder of Danielle Portnoy and SamZach Irrevocable Trust to Opposition of Barry Portnoy to Motion of Chapter 7 Trustee for an Order Authorizing the Sale of 1320 Industrial Boulevard, Upper Southampton, PA Free and Clear of Liens, Claims and Interests and for Related Relief to be served upon all parties via the Court's CM/ECF electronic filing system.

JEFFREY KURTZMAN