United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 2           Date Rcvd: Sep 23, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db            +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com, hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com, hsmith@gsbblaw.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Creditor Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2              Date Rcvd: Sep 23, 2016
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com, lstarkman@lammlaw.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              REBECCA  PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT J. KRANDEL    on behalf of Interpleader Danielle  Portnoy rkrandel@fmglaw.com,
               mgood@fmglaw.com;biacono@fmglaw.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com, BLR@Pietragallo.com
              STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 49
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| BARRY PORTNOY, | : | |
| | : | Case No. 14-16081-mdc |
| Debtor. | : | |

## O R D E R

AND NOW, this __22nd__ day of __September__, 2016, upon consideration of the Motion of the Trustee, Robert H. Holber, Esquire, to Collect Rents and Write Checks Related to Real Property (the "Motion"), and after notice and opportunity for a hearing, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is hereby authorized to enter into and collect rents under the Lease (as defined in the Motion); and it is further

ORDERED that the Trustee is authorized to issue payments from the rents under the Lease, for post-petition condominium association assessments, insurance and utilities at the 1320 Property; and it is further

ORDERED that the balance of the rents collected by the Trustee under the Lease shall be placed in the Trustee's account pending determination of any interests therein; and it is further

ORDERED that once a quarter, the Trustee or his counsel shall file an accounting evidencing the collection and disbursement of rents for the preceding quarter; and it is further

ORDERED, the Trustee is authorized to pay insurance premiums for the New Hope Property, conditioned upon the following:

1. Within ten (10) days of the date of this Order, the Trustee shall demand from Wilmington Savings Fund Society and Republic First Bank (collectively, the "Mortgagees"), reimbursement for any such premium payments, to the extent the Mortgagees have a secured interest in the New Hope Property; and

2. Within one (1) week after the Trustee makes the foregoing demand, the Trustee shall file with the Court a report as to the status of such requests.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE