# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **BARRY PORTNOY,** ) | |
| ) | **Case No. 14-16981(MDC)** |
| ) | |
| **Debtor.** ) | |
| ) | |

### ENTRY OF APPEARANCE OF STEVEN E. OSTROW AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for EVC Turnpike Dr., LLC ("EVC"), and requests that all notices given or required to be given and all papers served or filed in connection with this Chapter 7 case be given to and served upon:

>Steven E. Ostrow, Esquire
>White and Williams LLP
>1650 Market Street, 18th Floor
>One Liberty Place
>Philadelphia, PA 19103
>Telephone: (215) 864-7000
>Telecopier: (215) 864-7123
>ostrows@whiteandwilliams.com

September 28, 2016

**WHITE AND WILLIAMS LLP**

/s/ *Steven E. Ostrow*
Steven E. Ostrow (PA I.D. No. 50568)
White and Williams LLP
1650 Market Street, 18th Floor
One Liberty Place
Philadelphia, PA 19103
(215) 864-7000
(215) 864-7123 (facsimile)
ostrows@whiteandwilliams.com

17848729v.1

## CERTIFICATE OF SERVICE

I certify that on this 28th day of September, 2016, I caused to be served a true and correct copy of my foregoing Entry of Appearance and Request for Service of Papers upon all parties registered for receipt of electronic notices by operation of the Court's CM/ECF filing system.

**WHITE AND WILLIAMS LLP**

/s/ *Steven E. Ostrow*_____
Steven E. Ostrow (PA I.D. No. 50568)
1650 Market Street, 18th Floor
One Liberty Place
Philadelphia, PA 19103
(215) 864-7000 (phone)
(215) 864-7123 (facsimile)
ostrows@whiteandwilliams.com
*Attorney for EVC Turnpike Dr., LLC*

17848729v.1