IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-16081-MDC |
| | : | |
| BARRY PORTNOY | : | Chapter 7 |
| | : | |

ORDER GRANTING THE DEBTOR'S MOTION FOR THE
SCHEDULING OF AN EXPEDITED HEARING ON THE DEBTOR'S
MOTION TO COMPEL ACCESS TO, AND TO REMOVE,
NON-ESTATE PROPERTY AND FOR AN ACCOUNTING

AND NOW, this __28th__ day of September 2016, upon consideration of Barry Portnoy's Motion to Compel Access to, and to Remove, Non-Estate Property and for an Accounting (the "Motion"), and request for expedited hearing thereon, and for GOOD CAUSE shown

IT IS ORDERED, as follows:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be and hereby is scheduled on __October 14__, 2016, at __11:00 a.m.__, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee and the Chapter 7 Trustee by facsimile transmission or e-mail transmission no later than 5:00 p.m. on _September 29_____, 2016. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 above.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
United States Bankruptcy Judge