# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| **BARRY PORTNOY,** ) | |
| ) | Case No. 14-16981(MDC) |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF UPSET BID OF EVC TURNPIKE DR., LLC

**PLEASE TAKE NOTICE** that with respect to the Motion for Entry of Order Authorizing Robert H. Holber, Chapter 7 Trustee to Sell Real Estate Located at 1320B Industrial Boulevard, Upper Southampton Township, PA 18966 ("Property") Free and Clear of Liens, Claims and Interests and for Approval of Carve-Out Agreement with Republic First Bank (Dkt. No. 342), EVC Turnpike Dr., LLC, 2910 Franks Rd., Suite 3, Huntingdon Valley, PA 19006, by its undersigned counsel, hereby submits its upset bid of $640,000.00 for the Property subject to the terms of its agreement of sale served this date on Robert H. Holber, Chapter 7 Trustee of the Debtor's estate and the Office of the United States Trustee.

September 30, 2016

                            **WHITE AND WILLIAMS LLP**

                            /s/ *Steven E. Ostrow*
                            Steven E. Ostrow (PA I.D. No. 50568)
                            White and Williams LLP
                            1650 Market Street, 18th Floor
                            One Liberty Place
                            Philadelphia, PA 19103
                            (215) 864-7000
                            (215) 864-7123 (facsimile)
                            ostrows@whiteandwilliams.com

17850199v.1

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of September, 2016, I caused to be served a true and correct copy of the foregoing Notice of Upset Bid of EVC Turnpike Dr., LLC upon all parties registered for receipt of electronic notices by operation of the Court's CM/ECF filing system.

**WHITE AND WILLIAMS LLP**

/s/ *Steven E. Ostrow*
Steven E. Ostrow (PA I.D. No. 50568)
1650 Market Street, 18th Floor
One Liberty Place
Philadelphia, PA 19103
(215) 864-7000 (phone)
(215) 864-7123 (facsimile)
ostrows@whiteandwilliams.com
*Attorney for EVC Turnpike Dr., LLC*

17850199v.1