# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-16081-MDC |
| BARRY PORTNOY | : | Chapter 7 |

## **CERTIFICATION**

I, John E. Kaskey, an attorney in the law firm of Braverman Kaskey PC, do hereby certify that in conformance with the Court's Order dated September 28, 2016, that prior to 5:00 p.m. on September 29, 2016, I served the United States Attorney and the Chapter 7 Trustee, by email, with a copy of: (1) the Court's Order granting expedited hearing on the Debtor's Motion to Compel Access to, and to Remove, Non-Estate Property and For an Accounting; (2) the Debtor's Motion to Compel Access to, and to Remove, Non-Estate Property and For an Accounting; and (3) the Debtor's Motion for the Scheduling of an Expedited Hearing on his Motion to Compel Access to, and Remove, Non-Estate Property and For an Accounting.

DATED: September 30, 2016     */s/John E. Kaskey*
John E. Kaskey, Esquire
Braverman Kaskey PC
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA   19103-7334
(215) 575-3800
Attorneys for Barry Portnoy