**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | ) | |
| --- | --- | --- |
| | ) | **Chapter 7** |
| **BARRY PORTNOY,** | ) | |
| | ) | **Case No. 14-16081-mdc** |
| Debtor. | ) | |

**SUPPLEMENTAL CERTIFICATION OF SERVICE**

The undersigned certifies that on September 28, 2016, the Motion of the Chapter 7 Trustee for an Order Authorizing The Trustee to Sell Real Estate Located at 1320B Industrial Boulevard, Upper Southampton, PA 18966 Free and Clear of Liens, Claims and Interests Pursuant to Section 363(b) and (f) of the Bankruptcy Code and for Approval of the Carveout Agreement with Republic First Bank (the "Motion") was served upon the following parties in the manner set forth below:

**Via Electronic Mail**
Adam Laschner
NAI/Mertz
adam.lashner@naimertz.com

/s/ Holly E. Smith___
Holly E. Smith

Dated: October 17, 2016