UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 14-16081-mdc |
|---|---|
| BARRY PORTNOY, | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## ORDER

AND NOW, this **1st** day of **November**, 2016, upon consideration of the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. (the "Trustee") for Leave to File a Reply in Further Support of the Motion for Leave to File a Proof of Claim As Timely (the "Motion") and after notice, and consideration of any objections, and opportunity for a hearing thereon, sufficient cause appearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and it is further

2. **ORDERED** that the Trustee is granted leave to file the Reply attached as exhibit A to the Motion; and it is further

3. **ORDERED** that this Order shall be effective immediately upon its entry; and it is further

4. **ORDERED** that this Court shall retain jurisdiction to resolve any disputes arising under or relating to this Order.

BY THE COURT:

_____
Magdeline D. Coleman, United States Bankruptcy Judge