United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16081-mdc
Barry Portnoy                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 2            Date Rcvd: Nov 04, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry    Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry    Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael    Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha    Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle    Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary    Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle    Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry    Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry    Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com

```
District/off: 0313-2          User: Christina          Page 2 of 2          Date Rcvd: Nov 04, 2016
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
           jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
           jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
           jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
           paeb@fedphe.com
          JOSHUA B. KAPLAN    on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com, lmstarkman@flammlaw.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
          REBECCA   PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT J. KRANDEL    on behalf of Interpleader Danielle   Portnoy rkrandel@fmglaw.com,
           mgood@fmglaw.com;biacono@fmglaw.com
          SARAH R. GOODMAN    on behalf of Creditor Michael   Carson SRG@Pietragallo.com, BLR@Pietragallo.com
          STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 51
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY, | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

### STIPULATION AND ORDER REGARDING HEARING ON MOTION OF BONNIE B. FINKEL, ESQ., CHAPTER 7 TRUSTEE FOR THE ESTATE OF DEMREX INDUSTRIAL SERVICES, INC. FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY

Bonnie B. Finkel, Esq., chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Demrex Industrial Services, Inc. ("Demrex"), the debtor Barry Portnoy ("Debtor,") and Republic First Bank ("Republic Bank") by and through their counsel, hereby stipulate and agree as follows:

WHEREAS the Trustee filed the Motion of Bonnie B. Finkel, Esq. Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. for Leave to File Proof of Claim as Timely [Docket Nos. 362 and 363] (the "Motion;") and

WHEREAS Debtor filed an objection to the Motion [Docket No. 376] (the "Debtor Objection;") and

WHEREAS Republic Bank filed an objection to the Motion [Docket No. 377] (the "Republic Bank Objection;") and

WHEREAS a hearing on the Motion is scheduled for November 1, 2016 at 10:30 a.m. (the "Hearing;") and

WHEREAS the Trustee, the Debtor and Republic Bank (collectively, the "Parties") agree and stipulate, subject to decision by this Court, that the Hearing on the Motion shall be bifurcated such that the only matter to be heard by the Court on November 1, 2016 (the "Hearing Date")

392

shall be whether under 11 U.S.C. §105(a), Federal Rules of Bankruptcy Procedure 3002(c) and 9006(b), or otherwise, the time to file a proof of claim may be extended in a chapter 7 case on grounds other than those listed in Fed.R.Bankr.P. 3002(c)(1) through (6); and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Hearing on the Motion shall be bifurcated.

2. On the Hearing Date, the Court will only address the issue as to whether under 11 U.S.C. §105(a), the Federal Rules of Bankruptcy Procedure 3002(c) and 9006(b), or otherwise, the time to file a proof of claim may be extended in a chapter 7 case for grounds other than those listed in Fed.R.Bankr.P. 3002(c)(1) through (6).

3. If the Court determines that the time to file a proof of claim may be extended in a chapter 7 case for grounds other than those listed in Fed.R.Bankr.P. 3002(c)(1) through (6), a subsequent hearing date will be set to establish whether the Trustee's specific claims may be treated as filed timely in this case.

The undersigned hereby consent to the form and entry of this Stipulation.

          *Counsel to the Chapter 7 Trustee*
          *for the Estate of Demrex Industrial Services, Inc.*
          MCELROY, DEUTSCH, MULVANEY
          & CARPENTER, LLP

By:   /s/ Gary D. Bressler
        Gary D. Bressler, Esquire
        1617 JFK Blvd. Suite 1500
        Philadelphia, PA 19023-1815
        Tel: (215) 557-2900; Fax: (215) 557-2990/2991

        *Counsel to Barry Portnoy*
        BRAVERMAN KASKEY, P.C.

By:   /s/ John E. Kaskey
        John E. Kaskey, Esq.
        1650 Market Street, 56th Floor
        Philadelphia, Pennsylvania 19103
        Ph: (215) 575-3800; Fax: (215) 575-3801
        jkaskey@braverlaw.com

        *Counsel for Republic First Bank*
        CLARK HILL PLC

By:   /s/ Jonathan W. Hugg
        Jonathan W. Hugg
        One Commerce Square
        29005 Market Street, Suite 1000
        Philadelphia, PA 19103
        (215) 640-8547

**APPROVED AND SO ORDERED.**

Date: 11/1/16

*[signature]*
Honorable Magdeline D. Coleman, U.S.B.