## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| BARRY PORTNOY, | ) Case No. 14-16081-mdc |
| Debtor. | ) |

### ORDER

Upon consideration of the Application of Trustee to Employ Star Real Estate Group, Inc. as Real Estate Broker, and after notice and opportunity for hearing, it is hereby;

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain Star Real Estate Group, Inc. as Real Estate Broker for the Trustee as provided in the Application, to receive compensation subject to allowance by the court upon application to the Court on adequate notice to all parties in interest.

BY THE COURT:

Dated:  November 4, 2016

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:   Debtor
      Office of the United States Trustee
      Creditors
      Real Estate Broker
      Chapter 7 Trustee