United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Barry Portnoy
    Debtor

Case No. 14-16081-mdc
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Nov 07, 2016
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.
```
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
r              +Star Real Estate Group, Inc.,    c/o Richard Astrella,    510 Walnut Street,    Suite 100,
                 Philadelphia, PA 19106-3623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br*            +Star Real Estate Group, Inc.,    c/o Richard Astrella,    510 Walnut Street,    Suite 100,
                 Philadelphia, PA 19106-3623
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Nov 07, 2016
                              Form ID: pdf900             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@clarkhill.com,    sradcliff@clarkhill.com;aporter@clarkhill.com;
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@clarkhill.com,    sradcliff@clarkhill.com;aporter@clarkhill.com;
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of   Andrew R. Vara kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,    lmstarkman@flammlaw.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              REBECCA   PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT J. KRANDEL    on behalf of Interpleader Danielle   Portnoy rkrandel@fmglaw.com,
               mgood@fmglaw.com;biacono@fmglaw.com
              SARAH R. GOODMAN    on behalf of Creditor Michael   Carson SRG@Pietragallo.com,    BLR@Pietragallo.com
              STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 51
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 <br> ) <br> ) |
| BARRY PORTNOY, | ) Case No. 14-16081-mdc <br> ) |
| Debtor. | ) <br> ) |

## ORDER

Upon consideration of the Application of Trustee to Employ Star Real Estate Group, Inc. as Real Estate Broker, and after notice and opportunity for hearing, it is hereby;

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain Star Real Estate Group, Inc. as Real Estate Broker for the Trustee as provided in the Application, to receive compensation subject to allowance by the court upon application to the Court on adequate notice to all parties in interest.

BY THE COURT:

Dated: November 4, 2016

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc: Debtor
     Office of the United States Trustee
     Creditors
     Real Estate Broker
     Chapter 7 Trustee