**FREEMAN MATHIS & GARY, LLP**
**Attorneys at Law**
**By:    ROBERT KRANDEL, ESQUIRE**
**ID No. 89485**
**1800 John F. Kennedy Blvd**
**Suite 1500**
**Philadelphia, PA 19103**
**Phone: (267) 758-6009**
**Fax: (267) 239-0050**
**Email: rkrandel@fmglaw.com**
**Attorney for Non-Party, Danielle Portnoy**

| | |
|---|---|
| **IN RE:**<br><br>**BARRY PORTNOY** | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISCTRIC OF PENNSYLVANIA**<br><br>**Chapter 7**<br><br>**Case No. 14-16081 (MDC)**<br><br><br>**WITHDRAWL OF APPEARANCE** |

<u>**WITHDRAWL OF APPEARANCE**</u>

**TO THE CLERK:**

Kindly withdraw my appearance on behalf of Non-Party, Danielle Portnoy, in the above

referenced matter.


**FREEMAN MATHIS & GARY, LLP**


Date: November 21, 2016        */s/ Robert Krandel*
                               ROBERT KRANDEL, ESQUIRE
                               Attorneys for Non-Party,
                               Danielle Portnoy

1786369_1

## <u>CERTIFICATE OF SERVICE</u>

I, **ROBERT KRANDEL, ESQUIRE**, attorney for Non-Parry, Danielle Portnoy, hereby

certify that a true and correct copy of an Entry of Appearance was electronically filed with the

Court and served by electronically filing on the date set forth below upon all parties of record via

ECF.


*/s/ Robert Krandel*
ROBERT KRANDEL, ESQUIRE

Dated: November 21, 2016

1786369_1