IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BARRY PORTNOY | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 14-16081 |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES ROBERT H. HOLBER, TRUSTEE and renders the following Report of Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. ROBERT H. HOLBER, TRUSTEE of the Chapter 7 estate has received sale funds from sale of property of the estate.

2. Property of which the debtor had an interest was sold on November 9, 2016. Attached hereto, made a part hereof, marked as Exhibit "A" is a true and correct copy of a Closing Disclosure Report.

3. The Trustee received gross proceeds of $780,000.00 which have been placed into a Trustee account for the Bankruptcy Estate.

Dated: December 1, 2016

_____
Chapter 7 Trustee
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
Phone: 610-565-5463

DATE: 11/09/16

FILE NO. PAPA16-4145
OFFICE: Philadelphia
CLOSER: K. Salaam

SELLER: Robert H. Holber, Chapter 7 Trustee for the Estate of Barry Portnoy
BUYER: EVC Turnpike Dr., LLC.
PREMISES: 1320 Industrial Blvd Building Bay Number 2, Southampton, PA

| CONSIDERATION/CREDIT TO SELLER | | | | $760,000.00 |
|---|---|---|---|---|
| 2016 County, Township and Hydrant Taxes | | 11/9/2016 to 12/31/2016 | | $962.03 |
| 2016/2017 School Taxes | | 11/9/2016 to 6/30/3017 | | $12,192.20 |
| November Condo Fees | | 11/9/2016 to 11/30/2016 | | $1,038.01 |
| | | | | |
| | | TOTAL | | $774,132.24 |
| PAID ON ACCOUNT/CREDIT TO BUYER | | | | |
| November Rent | 11/9/2016 to 11/30/2016 | | $6,066.69 | |
| 1 Month Security Deposit and Last Month Rent | | | $17,333.54 | |
| Escrow Deposit | | | $35,000.00 | |
| | | TOTAL | | $58,400.23 |
| | | BALANCE DUE SELLER | | $735,732.01 |

| SETTLEMENT WITH SELLER | | | SETTLEMENT WITH PURCHASER | | |
|---|---|---|---|---|---|
| | | | BALANCE DUE SELLER | | $735,732.01 |
| 2016 Real Estate Taxes qd B 11/30 | Bucks County TCB | $26,924.24 | Title premium (owner $760,000.00; loan $525,000.00) | | $4,591.90 |
| 2016 County, Township, Hydrant | Upper Southampton Twp. | $6,771.26 | Owner End: 610 | | $50.00 |
| Duplicate Bill Fee | Upper Southampton Twp. | $8.00 | Lender End: 710, 610, 010, 1100, 300, 100 | | $400.00 |
| 2016/2017 School Taxes | Centennial School District | $19,093.71 | (2) CPL's | | $125.00 |
| Duplicate Bill Fee | Centennial School District | $5.00 | RECORDING /Deed, Mortgage and ARL | | $900.00 |
| Sewer | Upper Southampton Twp. | $142.03 | Good Standing & Corporate Tax Cert - INA | | $37.00 |
| Tax Cert Reimbursement | | $135.00 | | | |
| Transfer Tax | | $7,500.00 | Transfer Tax | | $7,500.00 |
| Pre-Petition Condo Fees | Southampton Industrial Mews | $15,002.26 | Origination Fee | TD Bank, NA | $2,500.00 |
| Post Petition Condo Fees | Southampton Industrial Mews | $41,060.66 | Appraisal Fee | POC | $2,353.00 |
| Resale Cert | Southampton Industrial Mews | $150.00 | Environmental Fee | POC | $1,537.00 |
| | | | Judgment Search | TD Bank, NA | $40.00 |
| | | | Flood Search | TD Bank, NA | $5.00 |
| TRANSFER TAX | | | Tax Fee | TD Bank, NA | $162.50 |
| NOTARY FEES | | | Documentation Fee | TD Bank, NA | $350.00 |
| HELD FOR | | | | | |
| | | | December Condo Fee | Southampton Industrial Mews | $1,462.88 |
| TOTAL DISBURSEMENTS | | $117,032.07 | | | |
| BALANCE DUE SELLER | | $735,732.01 | | | |
| DEPOSITED BY PURCHASER | | | Funds Needed to Complete Closing | | $764,266.19 |
| | | | LESS DEPOSIT | | $525,000.00 |
| TOTAL | | $735,732.01 | BALANCE DUE | | $229,266.19 |
| LESS: TOTAL DISBURSEMENTS | | $117,032.07 | | | |
| NET PROCEEDS OF SALE | | $618,749.94 | DEPOSITED BY BUYER | | |
| | | | Escrow Deposit | | |
| | | | Funds from Lender\TD Bank, NA | | $525,000.00 |
| | | | TOTAL DEPOSITS | | $525,000.00 |

The above settlement examined and approved, and copy received, in consideration of which Land Services USA, Inc. Is directed and authorized to make distribution and payments in accordance herewith. Any funds held for disposition of exceptions or the protection of the Company will to held without the payment of interest and subject to the payment of an escrow service charge of 1% (minimum charge $10.00) and any income arising from the fund shall be the property of Land Services USA, Inc.

SELLER: Robert H. Holber, Chapter 7 Trustee for the Estate of Barry Portnoy

Name: 
Title: CHAPTER 7 BANK TRUSTEE

BUYER: EVC Turnpike Dr., LLC.

Name: 
Title: Member