*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barry Portnoy

        Debtor(s)                         Case No: 14−16081−mdc

                                                      Chapter: 7

_____

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Magdeline D. Coleman ,

United States Bankruptcy Court

on 12/20/16 at 11:00 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

                        Motion for Leave to File Proof of
                        Claim as Timely Filed by Bonnie B.
                        Finkel, Chapter 7 Trustee of the
                        bankruptcy estate of Demrex
                        Industrial Services, Inc.
                        Represented by GARY DAVID

                                                      For The Court

                                                        Timothy B. McGrath
                                                        Clerk of Court

                                                                                414
                                                                               Form 150