United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-16081-mdc
Barry Portnoy                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 4                 Date Rcvd: Dec 01, 2016
                              Form ID: 150              Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
```
db          +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty          Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA  19103
md          +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
              Philadelphia, PA 19107-4299
acc         +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
              West Orange, NJ 07052-2749
i           +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp        +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr          +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
              Southampton, PA 18966-4060
i           +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
              401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr          +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
              Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
r           +Star Real Estate Group, Inc.,    c/o Richard Astrella,    510 Walnut Street,    Suite 100,
              Philadelphia, PA 19106-3623
cr          +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
              Ste. 10-240,    Detroit, MI 48202-6030
cr           Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
              Philadelphia, PA  19102
13551117     Ahern Rentals,    P. O. Box 271390,    Las Vegas, NV  89127-1390
13367628     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13376041    +Bank of the West,    c/o REBECCA PRICE,    Norris, McLaughlin & Marcus, P.A.,
              1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
13362086    +Bank of the West, Inc.,    2527 Camino Ramon,    San Ramon, CA 94583-4213
13362142    +Begley, Carlin & Mandio, LLP,    P. O. Box 308,    680 Middletown Blvd,
              Langhorne, PA 19047-1817
13362157     Berkheimer Tax Admin,    PO Box 905,    Bangor, PA  18013-0905
13362152     Central States Southeast and Southwest Areas,    Health and Welfare and Pension Funds,
              P. O. Box 5108,    Des Plaines, IL  60017-5108
13362182     Chase,    PO Box 15123,    Wilmington, DE  19850-5123
13362178     Children’s Hospital,    34th Street and Civic Center Boulevard,    Philadelphia, PA  19104
13362088    +Ciardi Ciardi & Astin,    One Commerce Square,    2005 Market Street, Suite 1930,
              Philadelphia, PA 19103-7011
13362035    +CitiMortgage, Inc.,    1000 Technology Drive,    O’Fallon, MO 63368-2240
13362087    +Cohen, Cooper, Estep & Allen,    3330 Cumberland Boulevard, Ste 600,    Atlanta, GA 30339-8100
13362146     Collection Division,    Michigan Department of Treasury,    PO Box 30199,
              Lansing, MI  48909-7699
13362181    +Danielle Portnoy,    15 Elm Road,    Newtown, PA 18940-2223
13777357    +Danielle Portnoy as Trustee of the,    SamZach Irrevocable Trust,    c/o Robert Krandel, Esq.,
              Freeman Mathis & Gary LLP,    1800 JFK Blvd., Ste. 1500,    Phila., PA 19103-7401
13362118    +Davis Bucco and Ardizzi,    10 East 6th Ave, Ste 100,    Conshohocken, PA 19428-1798
13362034    +De Lage Laden Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087-1453
13362155     Delaware Department of Labor,    Division of Unemployment Insurance,    PO Box 9953,
              Wilmington, DE  19809-0953
13362143    +Employer Charging,    PO Box 1618,    Columbus, OH 43216-1618
13362151    +Eric Heinz,    1835 Market Street,    Suite 1215,    Philadelphia, PA 19103-2912
13362112    +First Sealord Surety, Inc., in Liquidation,    PA Insurance Department-Office of,
              Liquidation Rehabilitations & Special Fu,    901 N. 7th Street, Suite 201,
              Harrisburg, PA 17102-1413
13362117    +Hoffman International, Inc.,    300 South Randolphville Road,    Piscataway, NJ 08854-4110
13362154     Louisiana Department of Revenue,    PO Box 1231,    Baton Rouge, LA  70821-1231
13362036    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: NationStar Mortgage,     350 Highland Drive,    Lewisville, TX  75067)
13362079     NJ Department of Labor and,    Workforce Development,    P. O. Box 389,    Trenton, NJ  08625-0389
13362158    +Nicholas J. Ettorre, Tax Collector,    PO Box 475,    Washington Crossing, PA 18977-0475
13362144    ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
              OKLAHOMA CITY OK 73102-8601
             (address filed with court: Oklahoma Tax Commission,     PO Box 26920,
              Oklahoma City, OK  73126-0920)
13362148     Oklahoma Employment Security Commission,    P. O. Box 52003,    Oklahoma City, OK  73152-2003
13363427     PA Department of Revenue,    P. O. Box 280604,    Harrisburg, PA  17128-0604
13362160    +PA Dept of Labor & Industry,    State Workers’ Insurance Fund,    100 Lackawanna Ave,
              PO Box 5100,    Scranton, PA 18505-5100
13362153     PA Dept. of Labor & Industry,    Employers’ Charge Section,    PO Box 67504,
              Harrisburg, PA  17106-7504
13362150    +PA Dept. of Labor and Industry,    1171 S Cameron Street,    Harrisburg, PA 17104-2542
13362145     Pennsylvania SCDU,    PO Box 69112,    Harrisburg, PA  17106-9112
13456153    +Pennsylvania State Workers’,    Insurance Fund,    Mary Woodbridge,
              State Workers’ Insurance Fund,    100 Lacakwanna Ave,    Scranton, PA 18503-1966
13362085    +Premcor Refining Group d/b/a,    Valero Port Arthur Refinery,    One Valero Way,
              San Antonio, TX 78249-1616
13362080    +R&J Trucking,    8063 Southern Boulevard,    Boardman, OH 44512-6306
13548318    +R&J Trucking Co.,    8063 Southern Boulevard,    Youngstown, OH 44512-6306
```

```
District/off: 0313-2            User: Eileen              Page 2 of 4              Date Rcvd: Dec 01, 2016
                                Form ID: 150              Total Noticed: 72


