## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**BARRY PORTNOY**<br>Debtor | **CHAPTER 07**<br><br>BK. No. 14-16081 MDC |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 8th day of December, 2016, Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 15 GREAT HILLS ROAD, NEW HOPE, PA 18938 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED AND DECREED:** that Rule 4001(a)(3) is not applicable and **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court:

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

ROBERT H. HOLBER, ESQUIRE
(TRUSTEE)
41 EAST FRONT STREET
MEDIA, PA 19063

BARRY PORTNOY
15 GREAT HILLS ROAD
NEW HOPE, PA 18938

HOLLY ELIZABETH SMITH, ESQUIRE
THE CURTIS CENTER
601 WALNUT STREET
SUITE 470 WEST
PHILADELPHIA, PA 19103

DAVID L. BRAVERMAN, ESQUIRE
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107