**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    **BARRY PORTNOY,**<br><br>    Debtor. | Chapter 7<br><br>Case No. 14-16081-MDC |

**JOINDER IN TRUSTEE'S MOTION TO APPROVE AGREEMENT BY AND BETWEEN THE TRUSTEE AND REPUBLIC BANK TO JOINTLY PURSUE AND ALLOCATE FUNDS RECOVERED IN CONNECTION WITH CLAIMS (DKT. NO. 410)**

Republic First Bank ("Republic Bank"), by its undersigned counsel, hereby joins in the Trustee's Motion to Approve Agreement By and Between the Trustee and Republic Bank to Jointly Pursue and Allocate Funds Recovered in Connection With Claims (the "Motion") (Dkt. No. 410). For all the reasons set forth therein, as incorporated herein by reference, Republic Bank requests this Honorable Court grant the Motion.

Respectfully submitted,

By: */s/ Jonathan W. Hugg, Esquire*

Date:   12/13/16

    Jonathan W. Hugg
    Clark Hill PLC
    One Commerce Square
    29005 Market Street, Suite 1000
    Philadelphia, PA  19103
    (215) 640-8547

    *Counsel for Republic Bank*

205271656

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**BARRY PORTNOY,**<br><br>Debtor. | Chapter 7<br><br>Case No. 14-16081-MDC |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing JOINDER IN TRUSTEE'S MOTION TO APPROVE AGREEMENT BY AND BETWEEN THE TRUSTEE AND REPUBLIC BANK TO JOINTLY PURSUE AND ALLOCATE FUNDS RECOVERED IN CONNECTION WITH CLAIMS (DKT. NO. 410) was served on 13th Day of December, 2016 on the following parties in this matter via this Court's electronic filing system and/or first-class mail:

John E. Kaskey, Esq.
David L. Braverman, Esq.
Joshua B. Kaplan, Esq.
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103
*Counsel for Debtor*

Kevin Callahan, Esq.
U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary F. Seitz, Esq.
Gellert Scali Busenkell & Brown
601 Walnut Street, Suite 280 South
Philadelphia, PA 19106
*Counsel for Chapter 7 Trustee*

Albert M. Belmont, III, Esq.
Bochetto and Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102
*Counsel for Danielle Portnoy*

By:  */s/ Jonathan W. Hugg, Esquire*
Jonathan W. Hugg, Esquire

205271656