**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY, | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## CERTIFICATE OF SERVICE

    I, Gary D. Bressler, Esquire, am an attorney of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for the Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. On December 13, 2016 I caused to be served, via First Class Mail, true and accurate copies of the **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BONNIE B. FINKEL, ESQ., CHAPTER 7 TRUSTEE FOR THE ESTATE OF DEMREX INDUSTRIAL SERVICES, INC. TO TRUSTEE'S MOTION TO APPROVE AGREEMENT BY AND BETWEEN THE TRUSTEE AND REPUBLIC BANK TO JOINTLY PURSUE AND ALLOCATE FUNDS RECOVERED IN CONNECTION WITH CLAIMS** upon:

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown, LLC
The Curtis Center
601 Walnut Street, Suite 470 West
Philadelphia, PA 19106

                                                **MCELROY, DEUTSCH, MULVANEY**
                                                **& CARPENTER, LLP**

                                                */s/ Gary D. Bressler*
                                                Gary D. Bressler, Esq.
                                                1617 John F. Kennedy Blvd., Suite 1500
                                                Philadelphia, PA 19103
                                                Phone: (215) 557-2900
                                                Facsimile☏215)557-2990
                                                gbressler@mdmc-law.com

                                                *Attorneys for the Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc.*