## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| BARRY PORTNOY, | ) |
| | ) |
| Debtor. | ) Case No. 14-16081-mdc |
| | ) |

## ORDER

Upon consideration of the Notice of Abandonment filed by the Trustee on November 16, 2016 at D.I. 407 (the "Notice") and Certification of No Objection filed on January 12, 2017 at D.I. 431, it is hereby

ORDERED, the property located at 15 Great Hills Road, New Hope, Pennsylvania 18938 is hereby deemed ABANDONED by the Trustee, effective December 1, 2016.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

January 19, 2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| BARRY PORTNOY, ) | |
| ) | |
| Debtor. ) | Case No. 14-16081-mdc |
| ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below, the foregoing Certificate of No Objection to Notice of Abandonment of Property was served upon all parties requesting notice via this Court's ECF Notification System:

Dated: 1/12/2017

By: */s/ Holly E. Smith*
Holly E. Smith