United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine                Page 1 of 3           Date Rcvd: Jan 20, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db             +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Samzach Partners, L.P.
               abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,   jbaker@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
               jbaker@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party   Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,   hsmith@gsbblaw.com

```
District/off: 0313-2          User: Denine                Page 2 of 3             Date Rcvd: Jan 20, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          GEORGE   BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
           gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
           gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
           Irrevocable Trust") gbochetto@bochettoandlentz.com
          GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc.
           hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of    Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
           Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
           Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
           dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
           jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
           jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
           jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
           jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
           jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
           paeb@fedphe.com
          JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com,  lmstarkman@flammlaw.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com

```
District/off: 0313-2          User: Denine              Page 3 of 3              Date Rcvd: Jan 20, 2017
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
         MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
         REBECCA   PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
         ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
         ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com
         SARAH R. GOODMAN    on behalf of Creditor Michael   Carson SRG@Pietragallo.com,   BLR@Pietragallo.com
         STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
         STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
         THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

         TOTAL: 86

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BARRY PORTNOY, | ) |
| | ) |
| Debtor. | ) Case No. 14-16081-mdc |
| | ) |

**ORDER**

Upon consideration of the Notice of Abandonment filed by the Trustee on November 16, 2016 at D.I. 407 (the "Notice") and Certification of No Objection filed on January 12, 2017 at D.I. 431, it is hereby

ORDERED, the property located at 15 Great Hills Road, New Hope, Pennsylvania 18938 is hereby deemed ABANDONED by the Trustee, effective December 1, 2016.

BY THE COURT:

January 19, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 7 |
| BARRY PORTNOY, | )<br>) |
| Debtor. | ) Case No. 14-16081-mdc<br>) |

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below, the foregoing Certificate of No Objection to Notice of Abandonment of Property was served upon all parties requesting notice via this Court's ECF Notification System:

Dated: 1/12/2017

By:  */s/ Holly E. Smith*
     Holly E. Smith