**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY PORTNOY,<br><br>　　Debtor. | BANKRUPTCY CASE NO.: 14-16081<br><br>CHAPTER 7<br><br>Hearing Date:  March 7, 2017<br><br>Hearing Time:  10:30 a.m.<br><br>Hearing Place:  Courtroom 2 |

**NOTICE OF MOTION AND RESPONSE DEADLINE**

　　Republic First Bank, d/b/a Republic Bank, by and through its counsel, has filed the *Motion to Strike Alleged Liens* with the Court at *Document No. 436* for the entry of an Order granting Republic Bank Motion to Strike Alleged Liens in the above-captioned case.

　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 15, 2017** you or your attorney must do **ALL** of the following:

　　　　(a)　　file an objection explaining your position at

　　　　　　Clerk U.S. Bankruptcy Court
　　　　　　Robert N.C. Nix  Building
　　　　　　Sr. Federal Courthouse
　　　　　　900 Market Street, Suite 201
　　　　　　Philadelphia, PA  19107

　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b)　　mail a copy to the movant's attorney:

　　　　Jonathan W. Hugg, Esquire
　　　　Clark Hill PLC
　　　　One Commerce Square
　　　　2005 Market St, Suite 1000
　　　　Philadelphia, PA 19103
　　　　Telephone: (215) 640 8547
　　　　Facsimile:  (215) 640 8501

205427701

Email: jhugg@clarkhill.com

AND

John E. Kaskey, Esq.
David L. Braverman, Esq.
Joshua B. Kaplan, Esq.
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Gary F. Seitz, Esq.
Gellert Scali Busenkell & Brown
601 Walnut Street, Suite 280 South
Philadelphia, PA 19106
(Chapter 7 Trustee)

Kevin Callahan, Esq.
U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Albert M. Belmont, III, Esq.
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion before the Honorable Magdeline D. Coleman is scheduled to be held on **March 7, 2017 at 10:30 a.m.**, and will take place in **Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA  19107** unless the Court orders otherwise.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether any scheduled hearing has been canceled because no one filed an answer.

CLARK HILL PLC

Dated: February 1, 2017        By:   */s/Jonathan W. Hugg, Esquire*

                                                     Jonathan W. Hugg, Esquire
                                                     PA Id. No. 73589
                                                     One Commerce Square
                                                     2005 Market Street, Suite 1000
                                                     Philadelphia, PA 19103
                                                     Phone: 215-640-8547
                                                     Fax: 215-640-8501
                                                     jhugg@clarkhill.com

                                                     Attorney for Plaintiff,
                                                     Republic First Bank