## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE No. 14-16081-mdc |
|---|---|
| BARRY PORTNOY | Chapter 7 |

## STIPULATION EXTENDING TIME TO RESPOND

Movants Republic First Bank d/b/a Republic Bank **("Movant")** and the Respondents (i) Danielle Portnoy, (ii) Samantha Portnoy, (iii) Zachary Portnoy, (iv) Altchem Environmental Services, Inc., (v) Samzach Partners, L.P., (vi) Sam-Zachary Partners, LLC, (vii) BF Services, L.P., (viii) Maxis Construction Group (incorrectly sued herein as Maxsys, Inc.), (ix) Danielle Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (x) Samantha Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (xi) Danielle Portnoy as custodian for Zachary Portnoy and Samantha Portnoy, and (xii) Danielle Portnoy as Trustee of the SamZach Irrevocable Trust **("Respondents")**, by and through their counsel, hereby Stipulate and Agree that the Respondents have an extension of time from February 15, 2017 **to February 17, 2017** to file any Opposition or Response to Movant's pending "Motion of Republic First Bank to Strike Alleged Liens" (the hearing date of which is scheduled for March 7, 2017).

**IT IS SO STIPULATED AND AGREED.**

| DATED: February 13, 2017 | DATED:  February 13, 2017 |
|---|---|
| CLARK HILL PLC | BOCHETTO & LENTZ, P.C. |
| BY:  /s/ Jonathan W. Hugg<br>      Jonathan W. Hugg<br>      Clark Hill PLC | BY: /s/ Albert M. Belmont, III<br>      George Bochetto<br>      Albert M. Belmont, III |
| Attorneys for Movant Republic First Bank | Attorneys for Respondents (i) Danielle |

| | |
|---|---|
| d/b/a Republic Bank | Portnoy, (ii) Samantha Portnoy, (iii) Zachary Portnoy, (iv) Altchem Environmental Services, Inc., (v) Samzach Partners, L.P., (vi) Sam-Zachary Partners, LLC, (vii) BF Services, L.P., (viii) Maxis Construction Group (incorrectly sued herein as Maxsys, Inc.), (ix) Danielle Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (x) Samantha Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (xi) Danielle Portnoy as custodian for Zachary Portnoy and Samantha Portnoy, and (xii) Danielle Portnoy as Trustee of the SamZach Irrevocable Trust |

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated:                                              _____

**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**