United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barry Portnoy  
    Debtor

Case No. 14-16081-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Denine      Page 1 of 3      Date Rcvd: Feb 15, 2017  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.  
db            +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2017 at the address(es) listed below:

           ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Interpleader Danielle   Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant Zachary   Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant Danielle   Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant Samantha   Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com  
           ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
           DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com  
           DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com  
           DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com  
           GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com  
           GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com  
           GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com;jangelo@mdmc-law.com

```
District/off: 0313-2          User: Denine                Page 2 of 3                   Date Rcvd: Feb 15, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

             GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,  hsmith@gsbblaw.com
             GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
              gseitz@gsbblaw.com,  hsmith@gsbblaw.com
             GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
             GEORGE    BOCHETTO    on behalf of Defendant Danielle    Portnoy gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant Zachary    Portnoy gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
              of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant Samantha    Portnoy gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
              gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Interpleader Danielle    Portnoy gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
              of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
              gbochetto@bochettoandlentz.com
             GEORGE    BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
              Irrevocable Trust") gbochetto@bochettoandlentz.com
             GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha    Portnoy hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle    Portnoy hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary    Portnoy hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc.
              hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
             HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
             JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
              jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
             JEFFREY    KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant Danielle    Portnoy Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant Samantha    Portnoy Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
              Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Interpleader Danielle    Portnoy Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
              Kurtzman@kurtzmansteady.com
             JEFFREY    KURTZMAN    on behalf of Defendant Zachary    Portnoy Kurtzman@kurtzmansteady.com
             JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
             JOHN E. KASKEY    on behalf of Defendant Barry    Portnoy Jkaskey@braverlaw.com,
              dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
             JOHN E. KASKEY    on behalf of Debtor Barry    Portnoy Jkaskey@braverlaw.com,
              dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
             JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
              dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
             JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
              jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
             JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
              jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
             JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
              jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
             JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
              jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
             JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
              jhugg@clarkhill.com,  sradcliff@clarkhill.com;aporter@clarkhill.com;
             JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
              paeb@fedphe.com
             JOSHUA B. KAPLAN    on behalf of Defendant Barry    Portnoy kaplan@braverlaw.com,
              powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
             JOSHUA B. KAPLAN    on behalf of Debtor Barry    Portnoy kaplan@braverlaw.com,
              powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
             JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             KATHERINE    KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
              kakishk@michigan.gov
             KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
             KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
             KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov

```
District/off: 0313-2          User: Denine              Page 3 of 3              Date Rcvd: Feb 15, 2017
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. lrowland@starfieldsmith.com, lmstarkman@flammlaw.com
        MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
        MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
        REBECCA PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com
        SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com, BLR@Pietragallo.com
        STEFAN RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
        STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                          TOTAL: 87

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE No. 14-16081-mdc |
|---|---|
| BARRY PORTNOY | Chapter 7 |

### STIPULATION EXTENDING TIME TO RESPOND

Movants Republic First Bank d/b/a Republic Bank **("Movant")** and the Respondents (i) Danielle Portnoy, (ii) Samantha Portnoy, (iii) Zachary Portnoy, (iv) Altchem Environmental Services, Inc., (v) Samzach Partners, L.P., (vi) Sam-Zachary Partners, LLC, (vii) BF Services, L.P., (viii) Maxis Construction Group (incorrectly sued herein as Maxsys, Inc.), (ix) Danielle Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (x) Samantha Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (xi) Danielle Portnoy as custodian for Zachary Portnoy and Samantha Portnoy, and (xii) Danielle Portnoy as Trustee of the SamZach Irrevocable Trust **("Respondents")**, by and through their counsel, hereby Stipulate and Agree that the Respondents have an extension of time from February 15, 2017 **to February 17, 2017** to file any Opposition or Response to Movant's pending "Motion of Republic First Bank to Strike Alleged Liens" (the hearing date of which is scheduled for March 7, 2017).

**IT IS SO STIPULATED AND AGREED.**

| DATED: February 13, 2017<br><br>CLARK HILL PLC<br><br><br>BY: /s/ Jonathan W. Hugg<br>    Jonathan W. Hugg<br>    Clark Hill PLC<br><br>Attorneys for Movant Republic First Bank | DATED:  February 13, 2017<br><br>BOCHETTO & LENTZ, P.C.<br><br><br>BY: /s/ Albert M. Belmont, III<br>    George Bochetto<br>    Albert M. Belmont, III<br><br>Attorneys for Respondents (i) Danielle |

| | |
|---|---|
| d/b/a Republic Bank | Portnoy, (ii) Samantha Portnoy, (iii) Zachary Portnoy, (iv) Altchem Environmental Services, Inc., (v) Samzach Partners, L.P., (vi) Sam-Zachary Partners, LLC, (vii) BF Services, L.P., (viii) Maxis Construction Group (incorrectly sued herein as Maxsys, Inc.), (ix) Danielle Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (x) Samantha Portnoy as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, (xi) Danielle Portnoy as custodian for Zachary Portnoy and Samantha Portnoy, and (xii) Danielle Portnoy as Trustee of the SamZach Irrevocable Trust |

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated:  February 15, 2017

_____
**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**