## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| **BARRY PORTNOY,** | ) |
| | ) |
| Debtor. | ) Case No. 14-16081-mdc |
| | ) |

### CERTIFICATE OF NO RESPONSE

On March 31, 2017, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed the First Interim Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as Counsel to the Chapter 7 Trustee for the Period May 28, 2015 through March 29, 2017 (the "Application"). On March 31, 2017, the Trustee also filed the Notice of the Application. Responses to the Application were due on or before April 21, 2017. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 4/24/2017    GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Holly E. Smith*
Holly E. Smith, Esquire
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmith@gsbblaw.com

Counsel to the Chapter 7 Trustee