**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| : | |
| **Barry Portnoy** : | **BANKRUPTCY NO. 14-16081-mdc** |
| : | |
| **Debtor.** : | |
| : | |

### FIRST SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.BANKR.P. 2016(b)

JOHN E. KASKEY of full age, being duly sworn according to law, upon his oath, deposes and states:

1. I am an attorney-at-law in the Commonwealth of Pennsylvania and a shareholder of Braverman Kaskey P.C. ("BK"). I submit this Verified Statement pursuant to Fed.R.Bankr.P. 2016(b). BK is the attorney for the above named Debtor.

2. As disclosed in BK's original 2016 (b) statement filed on August 26, 2016 (the "Original Disclosure"), BK has agreed to render legal services to the Debtor for all aspects of the bankruptcy case which may be necessary or appropriate.

3. As disclosed in the Original Disclosure, the Debtor paid BK the sum of $10,000 as an advance payment retainer which was been deposited into BK's IOLTA account. BK was not owed any money from the Debtor prior to BK's engagement and prior to its engagement in this case, BK had not rendered any services to the Debtor.

4. Since the filing of the Original Disclosure, the Debtor has made the following additional payments to BK: (a) $6000.00 on September 15, 2016; (b) $10,000.00 on September 28, 2016; (c) $10,000.00 on January 5, 2017; (d) $10,000.00 on February 1, 2017; $10,000.00 on March 3, 2017; and (e) $10,000.00 on April 10, 2017.

5. Pursuant to § 504 of the Bankruptcy Code, no agreement or understanding exists between BK and any other person to share any compensation or reimbursement of expenses to be paid to BK in this proceeding.

6. I hereby declare that the statements set forth herein are true and that, if any of the statements are willfully false, I am subject to punishment.

BRAVERMAN KASKEY PC

*/s/John E. Kaskey*
John E. Kaskey, Esq.
1650 Market Street, 56th Floor
Philadelphia, PA   19103
(215) 575-3800

*Attorneys for Barry Portnoy*

Date: May 8, 2017