UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 7 |
|---|---|---|
| BARRY PORTNOY, | : | Case No. 14-16081-MDC |
| Debtor. | : | |

ORDER OF COURT

AND NOW, this __8th__ day of ~~October, 2016~~ *May, 2017*, it is hereby ORDERED that the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. *("DEMREX")* For Leave to File Proof of Claim as Timely (Doc. No. 362) is DENIED *without prejudice to the Chapter 7 Trustee's right to assert a claim under 11 U.S.C. § 726 (a)(2)(C)(i), or pursue a claim against the Debtor in the Chapter 7 case of DEMREX, Case No. 11-194*

BY THE COURT:

_Magdeline D. Coleman_
J.

205078080

#460