UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   : Chapter 7
                                                                         :
    BARRY PORTNOY,                                   : Case No. 14-16081-MDC
                                                                         :
        Debtor.                   :

ORDER OF COURT

AND NOW, this __8th__ day of ~~October, 2016~~ *May, 2017*, it is hereby ORDERED that the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("DEMREX") For Leave to File Proof of Claim as Timely (Doc. No. 362) is DENIED *without prejudice to the Chapter 7 Trustee's right to assert a claim under 11 U.S.C. § 726(a)(2)(C)(i), or pursue a claim against the Debtor in the Chapter 7 case of DEMREX, Case No. 11-19408*.

BY THE COURT:

_____
Magdeline D. Coleman, J.

205078080