United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-16081-mdc
Barry Portnoy                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 3              Date Rcvd: May 09, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db             +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
      ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
       Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
       dmcgravey@clarkhill.com
      DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
      DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
      GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com

```
District/off: 0313-2          User: Marie              Page 2 of 3            Date Rcvd: May 09, 2017
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
          GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GEORGE    BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc. gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC gbochetto@bochettoandlentz.com
          GEORGE    BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com
          GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JEFFREY    KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com
          JEFFREY    KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank jhugg@clarkhill.com, sradcliff@clarkhill.com;aporter@clarkhill.com;
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KATHERINE KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury kakishk@michigan.gov

```
District/off: 0313-2          User: Marie                 Page 3 of 3                   Date Rcvd: May 09, 2017
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com, arosen@starfieldsmith.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
          MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
           kbambary@nmmlaw.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
          STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 90
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> BARRY PORTNOY, <br><br> Debtor. | Chapter 7 <br><br> Case No. 14-16081-MDC |

## ORDER OF COURT

AND NOW, this __8th__ day of ~~October, 2016,~~ May, 2017, it is hereby ORDERED that the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("DemREX") For Leave to File Proof of Claim as Timely (Doc. No. 362) is DENIED without prejudice to the Chapter 7 Trustee's right to assert a claim under 11 U.S.C. § 726 (a)(2)(C)(n), or pursue a claim against the Debtor in the Chapter 7 case of DemREX, Case No. 11-19.

BY THE COURT:

_Magdeline D. Coleman_
                                                                                      J.

205078080

