**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY PORTNOY,<br><br>Debtor. | BANKRUPTCY CASE NO.: 14-16081<br><br>CHAPTER 7<br><br>Hearing Date:  June 14, 2017<br><br>Hearing Time:  10:30 a.m.<br><br>Hearing Place:  Courtroom 2 |

## AMENDED NOTICE OF MOTION AND RESPONSE DEADLINE

Republic First Bank, d/b/a Republic Bank, by and through its counsel, has filed the *Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation* with the Court at *Document No. 462* for the entry of an Order granting Republic Bank Motion to Strike Alleged Liens in the above-captioned case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 26, 2017** you or your attorney must do **ALL** of the following:

 (a) file an objection explaining your position at

 Clerk U.S. Bankruptcy Court
 Robert N.C. Nix  Building
 Sr. Federal Courthouse
 900 Market Street, Suite 201
 Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

 (b) mail a copy to the movant's attorney:

 Jonathan W. Hugg, Esquire
 Clark Hill PLC
 One Commerce Square
 2005 Market St, Suite 1000
 Philadelphia, PA 19103
 Telephone: (215) 640 8547

215866174

Facsimile: (215) 640 8501
Email: jhugg@clarkhill.com

AND

John E. Kaskey, Esq.
David L. Braverman, Esq.
Joshua B. Kaplan, Esq.
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Gary F. Seitz, Esq.
Gellert Scali Busenkell & Brown
601 Walnut Street, Suite 280 South
Philadelphia, PA 19106
(Chapter 7 Trustee)

Kevin Callahan, Esq.
U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

David B. Smith
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Michael H. Kaliner, Esq.
Adelstein & Kaliner, LLC
350 South Main Street
Suite 105
Doylestown, PA 18901

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion before the Honorable Magdeline D. Coleman is scheduled to be held on **June 14, 2017 at 10:30 a.m.**, and will take place in **Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA 19107** unless the Court orders otherwise.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether any scheduled hearing has been canceled because no one filed an answer.

CLARK HILL PLC

Dated:  June 5, 2017            By:   */s/Jonathan W. Hugg, Esquire*
                                                    Jonathan W. Hugg, Esquire
                                                    PA Id. No. 73589
                                                    William C. Price, Esquire
                                                    PA Id. No. 90871
                                                    One Commerce Square
                                                    2005 Market Street, Suite 1000
                                                    Philadelphia, PA 19103
                                                    Phone: (215) 640-8547
                                                    Fax:  (215) 640-8501
                                                    jhugg@clarkhill.com
                                                    wprice@clarkhill.com
                                                    bslaby@clarkhill.com

                                                    *Attorneys for Republic First Bank*
                                                    *d/b/a Republic Bank*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that true and correct copies of the foregoing **Amended Notice of Motion regarding Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation** was served on June 5, 2017 on the following parties in this matter via this Court's electronic filing system and/or first-class mail:

John E. Kaskey, Esq.  
David L. Braverman, Esq.  
Joshua B. Kaplan, Esq.  
Braverman Kaskey, P.C.  
One Liberty Place  
1650 Market Street, 56th Floor  
Philadelphia, PA 19103  
*Counsel for Debtor*

Kevin Callahan, Esq.  
U.S. Trustee  
Office of the U.S. Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA 19107

Gary F. Seitz, Esq.  
Gellert Scali Busenkell & Brown  
601 Walnut Street, Suite 280 South  
Philadelphia, PA 19106  
*Counsel for Chapter 7 Trustee*

David B. Smith, Esq.  
Smith Kane  
112 Moores Road, Suite 300  
Malvern, PA 19355

Michael H. Kaliner, Esq.  
Adelstein & Kaliner, LLC  
350 South Main Street  
Suite 105  
Doylestown, PA  18901

      By:    */s/ Jonathan W. Hugg, Esquire*  
             Jonathan W. Hugg, Esquire

215866174