**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY PORTNOY,<br><br>　　　　Debtor. | BANKRUPTCY CASE NO.: 14-16081<br><br>CHAPTER 7<br><br>Hearing Date:  June 28, 2017<br><br>Hearing Time:  11:00 a.m.<br><br>Hearing Place:  Courtroom 2 |

## SECOND AMENDED NOTICE OF MOTION AND RESPONSE DEADLINE

　　　Republic First Bank, d/b/a Republic Bank, by and through its counsel, has filed the *Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation* with the Court at *Document No. 462* for the entry of an Order granting Republic Bank Motion to Strike Alleged Liens in the above-captioned case.

　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 26, 2017** you or your attorney must do **ALL** of the following:

　　　　　　(a)　　file an objection explaining your position at

　　　　　　　　Clerk U.S. Bankruptcy Court
　　　　　　　　Robert N.C. Nix  Building
　　　　　　　　Sr. Federal Courthouse
　　　　　　　　900 Market Street, Suite 201
　　　　　　　　Philadelphia, PA  19107

　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　　(b)　　mail a copy to the movant's attorney:

　　　　　　Jonathan W. Hugg, Esquire
　　　　　　Clark Hill PLC
　　　　　　One Commerce Square
　　　　　　2005 Market St, Suite 1000
　　　　　　Philadelphia, PA 19103
　　　　　　Telephone: (215) 640 8547

215873741

        Facsimile:  (215) 640 8501
        Email: jhugg@clarkhill.com

        AND

        John E. Kaskey, Esq.
        David L. Braverman, Esq.
        Joshua B. Kaplan, Esq.
        Braverman Kaskey, P.C.
        One Liberty Place
        1650 Market Street, 56th Floor
        Philadelphia, PA 19103

        Gary F. Seitz, Esq.
        Gellert Scali Busenkell & Brown
        601 Walnut Street, Suite 280 South
        Philadelphia, PA 19106
        (Chapter 7 Trustee)

        Kevin Callahan, Esq.
        U.S. Trustee
        Office of the U.S. Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        Michael H. Kaliner, Esq.
        Adelstein & Kaliner, LLC
        350 South Main Street
        Suite 105
        Doylestown, PA  18901

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion before the Honorable Magdeline D. Coleman is scheduled to be held on **June 28, 2017 at 11:00 a.m.**, and will take place in **Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA  19107** unless the Court orders otherwise.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether any scheduled hearing has been canceled because no one filed an answer.

215873741          - 2 -

CLARK HILL PLC

Dated: June 6, 2017  By:  */s/Jonathan W. Hugg, Esquire*
Jonathan W. Hugg, Esquire
PA Id. No. 73589
William C. Price, Esquire
PA Id. No. 90871
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Phone: (215) 640-8547
Fax:  (215) 640-8501
jhugg@clarkhill.com
wprice@clarkhill.com
bslaby@clarkhill.com

*Attorneys for Republic First Bank
d/b/a Republic Bank*

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that true and correct copies of the foregoing **Amended Notice of Motion regarding Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation** was served on June 6, 2017 on the following parties in this matter via this Court's electronic filing system and/or first-class mail:

| | |
|---|---|
| John E. Kaskey, Esq.<br>David L. Braverman, Esq.<br>Joshua B. Kaplan, Esq.<br>Braverman Kaskey, P.C.<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103<br>*Counsel for Debtor* | Kevin Callahan, Esq.<br>U.S. Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |
| Gary F. Seitz, Esq.<br>Gellert Scali Busenkell & Brown<br>601 Walnut Street, Suite 280 South<br>Philadelphia, PA 19106<br>*Counsel for Chapter 7 Trustee* | Michael H. Kaliner, Esq.<br>Adelstein & Kaliner, LLC<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 |

            By: */s/ Jonathan W. Hugg, Esquire*
               Jonathan W. Hugg, Esquire

215873741