IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| BARRY PORTNOY, | ) Case No. 14-16081 (mdc) |
| | ) |
| Debtor | ) |
| | ) |

### ORDER GRANTING IN PART MOTION FOR ENTRY OF AN ORDER DIRECTING FORMER AND CURRENT ATTORNEYS FOR DEBTOR TO SUPPLEMENT DISCLOSURE OF COMPENSATION

AND NOW, this __17th__ day of July, 2017, upon consideration of Republic First Bank d/b/a Republic Bank's *Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation* (the "Motion"), the response thereto of Braverman Kaskey P.C., argument on June 28, 2017, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED IN PART;

2. The law firms of Adelstein & Kaliner, LLC and Smith Kane Holman, LLC (collectively, the "Law Firms") shall, by no later than twenty (20) days from the date of this Order, serve upon counsel for Republic First Bank, the Chapter 7 Trustee, and the U.S. Trustee supplemental compensation disclosures ("the "Supplemental Disclosures") for all payments received from July 2014 to January 2016 pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b); and

3. In their respective Supplemental Disclosures, the Law Firms shall identify all payments received for services rendered on behalf of debtor Barry Portnoy in connection with the above-captioned bankruptcy case, including:

    a. the amount of the payments;

    b. the dates when they received the payments;

    c. indication as to whether the payments were made by cash or check; and

    d. the identity of the source of the payments received, including, if made by check, the accountholder on the check and the issuing bank or financial institution.

4. The Law Firms shall label each page of their Supplemental Disclosures as "CONFIDENTIAL."

5. Republic First Bank, the Chapter 7 Trustee, and the U.S. Trustee (and their counsel and experts) shall not disclose, provide or transfer, directly or indirectly, any of the Supplemental Disclosures or information contained therein without an Order of the Court.

BY THE COURT:

_Magdeline D. C_____
The Honorable Magdeline D. Coleman