United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-16081-mdc
Barry Portnoy                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 3            Date Rcvd: Jul 19, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DAVID B. SMITH    on behalf of Attorney   SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com

```
District/off: 0313-2                  User: Antoinett              Page 2 of 3                   Date Rcvd: Jul 19, 2017
                                      Form ID: pdf900              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GEORGE  BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc.
               hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
```

```
District/off: 0313-2          User: Antoinett            Page 3 of 3              Date Rcvd: Jul 19, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com, arosen@starfieldsmith.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
          MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
           kbambary@nmmlaw.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com, BLR@Pietragallo.com
          STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          Stephen G. Harvey    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com
          Stephen G. Harvey    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 94
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **Chapter 7** |
| | ) |
| BARRY PORTNOY, | ) **Case No. 14-16081 (mdc)** |
| | ) |
| Debtor | ) |
| | ) |

## ORDER GRANTING IN PART MOTION FOR ENTRY OF AN ORDER DIRECTING FORMER AND CURRENT ATTORNEYS FOR DEBTOR TO SUPPLEMENT DISCLOSURE OF COMPENSATION

AND NOW, this __17th__ day of July, 2017, upon consideration of Republic First Bank d/b/a Republic Bank's *Motion for Entry of an Order Directing Former and Current Attorneys for Debtor to Supplement Disclosure of Compensation* (the "Motion"), the response thereto of Braverman Kaskey P.C., argument on June 28, 2017, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED IN PART;

2. The law firms of Adelstein & Kaliner, LLC and Smith Kane Holman, LLC (collectively, the "Law Firms") shall, by no later than twenty (20) days from the date of this Order, serve upon counsel for Republic First Bank, the Chapter 7 Trustee, and the U.S. Trustee supplemental compensation disclosures ("the "Supplemental Disclosures") for all payments received from July 2014 to January 2016 pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b); and

3. In their respective Supplemental Disclosures, the Law Firms shall identify all payments received for services rendered on behalf of debtor Barry Portnoy in connection with the above-captioned bankruptcy case, including:

215955802.2

  a. the amount of the payments;

  b. the dates when they received the payments;

  c. indication as to whether the payments were made by cash or check; and

  d. the identity of the source of the payments received, including, if made by check, the accountholder on the check and the issuing bank or financial institution.

4. The Law Firms shall label each page of their Supplemental Disclosures as "CONFIDENTIAL."

5. Republic First Bank, the Chapter 7 Trustee, and the U.S. Trustee (and their counsel and experts) shall not disclose, provide or transfer, directly or indirectly, any of the Supplemental Disclosures or information contained therein without an Order of the Court.

              BY THE COURT:

              _____
              The Honorable Magdeline D. Coleman