United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 3              Date Rcvd: Sep 21, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db             +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DAVID B. SMITH    on behalf of Attorney   SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com

```
District/off: 0313-2              User: Marie               Page 2 of 3                Date Rcvd: Sep 21, 2017
                                  Form ID: pdf900           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GEORGE  BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc.
               hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,  kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
```

```
District/off: 0313-2          User: Marie              Page 3 of 3                   Date Rcvd: Sep 21, 2017
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com, arosen@starfieldsmith.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
          MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
           kbambary@nmmlaw.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com, BLR@Pietragallo.com
          STEFAN RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          Stephen G. Harvey    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com
          Stephen G. Harvey    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 94
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 14-16081-mdc |
|---|---|
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

### ORDER

AND NOW, this 20th day of September, 2017 after a status hearing on the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. for Leave to File Proof of Claim as Timely it is hereby **ORDERED** as follows:

1. Within ten (10) days of the date of this Order, Republic First Bank dba Republic Bank ("Republic Bank") shall produce to counsel to Bonnie Finkel, Chapter 7 Trustee of the estate of Demrex Industrial Services, Inc. (the "Demrex Trustee") the documents that Republic Bank or its counsel are in possession of that have been produced in discovery by any party in Case No. 14-16081 or Adversary Proceeding Nos. 15-0037, 16-00248, or 16-00409 (including the initial state court actions).

2. The Trustee of Barry Portnoy ("Portnoy Trustee") through its counsel shall make available to a representative of Barry Portnoy (the "Portnoy Debtor") the documents that are on the external hard drive referenced at the status hearing which is currently located in the office of counsel for the Portnoy Trustee (the "Hard Drive") at counsel for the Portnoy Trustee's office to review, to the extent accessible. If the Debtor wishes copies of any of these documents the Debtor shall pay for the cost of copying same. Said review must occur on or before September 25, 2017.

3. Portnoy may lodge an objection to the production of any of the documents on the Hard Drive to the Finkel Trustee or use of any of these documents by any party as privileged on or before October 9, 2017.

4. Counsel to the Portnoy Trustee shall make available to counsel to the Demrex Trustee and/or her representatives the documents on the Hard Drive to the extent accessible to be read in counsel for the Portnoy Trustee's office on or about October 16, 2017, other than those which are subject to an objection by Portnoy pursuant to ¶ 3 hereof. Any of these documents shall be copied at the request of the Demrex Trustee or her representative, the cost of which should be borne by the Demrex Trustee.

5. A hearing shall be held before this Court on **October 24, 2017** at **1:00 p.m. (ET)** at the United States Bankruptcy Court, 900 Market Street, Courtroom No. 2, Philadelphia, Pennsylvania 19107, as to any disputes over privilege objections lodged by the Portnoy Debtor to the production and use of any of the documents on the Hard Drive.

6. Nothing herein shall preclude the Demrex Trustee from seeking additional discovery.

7. This Order shall be effective immediately upon its entry.

BY THE COURT:

*Magdeline D. Coleman* (signature)
Magdeline D. Coleman
United States Bankruptcy Judge