# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## STIPULATION

Republic First Bank ("Republic") and Bonnie B. Finkel, Esquire, Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("Demrex Trustee"), by their counsel, hereby stipulate and agree that Republic will have until October 10, 2017 to complete the document production required by paragraph 1 of this Court's September 20, 2017 Order (Doc. No. 489), and request that this Court approve this Stipulation.

**So stipulated:**

| | |
|---|---|
| /s/ Gary D. Bressler, Esquire<br>McElroy, Deutsch, Mulvaney,<br> & Carpenter, LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br><br>Counsel for the Demrex Trustee | /s/ Jonathan W. Hugg, Esquire<br>Jonathan W. Hugg, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br><br>Counsel for Republic |

**Approved and so ordered by the Court:**

_____
J.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation was served on September 29, 2017 via this Court's electronic filing system.

                              Respectfully submitted,

                              SCHNADER HARRISON SEGAL
                                      & LEWIS LLP

Dated:  September 29, 2017          By:  /s/ Jonathan W. Hugg
                                                      Jonathan W. Hugg, Esquire
                                                        PA Id. No. 73589
                                                        1600 Market Street, Suite 3600
                                                        Philadelphia, Pennsylvania 19103-7286
                                                        Telephone:  (215) 751-2527

                                                        *Attorneys for Republic First Bank d/b/a*
                                                        *Republic Bank*