**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |
| In re: | Case No. 11-19403-jkf |
| DEMREX INDUSTRIAL SERVICES, INC. | Chapter 7 |
| Debtor. | Honorable Jean K. FitzSimon |

**PRAECIPE TO WITHDRAW RESPONSE OF**
**REPUBLIC FIRST BANK TO THE**
**MOTION OF THE CHAPTER 7 TRUSTEE OF THE**
**ESTATE OF DEMREX INDUSTRIAL SERVICES, INC.**

Republic First Bank ("Republic") hereby withdraws its Response (Document No. 490, in Case No. 14-16081, and Document No. 307, in Case No. 11-19403) to the motion of the Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. (Document No. 483, in Case No. 14-16081, and Document No. 305, in Case No. 11-19403).

Respectfully submitted,

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated: September 29, 2017     By: /s/ Jonathan W. Hugg
Jonathan W. Hugg, Esquire
PA Id. No. 73589
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone: (215) 751-2527

*Attorneys for Republic First Bank d/b/a Republic Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |
| In re: | Case No. 11-19403-jkf |
| DEMREX INDUSTRIAL SERVICES, INC. | Chapter 7 |
| Debtor. | Honorable Jean K. FitzSimon |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Praecipe was served on September 29, 2017 via this Court's electronic filing system.

Respectfully submitted,

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated:  September 29, 2017        By:  /s/ Jonathan W. Hugg
Jonathan W. Hugg, Esquire
PA Id. No. 73589
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Telephone:  (215) 751-2527

*Attorneys for Republic First Bank d/b/a Republic Bank*