# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |
| In re: | Case No. 11-19403-jkf |
| DEMREX INDUSTRIAL SERVICES, INC. | Chapter 7 |
| Debtor. | Honorable Jean K. FitzSimon |

### PRAECIPE FOR WITHDRAWAL OF MOTION OF
### BONNIE FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE
### OF DEMREX INDUSTRIAL SERVICES, INC. FOR EXAMINATION
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

PLEASE TAKE NOTICE that on September 8, 2017 the Notice Motion of Bonnie Finkel, Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") was filed with the Court as docket number 305 in case number 11-19403 and docket number 483 in case number 14-16081.

PLEASE TAKE FURTHER NOTICE that the Motion is hereby withdrawn without prejudice and counsel for the movant requests that the Scheduled Hearing be cancelled.

Respectfully submitted,

Dated: September 29, 2017

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Gary D. Bressler*
Gary D. Bressler, Esquire (No. 35224)
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900; Facsimile: 215-557-2990
gbressler@mdmc-law.com
*Counsel to the Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc.*