# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## STIPULATION

Republic First Bank ("Republic") and Bonnie B. Finkel, Esquire, Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("Demrex Trustee"), by their counsel, hereby stipulate and agree that Republic will have until October 10, 2017 to complete the document production required by paragraph 1 of this Court's September 20, 2017 Order (Doc. No. 489), and request that this Court approve this Stipulation.

**So stipulated:**

| /s/ Gary D. Bressler, Esquire<br>McElroy, Deutsch, Mulvaney,<br>& Carpenter, LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br><br>Counsel for the Demrex Trustee | /s/ Jonathan W. Hugg, Esquire<br>Jonathan W. Hugg, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286<br><br>Counsel for Republic |
|---|---|

#492

**Approved and so ordered by the Court:**

_Magdeline D. Coleman_
J.   10/4/17