**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

**STIPULATION**

Republic First Bank ("Republic") and Bonnie B. Finkel, Esquire, Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("Demrex Trustee"), by their counsel, hereby stipulate and agree that the term "parties" in paragraph 1 of this Court's September 20, 2017 Order (Doc. No. 489) shall include "third parties" from whom Republic has obtained materials in discovery in the matters listed in paragraph 1. Furthermore, upon request, Republic shall produce any deposition and Rule 2004 examination transcripts it possesses related to the matters listed in paragraph 1. Republic and the Demrex Trustee hereby request that this Court approve this Stipulation and enter it as an Order.

**So stipulated:**

| | |
|---|---|
| /s/ Gary D. Bressler, Esquire<br>McElroy, Deutsch, Mulvaney,<br> & Carpenter, LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br><br>Counsel for the Demrex Trustee | /s/ Jonathan W. Hugg, Esquire<br>Jonathan W. Hugg, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br><br>Counsel for Republic |

**Approved and so ordered by the Court:**

_____
J.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation was served on October 3, 2017 via this Court's electronic filing system.

                                          Respectfully submitted,

                                          SCHNADER HARRISON SEGAL
                                              & LEWIS LLP

Dated: October 3, 2017            By: /s/ Jonathan W. Hugg
                                              Jonathan W. Hugg, Esquire
                                              PA Id. No. 73589
                                              1600 Market Street, Suite 3600
                                              Philadelphia, Pennsylvania 19103-7286
                                              Telephone: (215) 751-2527

                                              *Attorneys for Republic First Bank d/b/a*
                                              *Republic Bank*