UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## STIPULATION

Republic First Bank ("Republic") and Bonnie B. Finkel, Esquire, Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. ("Demrex Trustee"), by their counsel, hereby stipulate and agree that the term "parties" in paragraph 1 of this Court's September 20, 2017 Order (Doc. No. 489) shall include "third parties" from whom Republic has obtained materials in discovery in the matters listed in paragraph 1. Furthermore, upon request, Republic shall produce any deposition and Rule 2004 examination transcripts it possesses related to the matters listed in paragraph 1. Republic and the Demrex Trustee hereby request that this Court approve this Stipulation and enter it as an Order.

**So stipulated:**

| | |
|---|---|
| /s/ Gary D. Bressler, Esquire<br>McElroy, Deutsch, Mulvaney,<br>  & Carpenter, LLP<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br><br>Counsel for the Demrex Trustee | /s/ Jonathan W. Hugg, Esquire<br>Jonathan W. Hugg, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103-7286<br><br>Counsel for Republic |

**Approved and so ordered by the Court:**

_Magdeline D. C_____
J.    10/6/17