United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Barry Portnoy
    Debtor

Case No. 14-16081-mdc
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 3 | Date Rcvd: Nov 01, 2017 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
db         +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:

        ALBERT M BELMONT, III   on behalf of Interpleader   SamZach Irrevocable Trust
         abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
         Irrevocable Trust") abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P.
         abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
         Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC
         abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc.
         abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
         Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
         mkamins@bochettoandlentz.com
        ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DANIEL J. MCGRAVEY   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
         dmcgravey@clarkhill.com
        DANIEL MICHAEL PEREIRA   on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
         dpereira@schnader.com
        DAVID B. SMITH   on behalf of Attorney   SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com
        DAVID L. BRAVERMAN   on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
         dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
         verlaw.com
        DAVID L. BRAVERMAN   on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
         dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
         verlaw.com

```
District/off: 0313-2          User: YvetteWD          Page 2 of 3          Date Rcvd: Nov 01, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
        dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
        verlaw.com
        GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
        GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
        GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
        bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
        kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
        GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,  hsmith@gsbblaw.com
        GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
        gseitz@gsbblaw.com,  hsmith@gsbblaw.com
        GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,  hsmith@gsbblaw.com
        GEORGE  BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
        of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
        gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
        of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
        gbochetto@bochettoandlentz.com
        GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
        Irrevocable Trust") gbochetto@bochettoandlentz.com
        GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc.
        hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
        jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
        JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
        Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
        Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
        JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
        dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
        JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
        dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
        JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
        dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
        JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
        jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
        jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
        JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
        jhugg@schnader.com,  kpoehls@schnader.com
        JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
        jhugg@schnader.com,  kpoehls@schnader.com
        JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
        jhugg@schnader.com,  kpoehls@schnader.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
        paeb@fedphe.com
        JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
        powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

```
District/off: 0313-2           User: YvetteWD          Page 3 of 3              Date Rcvd: Nov 01, 2017
                               Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor   Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor   Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney   Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor   Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
              STEFAN  RICHTER    on behalf of Creditor   Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant   Republic First Bank steve@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor   Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party   EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 97

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 14-16081-mdc |
| --- | --- |
| BARRY PORTNOY | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

## ORDER

AND NOW, this _3/ˢᵗ_ day of _October_____, 2017 after a hearing held on

October 24, 2017 at 1:00 p.m. as to any disputes over privilege objections lodged by the Portnoy

Debtor to the production and use of any of the documents on the external Hard Drive, as defined in

my Order dated September 20, 2017 at Docket 489 (the "September 20, 2017 Order") in this matter

it is hereby ORDERED as follows:

1.      Counsel for Barry Portnoy (the "Debtor") shall provide on or before November 10,

2017 at 5:00 p.m. a privilege log as required by F.R.C.P. 26(b)(5) and 45 as to items on the Hard

Drive to counsel to the Trustee of Barry Portnoy (the "Portnoy Trustee"), counsel to Bonnie

Finkel, Chapter 7 Trustee of the estate of Demrex Industrial Services, Inc. (the "Demrex Trustee")

and counsel to First Republic Bank dba Republic Bank ("Republic Bank").

2.      Any objections by the Portnoy Trustee, the Demrex Trustee or Republic Bank to

the privilege log and to the Debtor's assertions of privilege shall be filed by November 20, 2017 at

5:00 p.m.

3.      On or before November 1, 2017, counsel to the Portnoy Trustee shall provide to

counsel to the Debtor, Republic Bank and to the Demrex Trustee a list of the file extensions of file

types on the Hard Drive which the Portnoy Trustee and/or his professionals are able to access on

the Hard Drive.

4.    Should the Demrex Trustee and/or her professionals have access to additional computer programs that allows access to information contained on the Hard Drive beyond those file extensions listed by counsel to the Portnoy Trustee pursuant to ¶ 3 hereof, counsel to the Demrex Trustee shall inform counsel to the Portnoy Trustee, Republic Bank and the Debtor of this fact. Nothing herein shall preclude the Demrex Trustee and/or her professionals from reviewing these additional documents that may have been accessed.

5.    The Court reserves any and all issues as to sanctions that may be imposed because of the failure of any party to comply with the September 20, 2017 Order including any issue as to whether the Debtor has waived the privilege regarding any and all documents contained on the Hard Drive, and/or reimbursement to the Demrex Trustee of fees and costs incurred by the Demrex Trustee as a result of any failure to comply with the September 20, 2017 Order.

6.    A hearing shall be held on November 29, 2017 at 1:00 p.m. at the United States Bankruptcy Court, 900 Market Street, Courtroom No. 2, Philadelphia, Pennsylvania 19107, as to any disputes over privilege objections lodged by the Debtor to the production and use of any of the documents on the Hard Drive, the imposition of sanctions as referenced in ¶ 5 hereof and on the status of the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. for Leave to File Proof of Claim as Timely.

7.    This Order shall be effective immediately upon its entry.


BY THE COURT:

Magdeline D. C

Magdeline D. Coleman
U.S. Bankruptcy Judge