*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Barry Portnoy
      Debtor(s)

Case No: 14−16081−mdc

Chapter: 7

---

## STATUS HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Magdeline D. Coleman ,

United States Bankruptcy Court

on 12/6/17 at 02:30 PM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

    Motion for Leave to File Proof of Claim as Timely Filed by Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc.
    Represented by GARY DAVID BRESSLER −

For The Court

Timothy B. McGrath
Clerk of Court

508 − 502
Form 150