# Schnader
ATTORNEYS AT LAW

1600 MARKET STREET   SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000   FAX 215.751.2205   schnader.com

August 30, 2017

Jonathan W. Hugg
Direct Dial 215-751-2527
Direct Fax 215-751-2205
E-Mail: Jhugg@schnader.com

*VIA ELECTRONIC MAIL*

The Honorable Magdeline D. Coleman
United States Bankruptcy Judge
for the Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA

      **Re: Barry Portnoy, Case No. 14-16081-mdc**

Dear Judge Coleman:

    Regarding Mr. Kaskey's August 15, 2017 letter, while I obviously disagree with Mr. Kaskey's contentions, I will refrain from initiating yet another round of letters unless Your Honor directs me to respond.

    Thank you.

                           Respectfully,

                            Jonathan W. Hugg
          For SCHNADER HARRISON SEGAL & LEWIS LLP

JWH

cc:    John E. Kaskey, Esquire
       Gary Seitz, Esquire
       Kevin Callahan, Esquire
       Al Belmont, Esquire