IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

_____

IN RE:                                    :        Case No. 14-16081-MDC
                                          :
BARRY PORTNOY                             :        Chapter 7
                                          :
_____            :

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND SERVICE OF ALL OTHER PAPERS**

TO THE CLERK OF U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010, Benjamin A. Garber hereby enters his appearance on behalf of Barry Portnoy in the above-referenced Chapter 7 proceeding.

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all other proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them, be given to and served upon said counsel at the following address, telephone, fax number and e-mail address:

>Braverman Kaskey, P.C.
>Attention: Benjamin A. Garber, Esquire
>One Liberty Place, 56th Floor
>1650 Market Street
>Philadelphia, Pennsylvania 19103
>Phone: (215) 575-3800
>Fax: (215) 575-3801
>bgarber@braverlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, electronic mail or otherwise filed in or made with regard to this case and any proceeding commenced herein.

                    Respectfully submitted,

                    BRAVERMAN KASKEY, P.C.

Dated: January 17, 2018        By:   */s/ Benjamin A. Garber*
                                          Benjamin A. Garber, Esquire
                                          One Liberty Place, 56th Floor
                                          1650 Market Street
                                          Philadelphia, Pennsylvania 19103
                                          Phone: (215) 575-3800
                                          Fax: (215) 575-3801
                                          bgarber@braverlaw.com

                                          *Attorneys for Barry Portnoy*

# **CERTIFICATE OF SERVICE**

I, Benjamin A. Garber, Esquire, hereby certify, on this 17th day of January, 2018, caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices and Service of all other Papers* to be electronically filed with the Court, and served upon counsel of record by electronic mail via the Court's CM/ECF System.

Dated: January 17, 2018                                         */s/ Benjamin A. Garber*
                                                                        Benjamin A. Garber, Esquire