United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-16081-mdc
Barry Portnoy                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 3            Date Rcvd: Jan 25, 2018
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty             Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA   19103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha   Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com,    mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER    on behalf of Debtor Barry   Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com

```
District/off: 0313-2           User: YvetteWD              Page 2 of 3            Date Rcvd: Jan 25, 2018
                               Form ID: pdf900             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
          DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
          GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
          GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
          GARY DAVID BRESSLER    on behalf of Interested Party  Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
          GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant   Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant   Altchem Environmental Services, Inc. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant   BF Services, L.P. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant   Samzach Partners, L.P. gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC gbochetto@bochettoandlentz.com
          GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Samantha  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Sam-Zachary Partners, LLC hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Danielle  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant Zachary  Portnoy hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    BF Services, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Maxsys, Inc. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Altchem Environmental Services, Inc. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Defendant    Samzach Partners, L.P. hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com
          JEFFREY   KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, kpoehls@schnader.com
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, kpoehls@schnader.com
          JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank jhugg@schnader.com, kpoehls@schnader.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com

```
District/off: 0313-2           User: YvetteWD              Page 3 of 3                  Date Rcvd: Jan 25, 2018
                               Form ID: pdf900             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
              STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,  david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 98
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Barry Portnoy, | : | |
| Debtor. | : | Bankruptcy No. 14-16081-mdc |

# ORDER

AND NOW, upon consideration of (1) Trustee's Objection to Debtor's Assertion of the Attorney/Client Privilege in Emails,[1] (2) Objection of Bonnie Finkel, Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. to the Privilege Log of Barry Portnoy,[2] and (3) Objection of Bonnie Finkel, Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. to the Revised Privilege Log of Barry Portnoy (collectively, the "Objections"),[3] and after hearings held thereon, and for the reasons stated on the record,[4] it is hereby **ORDERED** that:

(A)    The Objections to the following documents on the Revised Privileged Log are **SUSTAINED**:

1.  Document No. 25.
2.  Document No. 31.
3.  Document No. 32.
4.  Document No. 33.
5.  Document No. 41.
6.  Document No. 42.

---

[1] Bankr. Docket No. 506.

[2] Bankr. Docket No. 507.

[3] Bankr. Docket No. 512.

[4] The attorney-client privilege applies to corporations as well as individuals. *Upjohn Co. v. U.S.*, 449 U.S. 383, 390 (1981). As such, the corporation is the entity which can assert the privilege on behalf of itself. *Id.* Though the power to waive ultimately rests in the officers and directors of the corporation (in the case of solvent corporations) or in the trustee (in the case of insolvent corporations), they nonetheless are acting in their capacity as fiduciaries of the corporation, not as individuals. *Commodity Futures Trading Com'n v. Weintraub*, 471 U.S. 33, 348-54 (1985). Here, Debtor acted in his individual capacity, rather than as the director or principal of the corporate entities on behalf of whom he asserted the privilege. While this may ultimately result in the same privileges being asserted by the corporate entities through the Debtor-principal, the adherence to proper procedural and legal strictures has been disregarded by the parties in this matter and thus the Court must issue this ruling to ensure that such failures do not continue.

7. Document No. 45.
8. Document No. 46.
9. Document No. 52.
10. Document No. 55.
11. Document No. 56.
12. Document No. 57.
13. Document No. 58.
14. Document No. 59.
15. Document No. 60.
16. Document No. 61.
17. Document No. 65.
18. Document No. 66.
19. Document No. 67.
20. Document No. 68.
21. Document No. 69.
22. Document No. 70.
23. Document No. 71.
24. Document No. 72.
25. Document No. 73.
26. Document No. 74.
27. Document No. 75.
28. Document No. 76.
29. Document No. 78.
30. Document No. 79.
31. Document No. 81.
32. Document No. 82.
33. Document No. 83.
34. Document No. 84.
35. Document No. 85.
36. Document No. 86.
37. Document No. 87.
38. Document No. 88.
39. Document No. 89.
40. Document No. 90.
41. Document No. 91.
42. Document No. 92.

43. Document No. 93.
44. Document No. 94.
45. Document No. 95.
46. Document No. 96.
47. Document No. 97.
48. Document No. 98.
49. Document No. 99.
50. Document No. 100.
51. Document No. 101.
52. Document No. 102.
53. Document No. 103.
54. Document No. 104.
55. Document No. 105.
56. Document No. 106.
57. Document No. 108.
58. Document No. 109.
59. Document No. 110.
60. Document No. 112.
61. Document No. 113.
62. Document No. 115.
63. Document No. 116.
64. Document No. 117.
65. Document No. 118.
66. Document No. 119.
67. Document No. 120.
68. Document No. 121.
69. Document No. 122.
70. Document No. 123.
71. Document No. 124.
72. Document No. 125.
73. Document No. 126.
74. Document No. 127.
75. Document No. 128.
76. Document No. 129.
77. Document No. 130.
78. Document No. 131.

