IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 14-16081-MDC |
| BARRY PORTNOY : | Chapter 7 |

**ROBERT KRANDEL'S ASSERTION OF THE WORK PRODUCT PRIVILEGE, PER THE COURT'S JANUARY 25, 2018 ORDER**

Robert Krandel, Esquire hereby asserts the work product privilege with respect to the documents identified below.

I. **BACKGROUND**

1. At all times relevant hereto, specifically including January 30, 2012, through December 31, 2014, I was personal counsel to Barry Portnoy and corporate counsel to Altchem Environmental Services and Demrex Industrial Services.

2. In that capacity, I represented Mr. Portnoy or his interests in various pieces of litigation.

3. In connection with that representation, I generated numerous documents on behalf of my clients in connection with, or in anticipation of, litigation.

## II. ASSERTION OF WORK PRODUCT PRIVILEGE

4. I hereby assert the work product privilege with respect to the following documents, for the reasons indicated below each document number.[1]

Document No. 59

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 59 | 01/07/14 | Robert J. Krandel | Michael Carson; Barry Portnoy | | Y | Stipulated settlement | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client containing legal advice regarding stipulated settlement in Tri-C Construction case and attaching draft stipulated settlement and release prepared by counsel |

Document No. 66

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 66 | 09/16/13 | Michael Carson Robert J. Krandel Michael Carson | Robert J. Krandel Michael Carson Robert J. Krandel | Barry Portnoy Barry Portnoy | N | [Untitled] | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding response to Tri-C's post-settlement filing (Application for Interest) |

Document No. 68

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 68 | 09/13/13 | Robert J. Krandel | Barry Portnoy; Michael Carson | | Y | Untitled | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County | Communication between attorney, general counsel and client attaching draft response to Tri-C's Application for Interest prepared by counsel |

---

[1] Moreover, it is my understanding that, beyond the documents identified on Mr. Portnoy's privilege log, numerous other documents on the computer seized by the Chapter 7 Trustee are protected by the work product privilege. I assert the privilege as to each of these documents.

2

|  |  |  |  |  |  |  | Nos. 09-10536 and 09-11004 |  |

### Document No. 71

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 71 | 08/07/13 08/08/13 08/13/13 | Walter H. Flamm, Jr. Barry Portnoy Robert J. Krandel Michael Carson Walter H. Flamm, Jr. Michael Carson | Barry Portnoy; Michael Carson Walter H. Flamm, Jr.; Michael Carson Barry Portnoy Robert J. Krandel; Barry Portnoy Michael Carson, Robert J. Krandel; Barry Portnoy Walter H. Flamm, Jr.; Robert J. Krandel | Robert J. Krandel Robert J. Krandel Walter H. Flamm, Jr.; Michael Carson Walter H. Flamm, Jr. Michael Carson Barry Portnoy | N | Tri-C | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorneys, general counsel and client containing legal advice and mental impressions/opinions regarding verdict and analysis of same |

### Document No. 74

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 74 | 08/07/13 | Walter H. Flamm, Jr. | Barry Portnoy; Michael Carson | Robert J. Krandel | Y (attachment not privileged) | Tri-C | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorneys, general counsel and client containing legal advice and mental impressions/opinions regarding verdict and analysis of same |

### Document No. 94

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 94 | 02/08/13 | Robert J. Krandel | Barry Portnoy; Michael Carson |  | Y | Costs for Tri-C Memo | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client attaching draft affidavit for costs prepared by counsel |

Document No. 97

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 97 | 02/01/13 | Robert J. Krandel | Barry Portnoy; Michael Carson | | Y | Petition for Fees | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client attaching draft petition to enter judgment and damages analysis prepared at the request of counsel |

Document No. 98

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 98 | 01/22/13 | Robert J. Krandel | Barry Portnoy; Michael Carson | | Y | Atlchem/Tri-C damages | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client attaching damages analysis prepared at the request of counsel |

