**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BARRY PORTNOY, | ) | Case No. 14-16081-mdc |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| _____ | ) | The Honorable Magdeline D. Coleman |

### ORDER GRANTING RELIEF FROM STAY TO
### ALLOW REVIVAL OF JUDGMENT LIENS

     **AND NOW**, this _____, day of_____, 2018, upon

consideration of the Motion of Republic First Bank, D/B/A Republic Bank ("Republic Bank") For Relief

From Stay To Revive Judgment Liens, any response, and after a hearing and/or argument, Republic's

Motion is hereby **GRANTED**.

     It is hereby **ORDERED** that the automatic stay is lifted to permit Republic Bank to take all

actions necessary under state law to revive Republic Bank's judgment liens against debtor and Altchem

Environmental Services, Inc. in the lawsuits pending in the Court of Common Pleas of Montgomery

County, PA, at Case No. 2014-02806, and in the Court of Common Pleas of Bucks County, PA, at Case

Nos. 2014-00535 and 2014-01743.

                          **BY THE COURT:**

                          _____
                          **The Honorable Magdeline D. Coleman**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BARRY PORTNOY, | ) | BANKRUPTCY CASE NO.: 14-16081 |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| REPUBLIC FIRST BANK D/B/A | ) | Hearing Date: |
| REPUBLIC BANK, | ) | |
| | ) | Hearing Time: |
| Movant, | ) | |
| | ) | Hearing Place:  Courtroom 2 |
| vs. | ) | |
| | ) | |
| BARRY PORTNOY, | ) | |
| | ) | |
| Respondent/Debtor | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALTCHEM | ) | |
| ENVIRONMENTAL SERVICES, INC., | ) | |
| | ) | |
| Respondent | ) | |

## MOTION OF REPUBLIC FIRST BANK, D/B/A REPUBLIC BANK
## FOR RELIEF FROM STAY TO REVIVE JUDGMENT LIENS

Pursuant to 11 U.S.C. § 362(d), Republic First Bank, d/b/a Republic Bank ("Republic Bank"), by

its undersigned counsel, hereby moves for limited relief from the automatic stay.  This Court should grant

relief so that Republic Bank may maintain the status quo during the pendency of this case by reviving

three (3) state court judgment liens against debtor and his company Altchem Environmental Services, Inc.

("Altchem").  These judgments are in force now but will expire within one (1) year unless Republic Bank

revives them.  In support of this motion, Republic Bank avers the following:[1]

1.   On July 30, 2014, debtor filed his Chapter 7, alleged "no asset," bankruptcy petition in this

Court.

---

[1] This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1334.  Venue is proper in this proceeding pursuant
to 28 U.S.C. § 1409(a).  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (G).

2.    Pre-petition, on January 24, 2014, Republic Bank obtained a confessed judgment against

debtor and Altchem from the Court of Common Pleas of Montgomery County, PA, at Case No. 2014-

02806, in the amount of $707,754.06. A copy of the docket for this case is attached as Exhibit 1. Debtor

was the borrower and Altchem was the guarantor of the underlying commercial loan at issue, which had

matured and was in default. This judgment remains unsatisfied.

3.    Pre-petition, on March 12, 2014, Republic Bank transferred the Montgomery County

confessed judgment to the Court of Common Pleas of Bucks County, PA, at Case No. 2014-01743. A

copy of the docket for this case is attached as Exhibit 2. This judgment remains unsatisfied.

4.    Pre-petition, on January 27, 2014, Republic Bank confessed judgment against debtor in the

Court of Common Pleas of Bucks County, PA, at Case No. 2014-00535, for $1,732,841.70. A copy of

the docket for this case is attached as Exhibit 3. As a result of a sheriff's sale, on May 22, 2015, this

Court granted Republic Bank a deficiency judgment for $1,069,087.14 against debtor and allowed

Republic Bank to file the judgment in Case No. 2014-00535 in Bucks County. See Doc. No. 150. See

Exhibit 3, at Docket Entry No. 110. The Court of Common Pleas also entered judgment against Altchem

in that amount. See Exhibit 3, at Docket Entry No. 116. This judgment remains unsatisfied.

5.    Section 362(d)(1) of the Bankruptcy Code provides that "[o]n request of a party in interest

and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of

this section, such as by terminating, annulling, modifying or conditioning such stay... (1) for cause..."

11 U.S.C. § 362(d)(1).

6.    There is cause because Republic Bank's underlying state court judgments against debtor and

Altchem, in Montgomery County Case No. 2014-02806 and Bucks County Case No. 2014-00535, are

now more than four (4) years old. After five (5) years, Republic Bank's judgment liens will expire.

Unless this Court allows Republic Bank to revive its judgment liens against debtor and Altchem, they will

lapse within the year, thereby prejudicing Republic Bank.

7.   The United States Bankruptcy Court for the Western District of Pennsylvania has explained

that in Pennsylvania:

> A judgment lien serves to prevent a debtor from subsequently encumbering
> or disposing of real property the debtor owns so as to divest the effect of the
> judgment. It also serves to prevent subsequent lienholders from taking action
> against the property to satisfy a debt owed to it by the debtor without first paying
> off prior liens. *Shearer v. Naftzinger,* 560 Pa. 634, 637, 747 A.2d 859, 861
> (2000).
>
> Under the law of Pennsylvania, a judgment continues as a lien against real
> property for a period of five years, after which it automatically expires unless it is
> revived. *Mid–State Bank & Trust Co. v. Globalnet International, Inc.,* 710 A.2d
> 1187, 1190 (Pa.Super.1998), *aff'd,* 557 Pa. 555, 735 A.2d 79 (1999). While a
> judgment lien may be revived even after it has expired, any priority it had against
> intervening liens prior to expiration is lost in the interim. *Shearer,* 560 Pa. at 637
> n. 1, 747 A.2d at 860 n. 1.
>
> When a writ of revival issues, the Prothonotary is required to index it against
> each named defendant in the judgment index. Pa. R.C.P. 3027(a), 42 Pa.C.S.A.
> Once it is indexed, the writ becomes a lien upon all real property owned at that
> time by any defendant against whom the original judgment was entered. Pa.
> R.C.P. 3027(b), 42 Pa.C.S.A. The resulting lien continues for a period of five
> years from the date on which it was indexed. Pa. R.C.P. 3027(C), 42 Pa.C.S.A.

*In re Zampatti*, 300 B.R. 415, 419-420 (Bankr. W.D. 2003).

8.   Furthermore, Pennsylvania appellate courts have recognized that, "[j]udgment creditors have

a protectable property interest as the judgment is a valuable form of property." *Morgan Guaranty*

*Trust Co. of New York v.* Staats, 631 A.2d 631, 636-637 (Pa. Super. 1993) (quoting *In re Upset Sale, Tax*

*Claim Bureau of Berks County,* 479 A.2d 940, 944 (Pa. 1984)).

9.   Thus, unless this Court permits Republic Bank to revive its judgments, Republic Bank will

suffer prejudice from the loss of its property and the protection the judgments afford, including Republic

Bank's current lien priority.

10.  Furthermore, Republic Bank will be prejudiced because if it prevails in its adversary action

against debtor, to deny debtor a discharge (currently pending at Adversary Action No. 15-00037),

Republic Bank's judgments could lapse in the meantime. This will compromise future collection against

debtor and Altchem.

