# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BARRY PORTNOY, | ) | BANKRUPTCY CASE NO.: 14-16081 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| _____ | ) | _____ |
| | ) | |
| REPUBLIC FIRST BANK D/B/A REPUBLIC BANK, | ) | Hearing Date: |
| | ) | Hearing Time: |
| Movant, | ) | Hearing Place: Courtroom 2 |
| vs. | ) | |
| BARRY PORTNOY, | ) | |
| Respondent/Debtor | ) | |
| and | ) | |
| Altchem Environmental Services, Inc., | ) | |
| Respondent | ) | |

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of February, 2018, I caused a true and correct copy of the Motion of Republic First Bank, D/B/A Republic Bank for Relief from Stay to Revive Judgment Liens and a Notice of Hearing Response to be served via the electronic filing system and first class mail on the following:

PHDATA 6368921_1

| | |
|---|---|
| Albert M. Belmont, III, Esquire<br>Bochetto & Lentz, P.C.<br>1524 Locust Street<br>Philadelphia, PA 19102 | Gary F. Seitz, Esquire<br>Holly Elizabeth Smith, Esquire<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street, Suite 470 West<br>Philadelphia, PA 19106 |
| John E. Kaskey, Esquire<br>Braverman Kaskey, P.C.<br>1650 Market Street<br>56th Floor<br>Philadelphia, PA 19103 | Kevin P. Callahan, Esquire<br>United States Trustee<br>Dept. of Justice<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |

Dated:  February 9, 2018            By:    /s/Jonathan W. Hugg
                                           Jonathan W. Hugg, Esquire
                                           PA ID No. 73589
                                           1600 Market Street, Suite 3600
                                           Philadelphia, PA 19103
                                           Phone: 215-751-2527
                                           Fax:    215-751-2205
                                           E-mail:  jhugg@schnader.com
                                           *Attorney for Republic First Bank d/b/a Republic Bank*