## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BARRY PORTNOY, | ) | BANKRUPTCY CASE NO.: 14-16081 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| REPUBLIC FIRST BANK D/B/A | ) | Hearing Date:  March 7, 2018 |
| REPUBLIC BANK, | ) | |
| | ) | Hearing Time:  10:30 a.m. |
| Movant, | ) | |
| | ) | Hearing Place:  Courtroom No. 2 |
| vs. | ) | |
| | ) | |
| BARRY PORTNOY, | ) | |
| | ) | |
| Respondent/Debtor | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Altchem Environmental Services, Inc., | ) | |
| | ) | |
| Respondent | ) | |

### NOTICE OF MOTION,
### RESPONSE DEADLINE AND HEARING DATE

Republic Bank has filed a Motion for Relief.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 23, 2018, you or your attorney must do <u>all</u>  of the following:

(a) File an answer explaining your position at:

U.S. Bankruptcy Court, Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

       (b) Mail a copy to the movant's attorney:
          Jonathan W. Hugg, Esq.
          Schnader Harrison Segal & Lewis LLP
          1600 Market Street, Suite 3600
          Philadelphia, PA 19103-7286
          Telephone: (215) 751-2000
          Facsimile: 9215) 751-2205

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **March 7, 2018 at 10:30 a.m. in Courtroom No. 2,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 9, 2018