## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BARRY PORTNOY, | ) | BANKRUPTCY CASE NO.: 14-16081 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| _____ | ) | _____ |
| REPUBLIC FIRST BANK D/B/A REPUBLIC BANK, | ) | Hearing Date:  March 7, 2018 |
| | ) | Hearing Time:  10:30 a.m. |
| Movant, | ) | Hearing Place:  Courtroom No. 2 |
| vs. | ) | |
| BARRY PORTNOY, | ) | |
| Respondent/Debtor | ) | |
| and | ) | |
| Altchem Environmental Services, Inc., | ) | |
| Respondent | ) | |

**PRAECIPE TO WITHDRAW DUPLICATE FILING**

Please withdraw Document No. 531, a duplicate of Document No. 530 (Motion of Republic First Bank for Relief from Stay to Revive Judgment Liens), which was incorrectly filed today.

Dated:  February 9, 2018       By:    /s/Jonathan W. Hugg
                                              Jonathan W. Hugg, Esquire
                                              PA ID No. 73589
                                              1600 Market Street, Suite 3600
                                              Philadelphia, PA 19103
                                              Phone: 215-751-2527
                                              Fax:    215-751-2205
                                              E-mail:  jhugg@schnader.com

*Attorney for Republic First Bank d/b/a Republic Bank*