UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BARRY PORTNOY | : | Chapter 7<br>Case No. 14-16081-MDC |
| Debtor, | : | |
| | : | |
| ROBERT H. HOLBER, as Chapter 7<br>Trustee of the Estate of Barry Portnoy, | : | Adv. Proc. No. 16-00248-mdc |
| Plaintiff, | : | |
| v. | : | |
| BARRY PORTNOY, *et al.*, | : | |
| Defendants. | : | |
| REPUBLIC FIRST BANK d/b/a<br>REPUBLIC BANK, | : | Adv. Proc. No. 16-00409-mdc |
| Plaintiff, | : | |
| v.<br>ALTCHEM ENVIRONMENTAL<br>SERVICES, INC., *et al.* | : | |
| Defendants. | : | |
| REPUBLIC FIRST BANK d/b/a<br>REPUBLIC BANK, | : | Adv. Proc. No. 15-00037-mdc |
| Plaintiff, | : | |
| v.<br>BARRY PORTNOY, | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

Barry Portnoy

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
X Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
X Debtor
☐ Creditor
☐ Trustee
☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

**1. Describe the judgment, order, or decree appealed from:**

Debtor appeals from the January 25, 2018 Order of the Bankruptcy Court sustaining objections to Debtor's assertion of the work-product and attorney-client privileges.

**2. State the date on which the judgment, order, or decree was entered:**

The Bankruptcy Court's Order was entered on January 25, 2018.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Barry Portnoy    Attorney:    David L. Braverman, Esquire
John E. Kaskey, Esquire
Benjamin A. Garber, Esquire
Joshua B. Kaplan, Esquire
BRAVERMAN KASKEY, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(215) 575-3800

*Handwritten annotations:*
1- Judge Coleman
2- Barry Portnoy - debtor
3- US Trustee
4- Robert Holber - chp 7 trustee
5- David Braverman - debtor-atty
6- Benjamin Garber - debtor-atty
7- Joshua Kaplan - debtor atty
8- John Kaskey - debtor atty
9- Gary Seitz - trustee atty
10- Holly Smith - trustee atty
11- Bonnie Finkel - trustee - Demrex
12- Gary Bressler - atty - trustee
13- Jonathan Hugg - Republic Bank
14- District Court via Electronically

Case 14-16081-mdc    Doc 533    Filed 02/09/18    Entered 02/09/18 13:17:58    Desc Main
Document      Page 3 of 3

2. Party: Robert H. Holber,    Attorney:    Gary F. Seitz, Esquire
        Chapter 7 Trustee of the            Holly E. Smith, Esquire
        Estate of Barry Portnoy             Gellert Scali Busenkell & Brown LLC
                                            The Curtis Center
                                            601 Walnut Street, Suite 470 West
                                            Philadelphia, Pennsylvania 19106
                                            (215) 238-0010

3. Party: Republic First Bank    Attorney:    Jonathan Hugg, Esquire
                                              Schnader Harrison Segal & Lewis LLP
                                              1600 Market Street, Suite 3600
                                              Philadelphia, Pennsylvania 19103
                                              (215) 751-2000

4. Party: Bonnie B. Finkel,    Attorney:    Gary D. Bressler, Esquire
        Chapter 7 Trustee of                McElroy, Deutsch, Mulvaney
        the Estate of Demrex                     & Carpenter, LLP
        Industrial Services, Inc.           One Penn Center at Suburban Station
                                            1617 J.F.K. Blvd., Suite 1500
                                            Philadelphia, Pennsylvania 19103
                                            (215) 557-2900

5. Party: United States Trustee    Attorney:    Kevin Callahan, Esquire
                                                U.S. Department of Justice
                                                833 Chestnut Street, Suite 500
                                                Philadelphia, Pennsylvania 19107
                                                (215) 597-4411

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

N/A

**Part 5: Sign below**

/s/ *David L. Braverman*                    Date: 2/8/2018
Signature of attorney for appellant

Braverman Kaskey, P.C.
1650 Market Street, 56th Floor
Philadelphia, Pennsylvania 19103
(215) 575-3800