13362090       +Republic Bank,    50 S 16th St, Ste #2400,    Philadelphia, PA 19102-2526
13362180       +Revenue Collection Bureau,    5900 Torresdale Ave,    Philadelphia, PA 19135-4127
13367232       +Sam Zach Irrevocable Trust,    155 North Elm Avenue,    Newtown, PA 18940-2225
13362082       +Southampton Industrial Mews,    Condominium Association,    350 South Main Street,
                 Doylestown, PA 18901-4871
13362147        State of Connecticut,    Department of Labor,    PO Box 2940,    Hartford, CT  06104-2940
13362116       +State of Michigan,    Dept of Licensing and Regulatory Affairs,    3024 W Grand Blvd,
                 Detroit, MI 48202-6024
13531487       +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd., Ste. 10-200,
                 Detroit, MI 48202-6030
13362149        State of NJ Dept. of Labor,    Bureau of Benefit Payment Control,    PO Box 946,
                 Trenton, NJ 08625-0946
13362159        State of New Jersey,    Division of Employer Accounts,    PO Box 059,    Trenton, NJ  08625-0059
13556684        State of New Jersey Department of Treasury,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245
13362141       +The Bank of New York Mellon,    500 Grant Street - 1000,    Pittsburgh, PA 15258-0001
13362156       +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
13362083       +Van Cleef Engineering Associates, LLC,    501 North Main Street,    Doylestown, PA 18901-3405
13380253       +Wells Fargo Equipment Finance Inc.,    c/o LYNDSAY ELIZABETH ROWLAND,    The Lamm Group,
                 1608 Walnut Street, Suite 703,    Philadelphia, PA 19103-5447
13362113      #+Wells Fargo Equipment Finance, Inc.,    733 Marquette Ave., Suite 700,
                 Minneapolis, MN 55402-2340
13379924       +Wells Fargo Equipment Finance, Inc.,    c/o Lyndsay E. Rowland, Esquire,    The Lamm Group,
                 1608 Walnut Street,    Suite 703,    Philadelphia, PA 19103-5447
13362114       +Wilentz, Goldman & Spitzer,    Two Penn Center, Suite 910,    Philadelphia, PA 19102-1532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13362179        E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:00     City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA  19105
13362078       +E-mail/Text: mmcbride@cbankus.com Dec 02 2016 02:17:58     Continental Bank,
                 Attn:  Brad Jones,    15 West South Temple,    Suite 420,    Salt Lake City, UT 84101-1514
13532376       +E-mail/Text: camanagement@mtb.com Dec 02 2016 02:18:13     Hudson City Savings Bank,
                 west 80 Century Road,    Paramus, NJ 07652-1478
13367231       +E-mail/Text: camanagement@mtb.com Dec 02 2016 02:18:13     Hudson City Savings Bank,
                 80 Century Road,    Paramus,NJ 07652-1478
13363426        E-mail/Text: cio.bncmail@irs.gov Dec 02 2016 02:18:10     IRS,    C/O Special Procedures,
                 P. O. Box 7346,    Philadelphia, PA 19101-7346
13362089        E-mail/Text: MarcsBankruptcyUnit@michigan.gov Dec 02 2016 02:19:11
                 Michigan Dept. of Treasury,    PO Box 30199,    Lansing, MI  48909-7699
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Cheryl Murphy
intp           John L. Murphy
cr             Republic First Bank d/b/a Republic Bank,   Two Liberty Place,
                 50 South 16th Street, Suite 2400,   Philadelphia
cr*            American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
cr*           +Bank of the West,    2527 Camino Ramon,    San Ramon, CA 94583-4213
br*           +Star Real Estate Group, Inc.,    c/o Richard Astrella,    510 Walnut Street,    Suite 100,
                 Philadelphia, PA 19106-3623
13558210*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13565674*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 3, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Eileen                 Page 3 of 4              Date Rcvd: Dec 01, 2016
                               Form ID: 150                 Total Noticed: 72
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@clarkhill.com,   sradcliff@clarkhill.com;aporter@clarkhill.com;
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@clarkhill.com,   sradcliff@clarkhill.com;aporter@clarkhill.com;
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@clarkhill.com,   sradcliff@clarkhill.com;aporter@clarkhill.com;
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,   lmstarkman@flammlaw.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              REBECCA   PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
```

```
District/off: 0313-2          User: Eileen              Page 4 of 4          Date Rcvd: Dec 01, 2016
                              Form ID: 150              Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
          STEFAN  RICHTER    on behalf of Creditor   Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 52
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Barry Portnoy

       Debtor(s)                                 Case No: 14–16081–mdc

                                                          Chapter: 7

_____

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a Status hearing will be held before the Honorable Magdeline D. Coleman ,

    United States Bankruptcy Court

    on 12/20/16 at 11:00 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

                         Motion for Leave to File Proof of Claim as Timely Filed by Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc.
                         Represented by GARY DAVID

                                                                                      For The Court

                                                                                      Timothy B. McGrath
                                                                                      Clerk of Court

                                                                                                                 414
                                                                                                               Form 150