3

79.   Document No. 132.
80.   Document No. 133.
81.   Document No. 134.
82.   Document No. 135.
83.   Document No. 137.
84.   Document No. 138.
85.   Document No. 139.
86.   Document No. 142.
87.   Document No. 143.
88.   Document No. 144.
89.   Document No. 145.
90.   Document No. 146.
91.   Document No. 149.
92.   Document No. 150.
93.   Document No. 151.
94.   Document No. 155.
95.   Document No. 156.
96.   Document No. 159.
97.   Document No. 160.
98.   Document No. 161.
99.   Document No. 162.
100.  Document No. 165.
101.  Document No. 166.
102.  Document No. 167.
103.  Document No. 168.
104.  Document No. 169.
105.  Document No. 170.
106.  Document No. 171.
107.  Document No. 172.
108.  Document No. 173.
109.  Document No. 174.
110.  Document No. 175.
111.  Document No. 176.
112.  Document No. 177.
113.  Document No. 178.
114.  Document No. 179.

115. Document No. 180.
116. Document No. 181.
117. Document No. 182.
118. Document No. 183.
119. Document No. 184.
120. Document No. 185.
121. Document No. 186.
122. Document No. 187.
123. Document No. 188.
124. Document No. 189.
125. Document No. 190.
126. Document No. 191.
127. Document No. 192.
128. Document No. 193.
129. Document No. 194.
130. Document No. 195.
131. Document No. 196.
132. Document No. 197.
133. Document No. 198.
134. Document No. 199.
135. Document No. 200.
136. Document No. 201.
137. Document No. 202.
138. Document No. 203.
139. Document No. 204.
140. Document No. 205.
141. Document No. 207.
142. Document No. 208.
143. Document No. 209.
144. Document No. 210.
145. Document No. 212.
146. Document No. 213.
147. Document No. 214.
148. Document No. 216.
149. Document No. 217.
150. Document No. 218.

5

151. Document No. 219.
152. Document No. 220.
153. Document No. 221.
154. Document No. 222.
155. Document No. 225.
156. Document No. 226.
157. Document No. 227.
158. Document No. 228.
159. Document No. 229.
160. Document No. 230.
161. Document No. 231.
162. Document No. 232.
163. Document No. 233.
164. Document No. 234.
165. Document No. 235.
166. Document No. 236.
167. Document No. 237.
168. Document No. 238.
169. Document No. 239.
170. Document No. 240.
171. Document No. 241.
172. Document No. 242.
173. Document No. 243.
174. Document No. 244.
175. Document No. 245.
176. Document No. 246.
177. Document No. 247.
178. Document No. 248.
179. Document No. 249.
180. Document No. 250.
181. Document No. 251.
182. Document No. 252.
183. Document No. 253.

(B)    Any person objecting to the production of any of the documents set forth at Numbers 1 to 183 above (the "Disallowed Entries") shall file with the Court an objection setting forth the basis for each

such objection ("Objection to Production of Disallowed Entries") on or before **January 31, 2018 by 5:00 p.m.**

(C) Any objection to the Objection to Production of Disallowed Entries (the "Disallowed Entries Objection") shall be filed on or before **February 8, 2018 at 5:00 p.m.**

(D) A hearing on the Disallowed Entries Objection shall be held on **February 21, 2018 at 1:00 p.m.**, at the United States Bankruptcy Court, 900 Market Street, Courtroom No. 2, Philadelphia, Pennsylvania.

(E) Counsel for the Debtor shall serve a copy of this Order on all parties who may have an interest in the Disallowed Entries including, but not limited to, all counsel and corporations identified on the Disallowed Entries.

Dated: 1/25/18

_Magdeline D. C_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David L. Braverman, Esquire
John E. Kaskey, Esquire
Benjamin A. Garber, Esquire
Joshua B. Kaplan, Esquire
Braverman Kaskey P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, PA 19103

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 470 West
Philadelphia, PA 19106

7

Jonathan W. Hugg, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 199103-7286

Gary D. Bressler, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 John F. Kennedy Boulevard, Suite 1500
Philadelphia, PA 19023-1815

Kevin P. Callahan, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107