Document No. 102

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 102 | 01/11/13 | Barry Portnoy | Robert J. Krandel; Michael Carson | | Y | CASPA Spread Sheet - Tri C | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client seeking legal advice regarding damages and attaching damages analysis prepared at the request of counsel |

Document No. 105

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 105 | 01/07/13 01/08/13 01/10/13 01/11/13 | Michael Carson Michael Carson Walter H. Flamm, Jr. | Christian Hauser Christian Hauser Michael Carson | Barry Portnoy Barry Portnoy Robert J. Krandel | N | Settlement Agreement (1 4 13) | Ford Motor Co. and Devon Industrial Group v Altchem et. al. United States District Court | Communication between attorneys, general counsel and/or client containing legal advice and mental |

| | | Michael Carson | Walter H. Flamm, Jr. | Robert J. Krandel | | | Eastern District of Michigan, Southern Division No. 2:11-CV-10313 | impressions/opinions regarding Ford/Devon/First Sealord settlement |

Document No. 160

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 160 | 09/18/12 | Barry Portnoy | Robert J. Krandel; Walter H. Flamm, Jr.; Michael Carson | | Y | Prajzner Rogs | Prajzner v Altchem United States District Court Eastern District of Pennsylvania | Communication between attorneys, general counsel and client attaching draft interrogatory responses prepared by client |

Document No. 162

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 162 | 09/13/12 | Robert J. Krandel Michael Carson | Barry Portnoy; Michael Carson Robert J. Krandel; Barry Portnoy | | Y | The most boiled down rebuttal possible | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding Portnoy rebuttal and attaching rebuttal outlines prepared by counsel |

Document No. 165

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 165 | 09/13/12 | Robert J. Krandel | Barry Portnoy; Michael Carson | | Y | The most boiled down rebuttal possible | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding Portnoy rebuttal and attaching rebuttal outlines prepared by counsel |

5

Document No. 166

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 166 | 08/26/12 | Robert J. Krandel | Barry Portnoy; Michael Carson | Walter H. Flamm, Jr. | Y | Altchem pretrial memo | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorneys, general counsel and client attaching draft of amended pretrial memorandum prepared by counsel |

Document No. 169

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 169 | 08/31/12 | Robert J. Krandel | Michael Carson; Barry Portnoy | | Y (attachment not privileged) | Tri-C/Altchem - Call with Judge Rowley re: Trial Logistics | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding Tri-C's opposition to Altchem's motion in limine |

Document No. 170

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 170 | 08/27/12 | Robert J. Krandel | Michael Carson | Barry Portnoy | N | Altchem pretrial memo | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding trial |

Document No. 175

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 175 | 08/22/12 | Barry Portnoy Robert J. Krandel | Robert J. Krandel Michael Carson; Barry Portnoy | Michael Carson | N | List of potential witnesses | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP | Communication between attorney, general counsel and client containing legal advice and list of potential witnesses |

6

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Berks County Nos. 09-10536 and 09-11004 |  |

Document No. 176

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 176 | 08/24/12 | Robert J. Krandel Barry Portnoy | Barry Portnoy Robert J. Krandel; Michael Carson |  | N | Tri-C/Altchem - Call with Judge Rowley re: Trial Logistics | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and/or client containing legal advice and mental impressions/opinions regarding Tri-C's trial procedure |

Document No. 177

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 177 | 08/23/12 08/24/12 | Robert J. Krandel Michael Carson | Michael Carson; Barry Portnoy Robert J. Krandel; Michael Carson; Barry Portnoy |  | Y | Tri-C updates | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and client containing legal advice regarding trial attaching drafts of motion in limine prepared by counsel |

Document No. 180

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 180 | 08/23/12 | Robert J. Krandel | Michael Carson; Barry Portnoy |  | Y | Tri-C updates | Altchem Environmontal v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and client containing legal advice regarding trial attaching draft of motion in limine prepared by counsel |