11. Additionally, there is currently a dispute regarding the priority of Republic Bank's judgment liens on the proceeds of funds from the sale of debtor's former property located at 1320B Industrial Blvd., Upper Southampton, PA 18966 (the "Southampton Property"). *See* Doc. Nos. 436 (Republic Bank's Motion to Strike Alleged Liens), 440 (Chapter 7 Trustee's Response), 441 (Response of Debtor), and 442 (Response of Danielle Portnoy and the SamZach Irrevocable Trust). Unless this Court permits Republic Bank to revive its judgment liens, Republic Bank may be vulnerable to the argument that it is not entitled to any funds because its judgment liens have expired.

12. However, no prejudice will result to debtor from allowing Republic Bank to revive its judgments and preserve them, especially considering debtor's inaction regarding the judgments. Since debtor filed his petition, debtor has never challenged Republic Bank's state court judgments in this Court. Moreover, in the Courts of Common Pleas, debtor failed to prosecute his petitions to strike/open the judgments. *See* Exhibits 1-3. *See also* Pa. R.C.P. 2959(f) ("The lien of the judgment or of any levy or attachment shall be preserved while the proceedings to strike off or open the judgment are pending.").

13. Pennsylvania Rule of Civil Procedure 3026.1 requires the revival of a judgment as to all joint defendants. The Rule states that:

> …if there is a judgment against two or more joint defendants, no revival of the lien of the judgment shall be effective against any such defendants unless all joint defendants are made parties to the revival proceedings.

Accordingly, under Pennsylvania law, Republic Bank cannot revive its judgments only against Altchem. Rather, Republic Bank must revive its judgments as to both Altchem and debtor, since they are jointly liable for the debts.

14. To preserve the status quo, this Court should grant Republic Bank limited relief from the automatic stay so that Republic Bank can revive its state court judgments against debtor and Altchem.

**WHEREFORE**, Republic Bank respectfully requests that this Court grant this Motion and enter the attached proposed Order.

Respectfully submitted,

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated:  February 9, 2018                By:      /s/Jonathan W. Hugg
                                                 Richard A. Barkasy, Esq.
                                                 Jonathan W. Hugg, Esq.
                                                 Daniel M. Pereira, Esq.
                                                 1600 Market Street, Suite 3600
                                                 Philadelphia, PA 19103

                                                 *Attorneys for Republic First Bank*

# EXHIBIT 1

Case #2014-02806

| | |
|---|---|
| **Case Number** | 2014-02806 |
| **Commencement Date** | 1/24/2014 |
| **Case Type** | Complaint In Confession of Judgment |
| **PFA Number** | |
| **Caption Plaintiff** | REPUBLIC FIRST BANK |
| **Caption Defendant** | PORTNOY, BARRY |
| **Lis Pendens Indicator** | No |
| **Status** | 3 - OPEN |
| **Judge** | SALTZ |
| **Remarks** | |
| **Sealed** | No |
| **Interpreter Needed** | NO |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| REPUBLIC FIRST BANK | TWO LIBERTY PLACE 50 S 16TH STREET SUITE 2400 PHILADELPHIA, PA 19102 UNITED STATES | UNITED STATES | HUGG, JONATHAN W | Yes | 1 |
| REPUBLIC BANK | TWO LIBERTY PLACE 50 S 16TH STREET SUITE 2400 PHILADELPHIA, PA 19102 UNITED STATES | UNITED STATES | HUGG, JONATHAN W | Yes | 2 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| PORTNOY, BARRY | 15 GREAT HILLS ROAD NEW HOPE, PA 18938-9283 UNITED STATES | UNITED STATES | | Yes | 1 |
| ALTCHEM ENVIONMENTAL SERVICES INC | 1300 INDUSTRIAL HIGHWAY UNIT 5 SOUTHAMPTON, PA 18966 UNITED STATES | UNITED STATES | | Yes | 2 |

## Garnishees

| Name | Address | Country | Counsel | Notify |
|---|---|---|---|---|
| TD BANK | 100 W. DEKALB PIKE KING OF PRUSSIA, PA 19406 UNITED STATES | UNITED STATES | SIRLIN, JON C | No |
| FULTON BANK | 710 UPPER STATE ROAD NORTH WALES, PA 19454 UNITED STATES | UNITED STATES | | No |

## Docket Entries

| Seq. | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 1/24/2014 | Complaint In Confession of Judgment | | No | 9632249 |
| 1 | 1/24/2014 | Entry of Appearance | OF JONATHAN W HUGG, ESQ FOR PLAINTIFF | No | 9632250 |
| 2 | 1/24/2014 | Affidavit of Income | | No | 9632251 |
| 3 | 1/24/2014 | Affidavit of Business Transaction | | No | 9632252 |
| 4 | 1/24/2014 | Affidavit Non Retail Install Sales Transaction | | No | 9632253 |
| 5 | 1/24/2014 | Affidavit of Non-Military Service | | No | 9632289 |
| 6 | 1/24/2014 | Averment of Default | | No | 9632290 |

| 7 | | 1/24/2014 | Certification of Addresses | | No | 9632291 |
|---|---|---|---|---|---|---|
| 8 | | 1/24/2014 | Notice 236 Required Document Mailed | | No | 9632292 |
| 9 | E | 2/21/2014 | Petition to Open/Strike Judgment | BY ALTCHEM ENVIONMENTAL SERVICES INC; BARRY PORTNOY WITH SERVICE ON 02/21/2014 | No | 9660194 |
| 10 | | 2/25/2014 | Rule | DATE ON MARCH 31, 2014 KEHS CA | No | 9664430 |
| 11 | E | 3/6/2014 | Affidavit/Certification | AS TO RULE RETURN FOR DEFENDANT'S PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT | No | 9686433 |
| 12 | | 3/13/2014 | (Internal Use Only) Not Found as to | ALTCHEM ENVIRONMENTAL SERVICES INC ON 3-4-14 BUCKS CO | No | 9696314 |
| 13 | | 3/13/2014 | (Internal Use Only) Served | BARRY PORTNOY ON 2-26-14 BUCKS CO | No | 9696364 |
| 14 | E | 3/14/2014 | Motion | BY ALTCHEM ENVIONMENTAL SERVICES INC; BARRY PORTNOY FOR STAY OF EXECUTION PURSUANT TO PA. R.C.P. NO. 3121 WITH SERVICE ON 03/14/2014 | No | 9701315 |
| 15 | | 3/18/2014 | Notice of Scheduling | | No | 9704234 |
| 16 | | 3/26/2014 | (Internal Use Only) Not Found as to | ALTCHEM ENVIRONMENTAL SERVICES INC ON 3-7-14 BUCKS CO | No | 9719460 |
| 17 | | 3/26/2014 | (Internal Use Only) Served | BARRY PORTNOY ON 2-21-14 BUCKS CO | No | 9719461 |
| 18 | E | 3/28/2014 | Answer/Response | BY PLAINTIFF TO DEFENDANTS WITH SERVICE ON 03/28/2014 | No | 9725328 |
| 19 | E | 3/28/2014 | Affidavit/Certificate of Service of | PLAINTIFF'S RESPONSE AND NEW MATTER IN OPPOSITION TO DEFENDANTS' MOTION FOR STATE OF EXECUTION ON 03/28/2014 TO DEFENDANTS | No | 9725354 |
| 20 | E | 3/28/2014 | Answer & New Matter by | REPUBLIC BANK; REPUBLIC FIRST BANK WITH SERVICE ON 03/28/2014 | No | 9725483 |
| 21 | E | 3/28/2014 | Affidavit/Certificate of Service of | CERTIFICATE OF SERVICE OF PLAINTIFF'S ANSWER AND NEW MATTER IN OPPOSITION TO DEFENDANTS' PETITION TO STRIKE OR OPEN PLAINTIFF'S CONFESSED JUDGEMENT ON 03/29/2014 TO DEFENDANTS | No | 9725499 |
| 22 | E | 3/31/2014 | Praec to Attach | PRAECIPE TO ATTACH COVER SHEET TO PLAINTIFF'S ANSWER AND NEW MATTER IN OPPOSITION TO DEFENDANTS' PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT TO PLAINTIFF'S ANSWER AND NEW MATTER IN OPPOSITION TO DEFENDANT'S PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT | No | 9729165 |
| 23 | E | 3/31/2014 | Affidavit/Certificate of Service of | PLAINTIFF'S PRAECIPE TO ATTACH COVER SHEET TO PLAINTIFF'S ANSWER AND NEW MATTER IN OPPOSITION TO DEFENDANT'S PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT ON 03/31/2014 TO DEFENDANTS | No | 9729173 |
| 24 | | 4/2/2014 | Order | OF 4/1/14 MOORE, J MOTION FOR STAY OF EXECUTION DENIED CC This order/judgment was docketed and sent on 04/02/2014 pursuant to Pa. R. C. P. 236. | No | 9731255 |
| 25 | E | 4/8/2014 | Reply to New Matter | BY ALTCHEM ENVIRONMENTAL SERVICES INCORPORATED AND BARRY PORTNOY WITH SERVICE ON 04/08/2014 | No | 9739209 |
| 26 | | 4/11/2014 | Order | (SUR DEFENDANT PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT ) OF 4/7/14 KEHS, CA TO BE PLACED ON ARGUMENT LIST UPON FILING ARGUMENT PRAECIPE CC This order/judgment was docketed and sent on 04/11/2014 pursuant to Pa. R. C. P. 236. | No | 9744118 |
| 27 | E | 5/16/2014 | Motion | BY REPUBLIC BANK; REPUBLIC FIRST BANK MOTION TO COMPEL DEPOSITION OF DEFENDANT BARRY PORTNOY WITH SERVICE ON 05/16/2014 | No | 9792596 |
| 28 | E | 5/19/2014 | Praec to Attach | AMENDED COVER SHEET TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT BARRY PORTNOY | No | 9794462 |
| 29 | E | 5/19/2014 | Affidavit/Certificate of Service of | PLAINTIFF'S PRAECIPE TO ATTACH AMENDED COVER SHEET ON 05/16/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9794485 |