Document No. 181

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 181 | 08/10/12 | Walter H. Flamm, Jr. Robert J. Krandel | Robert J. Krandel; Barry Portnoy; Michael Carson Michael Carson; Barry Portnoy | Walter H. Flamm, Jr. | N | Altchem/Tri-C | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorneys, general counsel and client containing legal advice and mental impressions/opinions regarding mediation |

Document No. 183

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 183 | 08/08/12 | Walter H. Flamm, Jr. | Robert J. Krandel; Michael Carson; Barry Portnoy | | Y (attachment is not privileged) | Prajzner v. Althchem Environ. Services, Inc. - Plaintiff's demand letter | Prajzner v Altchem United States District Court Eastern District of Pennsylvania | Communication between attorneys, general counsel and client regarding legal advice and mental impressions/opinions regarding settlement demand |

Document No. 184

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 184 | 08/14/12 | Robert J. Krandel | Michael Carson; Barry Portnoy | | Y (attachment is not privileged) | Prajzner v. Althchem Environ. Services, Inc. - Plaintiff's Discovery Requests to Defendant/Initial Disclosures | Prajzner v Altchem United States District Court Eastern District of Pennsylvania | Communication between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding discovery responses |

Document No. 186

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 186 | 08/16/12 | Barry Portnoy | Robert J. Krandel; Walter H. Flamm, Jr.; Michael Carson | | Y | Tri C Direct | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorneys, general counsel and client attaching draft direct examination outline prepared by counsel and client |

8

Document No. 187

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 187 | 08/17/12 | Barry Portnoy | Robert J. Krandel; Michael Carson | | N | TriC/Altchem | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client seeking legal advice and containing mental impressions/opinions regarding settlement |

Document No. 189

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 189 | 08/17/12 | Barry Portnoy | Robert J. Krandel; Walter H. Flamm, Jr.; Michael Carson | | Y | Tri C Direct Formatted | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorneys, general counsel and client attaching draft direct examination outline prepared by counsel and client |

Document No. 196

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 196 | 07/11/12 | Robert J. Krandel Michael Carson | Michael Carson Robert J. Krandel | Barry Portnoy Barry Portnoy | | Tri-C/Altchem Mediation | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and client containing legal advice and mental impressions/opinions regarding mediators |

Document No. 198

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 198 | 07/25/12 | Walter H. Flamm, Jr. | Michael Carson | Robert J. Krandel | N | John Prajzner | Prajzner v Altchem United States District Court Eastern District of Pennsylvania | Communication between attorneys and general counsel containing legal advice and mental impressions/opinions regarding status of |

9

|  |  |  |  |  |  |  |  |  | litigation and mediation |
|---|---|---|---|---|---|---|---|---|---|

Document No. 205

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 205 | 06/25/12 | Robert J. Krandel | Michael Carson; Barry Portnoy |  | Y | Barry's direct | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communication between attorney, general counsel and client attaching direct examination outline prepared by counsel |

Document No. 212

| NO. | E-MAIL DATE | AUTHOR | RECIPIENT | CC | ATTACH-MENTS | E-MAIL SUBJECT TITLE | REFERENCED LITIGATION (CASE CAPTION) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 212 | 06/25/12 | Barry Portnoy Robert J. Krandel | Robert J. Krandel; Michael Carson Barry Portnoy |  | N | Barry's direct | Altchem Environmental v. TRI-C Construction Company Pennsylvania CCP Berks County Nos. 09-10536 and 09-11004 | Communications between attorney, general counsel and/or client containing legal advice and mental impressions/opinions regarding Portnoy's testimony |

WHEREFORE, for the foregoing reasons, I respectfully request that the Court allow my claim of work product privilege with respect to the documents identified herein and decline to order their production.

Respectfully submitted,

*Robert Krandel*
Robert Krandel, Esq.

10