| 30 | | 5/20/2014 | Rule | DATE ON 6/23/14 KEHS CA | No | 9796361 |
|----|---|-----------|------|-------------------------|----|---------|
| 31 | E | 5/20/2014 | Affidavit/Certificate of Service of | RULE TO SHOW CAUSE ON 05/20/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9796960 |
| 32 | E | 5/23/2014 | Motion | BY REPUBLIC BANK; REPUBLIC FIRST BANK MOTION TO COMPEL DEPOSITION OF MICHAEL CARSON, ESQUIRE WITH SERVICE ON 05/23/2014 | No | 9802164 |
| 33 | E | 5/28/2014 | Praec-Writ of Execution Confessed Judgment w/ Garnishee | AGAINST ALTCHEM ENVIONMENTAL SERVICES INC; BARRY PORTNOY AND FULTON BANK; TD BANK | No | 9808601 |
| 34 | E | 5/29/2014 | Interrogatories To | FULTON BANK | No | 9809331 |
| 35 | E | 5/29/2014 | Affidavit/Certificate of Service of | INTERROGATORIES ON 05/29/2014 TO FULTON BANK | No | 9809332 |
| 36 | E | 5/29/2014 | Interrogatories To | TD BANK | No | 9809347 |
| 37 | E | 5/29/2014 | Affidavit/Certificate of Service of | INTERROGATORIES ON 05/29/2014 TO TD BANK | No | 9809350 |
| 38 | | 6/3/2014 | (Internal Use Only) Served | FULTON BANK ON 6-2-14 | No | 9819394 |
| 39 | | 6/3/2014 | (Internal Use Only) Served | TD BANK ON 6-2-14 | No | 9819395 |
| 40 | E | 6/6/2014 | Affidavit/Certification of Service w/Rule Returnable | OF RULE TO SHOW CAUSE REGARDING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF MICHAEL CARSON, ESQUIRE ON 06/06/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9825918 |
| 41 | E | 6/9/2014 | Entry of Appearance | OF JON C. SIRLIN FOR TD BANK | No | 9831438 |
| 42 | | 6/11/2014 | Rule | DATE ON JULY 7, 2014 KEHS CA | No | 9832055 |
| 43 | E | 6/12/2014 | Praec for Argument | MATTER IS APPEALABLE - DEFENDANTS' PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT | No | 9833837 |
| 44 | E | 6/12/2014 | Affidavit/Certificate of Service of | PRAECIPE FOR ARGUMENT ON DEFENDANTS' PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT ON 06/12/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9833843 |
| 45 | | 6/20/2014 | Answer to Interrogatories By | FULTON BANK WITH NEW MATTER WITH SERVICE ON 6/17/2014 | No | 9853938 |
| 46 | | 6/25/2014 | Answer to Interrogatories By | TD BANK | No | 9855727 |
| 47 | E | 7/1/2014 | Attachment Dissolved/Discontinued | AS TO TD BANK | No | 9858261 |
| 48 | E | 7/1/2014 | Affidavit/Certificate of Service of | ORDER TO DISCONTINUE ATTACHMENT EXECUTION AGAINST GARNISHEE, TD BANK ON 07/01/2014 TO ROBERT KRANDEL, ESQUIRE AND JON SIRLIN, ESQUIRE | No | 9858285 |
| 49 | | 7/2/2014 | Order | OF 6/30/14 DEL RICCI, J PLAINTIFF MOTION TO COMPEL GRANTED CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/02/2014 PURSUANT TO PA. R. C. P. 236. | No | 9859990 |
| 50 | E | 7/2/2014 | Affidavit/Certificate of Service of | ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT BARRY PORTNOY ON 07/02/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9860592 |
| 51 | E | 7/3/2014 | Judgment Against Garnishee Entered in Favor of | REPUBLIC FIRST BANK & AGAINST FULTON BANK IN AMOUNT OF $15,619.57. NOTICE 236 SENT ON 7-3-2014 | No | 9861625 |
| 52 | E | 7/3/2014 | Affidavit/Certificate of Service of | JUDGMENT AGAINST GARNISHEE ON 07/03/2014 TO ALL PARTIES | No | 9861664 |
| 53 | | 7/22/2014 | Order | OF 7/18/14 MOORE,J MOTION GRANTED; MICHAEL CARSON ESQ SHALL APPEAR FOR DEPOSITION WITHIN 20 DAYS OF THE DATE OF THIS ORDER; CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 07/23/2014 PURSUANT TO PA. R. C. P. 236. | No | 9885980 |
| 54 | E | 7/23/2014 | Affidavit/Certificate of Service of | ORDER DATED JULY 18, 2014 GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF MICHAEL CARSON, ESQUIRE ON 07/23/2014 TO ROBERT J. KRANDEL, ESQUIRE | No | 9888417 |

| 55 | E | 7/29/2014 | Partial Satisfaction | AS TO FULTON BANK | No | 9897504 |
| 56 | E | 7/29/2014 | Affidavit/Certificate of Service of | PRAECIPE TO SATISFY JUDGMENT AS TO GARNISHEE, FULTON BANK ON 07/29/2014 TO DEFENDANTS | No | 9897508 |
| 57 | E | 7/31/2014 | Motion | BY REPUBLIC BANK; REPUBLIC FIRST BANK FOR CONTEMPT AND FOR SANCTIONS AGAINST DEFENDANT WITH SERVICE ON 07/31/2014 | No | 9901503 |
| 58 | E | 7/31/2014 | Affidavit/Certificate of Service of | MOTION FOR CONTEMPT AND FOR SANCTIONS AGAINST DEFENDANT BARRY PORTNOY ON 07/31/2014 TO ALL DEFENDANTS | No | 9901577 |
| 59 | E | 8/8/2014 | Suggestion | OF BANKRUPTCY | No | 9911688 |
| 60 | E | 8/8/2014 | Affidavit/Certificate of Service of | SUGGESTION OF BANKRUPTCY ON 08/08/2014 TO ALL DEFENDANTS | No | 9911700 |
| 61 | | 8/8/2014 | Suggestion | OF BANKRUPTCY USBC EAST DIST OF PA 14-16081 FILED 7/30/2014 | No | 9911642 |
| 62 | | 8/8/2014 | Affidavit/Certificate of Service of | SUGGESTION OF BANKRUPTCY ON 8/7/2014 TO JONATHAN HUGG | No | 9911804 |
| 63 | E | 10/23/2014 | Miscellaneous | ORDER GRANTING RELIEF FROM STAY ALLOWING STATE COURT LAWSUITS TO PROCEED AGAINST NON-BANKRUPT, NON-DEBTOR CO-DEFENDANTS OF DEBTOR BARRY PORTNOY | No | 10022513 |
| 64 | E | 10/23/2014 | Affidavit/Certificate of Service of | ORDER GRANTING RELIEF FROM STAY ALLOWING STATE COURT LAWSUITS TO PROCEED AGAINST NON-BANKRUPT NON-DEBTOR CO-DEFENDANTS OF DEBTOR BARRY PORTNOY ON 10/23/2014 TO DEFENDANTS COUNSEL | No | 10022531 |
| 65 | | 12/31/2014 | Order | OF 12/30/14 DEL RICCI, J PARTIES SHALL ENGAGE IN DISCOVERY CC THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 12/31/2014 PURSUANT TO PA. R. C. P. 236. | No | 10115248 |
| 66 | | 1/7/2015 | Returned Copy | | No | 10128877 |

## Judgments

| For | Against | Date | Amount |
| --- | --- | --- | --- |
| REPUBLIC FIRST BANK | ALTCHEM ENVIONMENTAL SERVICES INC | 1/24/2014 | 707,754.06 |
| REPUBLIC FIRST BANK | PORTNOY, BARRY | 1/24/2014 | 707,754.06 |
| REPUBLIC FIRST BANK | TD BANK | 5/28/2014 | WRIT/EXEC |
| REPUBLIC FIRST BANK | FULTON BANK | 5/28/2014 | WRIT/EXEC |
| REPUBLIC FIRST BANK | PORTNOY, BARRY | 5/28/2014 | WRIT/EXEC |
| REPUBLIC FIRST BANK | ALTCHEM ENVIONMENTAL SERVICES INC | 5/28/2014 | WRIT/EXEC |
| REPUBLIC FIRST BANK | FULTON BANK | 7/3/2014 | 15,619.57 |

# EXHIBIT 2

Case #2014-01743

| | |
|---|---|
| Case Number | 2014-01743 |
| Matter Code | |
| Commencement Date | 3/12/2014 2:05:58 PM |
| Case Type | CERTIFICATION OF JUDGMENT FROM ANOTHER COURT FILED. ASSUMPSIT. JUDGMENT ENTERED IN THE SUM OF $ |
| PFA Number | |
| Caption Plaintiff | REPUBLIC FIRST BANK |
| Caption Defendant | PORTNOY, BARRY |
| Lis Pendens Indicator | No |
| Status | 6 |
| Judge | James M. McMaster |
| Parcel Number | |
| Remarks | CERTIFICATION OF JUDGMENT FROM MONTGOMERY COUNTY COURT FILED. ASSUMPSIT. JUDGMENT ENTERED IN THE SUM OF $707,754.06+CST/INT AGNST DEFTS. |
| Sealed | No |
| Consolidated | No |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| REPUBLIC FIRST BANK | UNKNOWN , UNITED STATES | HUGG, JONATHAN W. | Yes | 1 | |
| REPUBLIC BANK DBA | UNKNOWN , UNITED STATES | HUGG, JONATHAN W. | Yes | 2 | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| PORTNOY, BARRY | 794 PENLLYN PIKE BLUE BELL, PA 19422 UNITED STATES | | Yes | 1 | |
| ALTCHEM ENVIRONMENTAL SERVICES INC | 794 PENLLYN PIKE BLUE BELL, PA 19422 UNITED STATES | | Yes | 2 | |

## Docket Entries

| Seq. | Filing Date | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|
| 0 | 3/12/2014 2:05:58 PM | CERTIFICATION OF JUDGMENT FROM MONTGOMERY COUNTY COURT FILED. ASSUMPSIT. JUDGMENT ENTERED IN THE SUM OF $707,754.06+CST/INT AGNST DEFTS. | No | 10493612 |
| 1 | 3/12/2014 2:09:44 PM | APPEARANCE OF JONATHAN W HUGG ESQ., ENTERED FOR PLAINTIFF. | No | 10493693 |
| 2 | 3/12/2014 2:10:09 PM | AFFIDAVIT OF LAST KNOWN ADDRESS FILED. | No | 10493694 |
| 3 | 3/12/2014 2:10:16 PM | NOTICE MAILED IN ACCORDANCE WITH PA. R.C.P. 236 AS AMENDED. | No | 10493695 |
| 4 | 8/11/2014 9:23:21 AM | NOTICE OF PENDING BANKRUPTCY PROCEEDINGS | No | 10634836 |
| 5 | 8/11/2014 9:23:27 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10634837 |
| 6 | 10/24/2014 1:49:41 PM | AFFIDAVIT OF SERVICE BY MAIL COPY OF COURT ORDER DATED 10/21/14 SERVED UPON ROBERT J. KRANDEL, ESQ. ON 10/23/14 BY FIRST CLASS MAIL. | No | 10699602 |
| 7 | 10/27/2014 9:16:02 AM | ORDER OF US BANKRUPTCY COURT EASTERN DISTRICT OF PA GRANTING RELIEF FROM STAY ALLOWING STATE COURT LAWSUITS TO PROCEED AGAINST NON-BANKRUPT, NON-DEBTOR CO-DEFENDANTS OF DEBTOR BARRY PORTNOY. (SEE ORDER FOR DETAILS) | No | 10700080 |

## Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| REPUBLIC BANK DBA | PORTNOY, BARRY | 3/12/2014 2:09:29 PM | 707,754.06 |
| REPUBLIC BANK DBA | ALTCHEM ENVIRONMENTAL SERVICES INC | 3/12/2014 2:09:36 PM | 707,754.06 |
| REPUBLIC FIRST BANK | PORTNOY, BARRY | 3/12/2014 2:09:12 PM | 707,754.06 |
| REPUBLIC FIRST BANK | ALTCHEM ENVIRONMENTAL SERVICES INC | 3/12/2014 2:09:25 PM | 707,754.06 |

# EXHIBIT 3

Case #2014-00535

| | |
|---|---|
| **Case Number** | 2014-00535 |
| **Matter Code** | |
| **Commencement Date** | 1/27/2014 9:01:05 AM |
| **Case Type** | COMPLAINT IN CONFESSION OF JUDGMENT FILED. EO DIE JUDGMENT ENTERED IN THE SUM OF $ |
| **PFA Number** | |
| **Caption Plaintiff** | REPUBLIC FIRST BANK |
| **Caption Defendant** | ALTCHEM ENVIRONMENTAL SERVICES INC |
| **Lis Pendens Indicator** | No |
| **Status** | 6 |
| **Judge** | Robert O. Baldi |
| **Parcel Number** | 48-020-042-0010-0B5 |
| **Remarks** | COMPLAINT IN CONFESSION OF JUDGMENT FILED. EO DIE JUDGMENT ENTERED IN THE SUM OF $1,732,841.70 21.75PD |
| **Sealed** | No |
| **Consolidated** | No |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| REPUBLIC FIRST BANK | TWO LIBERTY PLACE 50 S 16TH STREET, SUITE 2400 PHILA, PA 19102 UNITED STATES | COLLURA, ELIZABETH F MCGRAVEY, DANIEL J. | Yes | 1 | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| ALTCHEM ENVIRONMENTAL SERVICES INC | 1300 INDUSTRIAL HIGHWAY, UNIT #5 SOUTHAMPTON, PA 18966 UNITED STATES | | Yes | 1 | |
| PORTNOY, BARRY | 15 GREAT HILLS ROAD NEW HOPE, PA 18938-9283 UNITED STATES | | Yes | 2 | |

## Docket Entries

| Seq. | Filing Date | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|
| 0 | 1/27/2014 9:01:05 AM | COMPLAINT IN CONFESSION OF JUDGMENT FILED. EO DIE JUDGMENT ENTERED IN THE SUM OF $1,732,841.70 21.75PD | No | 10453832 |
| 1 | 1/27/2014 9:05:33 AM | APPEARANCE OF JONATHAN W HUGG AND NOLAN G SHENAI ESQ., ENTERED FOR PLAINTIFF. | No | 10453918 |
| 2 | 1/27/2014 9:06:20 AM | WARRANT OF ATTORNEY FOR DEFENDANT FILED. APPEARANCE OF JONATHAN W HUGG ESQ AND NOLAN G SHENAI , ESQ., ENTERED. | No | 10453919 |
| 3 | 1/27/2014 9:07:02 AM | AFFIDAVIT OF LAST KNOWN ADDRESS FILED. | No | 10453920 |
| 4 | 1/27/2014 9:07:13 AM | AFFIDAVIT AS TO DEFENDANT'S INCOME FILED. | No | 10453921 |
| 5 | 1/27/2014 9:07:24 AM | AFFIDAVIT OF NON-CONSUMER CREDIT TRANSACTION FILED. | No | 10453922 |
| 6 | 1/27/2014 9:07:36 AM | AFFIDAVIT OF NON-MILITARY SERVICE FILED. | No | 10453933 |
| 7 | 1/27/2014 9:07:47 AM | AFFIDAVIT OF BUSINESS USE FOR LOAN FILED. | No | 10453934 |
| 8 | 1/27/2014 9:07:58 AM | NOTICE MAILED IN ACCORDANCE WITH PA. R.C.P. 236 AS AMENDED. | No | 10453935 |
| 9 | 2/11/2014 4:20:25 PM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION #14 1 02146 . AMOUNT PAID $79.00 AR . | No | 10467400 |

| 17 | 2/12/2014 10:50:45 AM | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY MAGGEO , SERVED DEFENDANT(S) ALTCHEM ENVIROMENTAL SERVICES, INC. PURSUANT TO PA.R.C.P. #402(A)(2)(III) BY HANDLING TO BARRY PORTNAY, PCB, AT 1300 INDUSTRIAL HWY, UNIT # 5 SOUTHAMPTON, PA 18966 ,AR | No | 10478149 |
| 12 | 2/14/2014 11:15:02 AM | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY RENSON SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A) (2) (I) SERVED BARRY PORTNOY BY HANDLING TO DANIELLE PORTNOY, WIFE, AT 155 N. ELM AVE, NEWTOWN, PA. NK | No | 10475914 |
| 10 | 2/18/2014 3:13:00 PM | PETITION TO OPEN AND/OR STRIKE JUDGMENT FILED BY DEFTS. | No | 10472033 |
| 11 | 2/19/2014 11:48:09 AM | AFFIDAVIT OF SERVICE BY MAIL FILED. | No | 10472335 |
| 13 | 2/21/2014 4:10:35 PM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO JONATHAN W HUGG, ESQ TRANSACTION # 14 1 02146 | No | 10475987 |
| 14 | 2/24/2014 1:27:28 PM | MOTION TO QUASH SUBPOENA FILED BY ALTCHEM ENVIRONMENTAL SERVICES, INC., BARRY PORTNOY AND MICHAEL E. CARSON, ESQ. | No | 10477122 |
| 15 | 2/24/2014 1:29:30 PM | MEMORANDUM OF LAW FILED. | No | 10477133 |
| 16 | 2/24/2014 1:29:39 PM | AFFIDAVIT OF SERVICE BY MAIL FILED. | No | 10477134 |
| 18 | 2/25/2014 12:23:29 PM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO JONATHAN W HUGG, ESQ TRANSACTION # 14 1 02146 AR | No | 10478381 |
| 21 | 3/12/2014 12:38:51 PM | RULE RETURNABLE 3/31/14 | No | 10497614 |
| 19 | 3/12/2014 12:48:22 PM | RESPONSE IN OPPOSITION TO THE MOTION OF ALTCHEM ENVIRONMENTAL SERVICES, INC., BARRY PORTNOY, AND MICHAEL E. CARSON, ESQ. TO QUASH SUBPOENA FILED BY PLTF. | No | 10493446 |
| 20 | 3/12/2014 12:49:13 PM | AFFIDAVIT OF SERVICE BY MAIL FILED. | No | 10493447 |
| 22 | 3/17/2014 1:45:32 PM | MOTION TO STAY OF EXECUTION FILED BY DEFTS'. | No | 10497819 |
| 23 | 3/17/2014 1:45:55 PM | AFFIDAVIT OF SERVICE BY MAIL FILED. | No | 10497820 |
| 24 | 3/17/2014 3:51:30 PM | LETTER CAME TO HAND COURT ADMIN PROBLEM NOTICE RETURNED IN RE:MOTION TO QUASH SUBPOENA FILED 2/24/2014 | No | 10498152 |
| 25 | 3/20/2014 9:34:49 AM | MOTION FOR PROTECTIVE ORDER AND FOR STAY OF DEPOSITION OF MOVANT, NON-PARTY DANIELLE PORTNOY. | No | 10500738 |
| 26 | 3/20/2014 9:40:19 AM | MEMORANDUM OF LAW FILED. | No | 10500739 |
| 27 | 3/20/2014 9:40:28 AM | AFFIDAVIT OF SERVICE BY MAIL FILED. | No | 10500740 |
| 28 | 3/24/2014 12:42:30 PM | RULE RETURNABLE APRIL 14 2014 | No | 10507062 |
| 29 | 4/1/2014 3:14:41 PM | ANSWER AND NEW MATTER BY PLTF IN OPPOSITION TO DEFT'S PETITION TO STRIKE OR OPEN PLTF'S CONFESSED JUDGMENT. | No | 10512868 |
| 30 | 4/1/2014 3:15:31 PM | AFFIDAVIT OF SERVICE BY MAIL | No | 10512869 |
| 31 | 4/9/2014 11:28:27 AM | REPLY BY DEFTS TO NEW MATTER OF PLTF. | No | 10520211 |
| 32 | 4/9/2014 11:28:50 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10520212 |

| 33 | 4/14/2014 11:43:08 AM | RESPONSE AND NEW MATTER BY PLTF, IN OPPOSITION TO DEFTS' MOTION FOR STAY OF EXECUTION. | No | 10524538 |
| 34 | 4/14/2014 11:45:12 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10524539 |
| 35 | 4/17/2014 9:12:36 AM | PRAECIPE TO WITHDRAW DEFT'S MOTION FOR STAY OF EXECUTION PETITION FILED. EO DIE PETITION MARKED WITHDRAWN. | No | 10528082 |
| 36 | 4/17/2014 11:13:05 AM | RESPONSE AND NEW MATTER IN OPPOSITION TO MOVANT NON-PARTY DANIELLE PORTNOY'S MOTION FOR PROTECTIVE ORDER AND FOR STAY OF DEPOSITION BY PLTF. | No | 10528521 |
| 37 | 4/17/2014 11:14:23 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10528522 |
| 38 | 5/1/2014 1:31:09 PM | RULE RETURNABLE BY 6/2/14. | No | 10541099 |
| 39 | 5/5/2014 11:51:11 AM | RULE RETURNABLE 6/2/14 | No | 10552005 |
| 40 | 5/22/2014 10:29:50 AM | MOTION TO STRIKE PLTF'S NEW MATTER FILED IN RESPONSE TO MOVAN'TS MOTION FOR PROTECTIVE ORDER AND FOR STAY OF DEPOSITION. BY MOVANT, DANIELLE PORTNOY. | No | 10559967 |
| 41 | 5/22/2014 10:33:11 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10559968 |
| 42 | 5/30/2014 8:56:54 AM | MEMORANDUM OF LAW BRIEF BY PLTF IN OPPOSITION TO MOVANT, NON-PARTY DANIELLE PORTNOY'S MOTION FOR PROTECTIVE ORDER AND FOR STAY OF DEPOSITION | No | 10566298 |
| 43 | 5/30/2014 8:58:20 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10566299 |
| 44 | 6/2/2014 9:05:05 AM | MEMORANDUM OF LAW BRIEF BY PLTF IN OPPOSITION TO THE MOTION OF DEFTS AND MICHAEL CARSON TO QUASH A SUBPOENA DIRECTED TO CARSON | No | 10567600 |
| 45 | 6/2/2014 9:06:47 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10567601 |
| 46 | 6/4/2014 11:59:27 AM | PRAECIPE UNDER B.C.R.C.P. 208.3(B) BY DEFTS. | No | 10570704 |
| 47 | 6/9/2014 8:38:23 AM | LETTER CAME TO HAND: COURT ADMIN PROBLEM NOTICE RETURNED IN RE: 208; RULE TO SHOW CAUSE (QUASH SUBPOENA) FILED ON JUNE 4, 2014. | No | 10573775 |
| 48 | 6/11/2014 10:38:19 AM | MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER, BY ERIC HEINZ, ESQ. | No | 10576802 |
| 49 | 6/11/2014 10:39:23 AM | MEMORANDUM OF LAW | No | 10576808 |
| 50 | 6/11/2014 10:39:34 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10576809 |
| 51 | 6/13/2014 9:51:30 AM | PRAECIPE UNDER B.C.R.C.P. 208.3(B) BY DANIELLE PORTNOY. | No | 10583139 |
| 52 | 6/13/2014 9:52:24 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10583140 |
| 53 | 6/16/2014 9:17:57 AM | PRAECIPE REQUESTING ORAL ARGUMENT UNDER B.C.R.C.P. 208.3(B) BY PLTF. | No | 10584132 |
| 54 | 6/16/2014 9:18:27 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10584133 |

| 55 | 6/16/2014 10:13:37 AM | PRAECIPE UNDER B.C.R.C.P. 208.3(B)(6) BY PLTF. | No | 10584312 |
|---|---|---|---|---|
| 56 | 6/16/2014 10:14:00 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10584313 |
| 57 | 6/18/2014 1:28:54 PM | PRAECIPE UNDER B.C.R.C.P. 208.3(B) BY DEFTS. | No | 10587373 |
| 58 | 6/24/2014 9:59:03 AM | FILE SENT TO JUDGE PURSUANT TO RULE 208.3(B) PRAECIPE. JUNE 13, 2014. | No | 10592924 |
| 59 | 6/25/2014 9:09:36 AM | LETTER CAME TO HAND: COURT ADMIN PROBLEM NOTICE RETURNED IN RE: 208; RULE TO SHOW CAUSE (OPEN/STRIKE JUDGMENT) FILED ON JUNE 16, 2014. | No | 10594217 |
| 65 | 6/26/2014 9:16:23 AM | ORDER ENTERED ON 6/25/14 BY JUDGE ROBERT O. BALDI THAT THE ORAL ARGUMENT HAS BEEN SCHEDULED IN THE ABOVE-CAPTIONED MATTER ON AUGUST 21, 2014 AT 9:30 AM, IN COURTROOM A8, BUCKS COUNTY COURTHOUSE. | No | 10597906 |
| 66 | 6/27/2014 9:19:48 AM | NOTICE OF FILING OF ORDER OF THE COURT UNDER P.A.R.C.P. #236 MAILED TO JONATHAN W. HUGG AND WALTER H. FLAMM JR. | No | 10597907 |
| 60 | 6/27/2014 9:56:09 AM | PRAECIPE TO WITHDRAW REQUEST FOR ORAL ARGUMENT ON THE MOTION FOR PROTECTIVE ORDER AND FOR STAY OF DEPOSITION OF MOVANT NON PARTY DANIELLE PORTNOY BY ALESIA S SULOCK ESQ. | No | 10596777 |
| 61 | 6/27/2014 9:57:26 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10596828 |
| 62 | 6/27/2014 9:58:52 AM | PETITION TO WITHDRAW APPEARANCE AS COUNSEL FOR NON-PARTY MOVANT DANIELLE PORTNOY BY ARTHUR W LEFCO ESQ AND ALESIA S SULOCK ESQ. | No | 10596829 |
| 63 | 6/27/2014 10:02:30 AM | MEMORANDUM OF LAW | No | 10596830 |
| 64 | 6/27/2014 10:02:41 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10596831 |
| 67 | 6/30/2014 10:03:45 AM | FILE SENT TO JUDGE PURSUANT TO RULE 208.3(B) PRAECIPE. JUNE 16, 2014. | No | 10598084 |
| 68 | 6/30/2014 10:04:09 AM | FILE SENT TO JUDGE PURSUANT TO RULE 208.3(B) PRAECIPE. JUNE 16, 2014. | No | 10598085 |
| 72 | 6/30/2014 12:46:53 PM | RULE RETURNABLE 7/21/14 | No | 10601550 |
| 69 | 7/2/2014 10:30:42 AM | AFFIDAVIT OF SERVICE BY MAIL COPY OF ATTACHED ORDER SERVED UPON WALTER H. FLAMM, ESQ. AND ALESIA S. SULOCK, ESQ. ON 6/25/14 | No | 10601157 |
| 70 | 7/2/2014 12:20:15 PM | PRAECIPE UNDER B.C.R.C.P. 208.3(B)(5) BY PLTF. | No | 10601442 |
| 71 | 7/2/2014 12:20:49 PM | AFFIDAVIT OF SERVICE BY MAIL | No | 10601443 |
| 73 | 7/10/2014 8:43:58 AM | LETTER CAME TO HAND COURT ADMIN PROBLEM NOTICE RETURNED IN RE: 208 RULE TO SHOW CAUSE (STRIKE OPEN JUDGMENT FILED JUNE 2, 2014 | No | 10607230 |
| 74 | 7/11/2014 12:58:39 PM | PRAECIPE UNDER BCRCP 208.3(B) RETURNED TO COUNSEL BY COURT ADMINISTRATOR AS INAPPROPRIATE FOR RULE 208.3(B) DISPOSITION. FILED 6/2/14. | No | 10610701 |
| 75 | 7/15/2014 2:49:50 PM | PRAECIPE FOR WRIT OF EXECUTION FILED AND WRIT EXIT. TAX PARCEL # 48-020-042-010-0B4 & 48-020-042-010-0B5. | No | 10612331 |
| 76 | 7/16/2014 3:32:40 PM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2014 1 12152. AMOUNT PAID $2,000.00. NK | No | 10613550 |

| 77 | 7/16/2014 3:33:15 PM | REAL ESTATE SALE: SALE DATE OCTOBER 10, 2014. ATTY ON WRIT JONATHAN W. HUGG, 215-640-8547. | No | 10613551 |
| 78 | 7/16/2014 3:34:06 PM | ADDRESS OF REAL ESTATE: 1300 INDUSTRIAL HIGHWAY, UNITS 4 AND 5, SOUTHAMPTON. TAX PARCEL # 48-020-042-010-0B4 AND 48-020-042-010-0B5. | No | 10613552 |
| 79 | 7/16/2014 3:35:09 PM | REAL DEBT FIXED IN THE AMOUNT OF $1,732,841.70. | No | 10613553 |
| 80 | 7/16/2014 3:35:31 PM | FORMER COSTS IN THE SUM OF $354.25. | No | 10613554 |
| 81 | 7/16/2014 3:35:51 PM | REAL ESTATE SALE: LEVY AND SERVICE TO DEPUTY ON THIS DATE. | No | 10613560 |
| 85 | 7/17/2014 2:10:47 PM | ORDER ENTERED ON 7/10/2014 BY ROBERT O BALDI,J. ORDERED THAT ORAL ARGUMENT HAS BEEN SCHEDULED FOR 8/21/2014 AT 9:30AM IN COURTROOM A-8 | No | 10618250 |
| 82 | 7/17/2014 3:07:50 PM | RULE RETURNABLE AUGUST 11, 2014 | No | 10614774 |
| 89 | 7/18/2014 10:16:49 AM | REAL ESTATE LEVIED UPON BY DEPUTY DICAMPELLO AT 3:15PM ON THIS DATE. | No | 10632524 |
| 83 | 7/22/2014 9:34:31 AM | PRAECIPE TO WITHDRAW MOTION OF ERIC HEINZ, ESQ. TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER PETITION FILED. EO DIE PETITION MARKED WITHDRAWN. | No | 10617557 |
| 84 | 7/22/2014 9:35:03 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10617558 |
| 86 | 7/22/2014 2:11:33 PM | NOTICE OF FILING OF ORDER OF THE COURT UNDER P.A.R.C.P. #236 MAILED TO JONATHAN HUGG AND WALTER FLAMM ON 7/22/2014 | No | 10618251 |
| 87 | 7/28/2014 2:36:05 PM | AFFIDAVIT OF SERVICE BY MAIL COPY OF WRITTEN NOTICE TO DEFTS THAT FAILURE TO COMPLY WITH B.C.R.CIV.P. 208.3 WITHIN 10 DAYS PLTF WOULD FILE A PRAECIPE TO DISMISS THE DEFT'S PETITION TO STRIKE OR OPEN CONFESSED JUDGMENT ON 6/12/14 | No | 10623015 |
| 88 | 7/30/2014 3:42:08 PM | FILE SENT TO JUDGE PURSUANT TO RULE 208.3(B) PRAECIPE. JULY 2, 2014. | No | 10625389 |
| 90 | 8/7/2014 10:17:28 AM | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY DICAMPELLO ON 8/4/2014 AT 12:30PM SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A) (I) W/NOTICE OF SALE AS TO DEFTS BARRY PORTNOY AND ALTCHEM ENVIRONMENTAL SERVICES, INC. BY HANDING TO DEFT BARRY PERSONALLY FOR BOTH @ 1300 INDUSTRIAL BLVD, SOUTHAMPTON. NK | No | 10632525 |
| 91 | 8/11/2014 9:25:31 AM | NOTICE OF PENDING BANKRUPTCY PROCEEDINGS | No | 10634845 |
| 92 | 8/11/2014 9:25:38 AM | AFFIDAVIT OF SERVICE BY MAIL | No | 10634846 |
| 93 | 8/11/2014 11:07:49 AM | NOTICE OF PENDING BANKRUPTCY PROCEEDINGS | No | 10635314 |
| 94 | 8/18/2014 12:37:07 PM | ORDER ENTERED ON 8-11-14 BY JUDGE ROBERT BALDI; ALL PROCEEDINGS SHAL BE STAYED PENDING THE RESOLUTION OF THE BANKRUPTCY | No | 10644448 |
| 95 | 8/19/2014 12:37:49 PM | NOTICE OF FILING OF ORDER OF THE COURT UNDER P.A.R.C.P. #236 MAILED TO NOLAN SHENAI, JONATHAN HUGG AND WALTER FLAMM JR | No | 10644449 |
| 96 | 8/28/2014 3:46:10 PM | SHERIFF'S HAND BILL POSTED BY DEPUTY DICAMPELLO AT 11AM ON THIS DATE. | No | 10652902 |
| 97 | 9/2/2014 3:23:37 PM | SALE ADJOURNED BY ATTORNEY ON WRIT JONATHAN W. HUGG TO DECEMBER 12, 2014 SALE. NK | No | 10654283 |
| 98 | 10/15/2014 2:48:06 PM | ORDER OF OCT 8 2014, MAGDELINE D COLEMAN UNITED STATES BANKRUPTCY JUDGE , GRANTING MOTION OF REPUBLIC FIRST BANK FOR RELIEF FROM STAY TO PROCEED WITH SHERIFF SALE | No | 10691754 |
| 99 | 10/16/2014 1:02:09 PM | AFFIDAVIT OF SERVICE BY MAIL COPY OF ORDER GRANTING PLTF RELIEF FROM STAY TO PROCEED WITH SHERIFF SALE SERVED UPON ROBERT J. KRANDEL, ESQ. ON 10/15/14 BY FIRST CLASS MAIL | No | 10692587 |

| 100 | 10/24/2014<br>1:52:49 PM | AFFIDAVIT OF SERVICE BY MAIL COPY OF COURT ORDER DATED 10/21/14 SERVED UPON ROBERT J. KRANDEL, ESQ ON 10/23/14 BY FIRST CLASS MAIL. | No | 10699603 |
|---|---|---|---|---|
| 101 | 10/27/2014<br>9:12:59 AM | ORDER OF US BANKRUPTCY COURT EASTERN DISTRICT OF PA GRANTING RELIEF FROM STAY ALLOWING STATE COURT LAWSUITS TO PROCEED AGAINST NON-BANKRUPT, NON-DEBTOR CO-DEFENDANTS OF DEBTOR BARRY PORTNOY. (SEE ORDER FOR DETAILS) | No | 10700079 |
| 102 | 10/29/2014<br>1:55:05 PM | AMENDED AFFIDAVIT OF SERVICE OF NOTICE OF SALE FILED. (PA.R.C.P. 3129.1) | No | 10703551 |
| 103 | 11/6/2014<br>8:32:42 AM | AFFIDAVIT OF SERVICE OF NOTICE OF SALE FILED. (PA.R.C.P. 3129.1) | No | 10709780 |
| 104 | 12/1/2014<br>1:45:32 PM | PRAECIPE FOR WITHDRAWAL NOLAN G. SHENAI, ESQ. AS ATTORNEY FOR PLAINTIFF | No | 10730282 |
| 105 | 12/1/2014<br>1:46:13 PM | AFFIDAVIT OF SERVICE | No | 10730283 |
| 106 | 12/12/2014<br>3:08:00 PM | REAL ESTATE SOLD TO PLAINTIFF FOR COSTS IN THE SUM OF $1,245.44 | No | 10740984 |
| 109 | 1/6/2015<br>2:59:12 PM | SHERIFF'S REFUND MADE TO JONATHAN W. HUGG ESQ. , CHECK #76427 , IN THE SUM OF $719.65 & CHECK #76448, IN THE SUM OF $87.00 SOLD FOR COST FROM DECEMBER 12,2014 SALE. RECEIPT #2014-1-12152 | No | 10762175 |
| 107 | 1/7/2015<br>3:17:56 PM | DEED RECORDED ON 1/7/2015 AT 3:12PM. INSTRUMENT #2015001170 TO RFB PHILADELPHIA PROPERTIES, LLC, 50 S. 16TH STREET, SUITE 2400, PHILADELPHIA, PA 19102. | No | 10759619 |
| 108 | 1/7/2015<br>3:53:45 PM | RETURN MADE TO PROTHONOTARY. | No | 10759621 |
| 110 | 6/2/2015<br>2:32:22 PM | PRAECIPE TO ENTER JUDGMEN ON THE ORDER OF 10/21/2014 AGAINST DEFTS ON THE ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PA FOR A DEFICIENCY JUDGMENT IN THE SUM OF 1,069,087.14 PLUS CSTS AND INTEREST. FILED. EO DIE JUDGMENT ENTERED | No | 10888267 |
| 111 | 6/2/2015<br>2:36:42 PM | NOTICE MAILED IN ACCORDANCE WITH PA. R.C.P. 236 AS AMENDED. | No | 10888268 |
| 112 | 7/2/2015<br>12:27:31 PM | E | PETITION TO ENTER A DEFICIENCY JUDGMENT AGAINST ALTCHEM ENVIRONMENTAL SERVICES, INC. BY PLTF. WITH SERVICE ON 7/2/2015 | No | 10918879 |
| 113 | 7/17/2015<br>1:47:54 PM | RULE RETURNABLE 8/17/15 | No | 10931964 |
| 114 | 7/27/2015<br>2:58:47 PM | E | CERTIFICATE OF SERVICE.OF RULE SERVED UPON ROBERT J KRANDEL ESQ ON 7/27/15 US MAIL AND E FILE | No | 10939637 |
| 115 | 9/8/2015<br>10:19:34 AM | MOTION TO MAKE RULE ABSOLUTE BY PLTF. WITH SERVICE ON 09/08/2015. | No | 10975765 |
| 116 | 9/29/2015<br>10:59:41 AM | ORDER ENTERED MAKING RULE ABSOLUTE ON 9/28/2015 BY ROBERT O BALDI,J ORDERED THAT THE 7/17/2015 RULE IS HERE BY MADE ABSOLUTE AND IN ACCORDANCE WITH THE ORDER OF THE US BANKRUPTCY COURT FOR THE ED OF PA IN CASE 14-16081(DOC.122), THAT NTHE DEFICIENCY JDMT SHALL BE ENTERED AGAINST ALTCHEM ENVIRONMENTAL SERVICES INC IN THE AMOUNT OF 1,069,087.14 PLUS ANY ACCRUED COSTS AND FEES. THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 10/01/2015 PURSUANT TO PA. R. C. P. 236. | No | 10996893 |
| 117 | 10/2/2015<br>9:58:33 AM | E | CERTIFICATE OF SERVICE COPY OF COURT ORDER DATED 9/28/15 SERVED UPON ROBERT J. KRANDEL, ESQ. ON 10/2/15 BY FIRST CLASS MAIL. WITH SERVICE ON 10/02/2015. | No | 10999008 |
| 118 | 3/25/2016<br>1:51:30 PM | E | APPEARANCE OF ELIZABETH F. COLLURA ESQ., ENTERED FOR PLAINTIFF. WITH SERVICE ON 03/25/2016. | No | 11171085 |
| 119 | 8/19/2016<br>1:20:21 PM | MOTION/PETITION TO COMPEL DEPOSITIONS OF A CORPORATE REPRESENTATIVE OF DEFT ALTCHEM ENVIRONMENTAL SERVICES INC BY PLTF. | No | 11299050 |
| 120 | 8/19/2016<br>1:21:15 PM | CERTIFICATE OF SERVICE | No | 11299051 |
| 121 | 8/19/2016<br>2:34:39 PM | REPLY/RESPONSE TO PLTF'S MOTION TO COMPEL THE DEPOSITION OF A CORPORATE REPRESENTATIVE BY DEFT. | No | 11299178 |

| 122 | 8/26/2016 8:40:02 AM | | ORDER ENTERED ON 8-24-16 BY JUDGE BALDI; THIS ORDER/JUDGMENT WAS DOCKETED AND SENT ON 08/29/2016 PURSUANT TO PA. R. C. P. 236. | No | 11304702 |
|-----|------|---|------|-----|----------|
| 123 | 8/30/2016 3:24:16 PM | E | CERTIFICATE OF SERVICE BY JONATHAN W HUGG ESQ CERTIFIES THAT COPY OF COURT'S RULE TO SHOW CAUSE DATED 8/24/16 WAS SERVED ON 8/30/16 BY VIA EMAIL AND FIRST CLASS MAIL TO ROBERT J KRANDEL ESQ. | No | 11306928 |
| 124 | 1/4/2017 4:25:11 PM | E | PRAECIPE TO WITHDRAW WALTER FLAMM JR AS ATTORNEY FOR DEFENDANTS. WITH SERVICE ON 01/04/2017. | No | 11487761 |
| 125 | 4/10/2017 1:36:46 PM | E | APPEARANCE OF DANIEL J MCGRAVEY ESQ., ENTERED FOR PLAINTIFF. WITH SERVICE ON 04/10/2017. | No | 11568516 |

## Judgments

| For | Against | Date | Amount |
|-----|---------|------|--------|
| REPUBLIC FIRST BANK | ALTCHEM ENVIRONMENTAL SERVICES INC | 6/2/2015 2:35:46 PM | 1,069,087 DEFICIENCY JDMT |
| REPUBLIC FIRST BANK | PORTNOY, BARRY | 6/2/2015 2:36:25 PM | 1,069,087 DEFICIENCY JDMT |
| REPUBLIC FIRST BANK | ALTCHEM ENVIRONMENTAL SERVICES INC | 1/27/2014 9:11:55 AM | 1,732,841.70 |
| REPUBLIC FIRST BANK | PORTNOY, BARRY | 1/27/2014 9:12:13 AM | 1,732,841.70 |

## Parcel Numbers

| Parcel Numbers |
|----------------|
| 48-020-042-0010-0B4 |
| 48-020-042-0010-0B5 |