UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                              Telephone
Clerk                                                                                                            (215) 408-2800
                                        2/9/18

      Re:      Barry Portnoy
                Bankruptcy No.: <u>14-16081 MDC</u>
                Civil Action No.

Dear Kate Barkman, Clerk of Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    (XXX) Certificate of appeal from order entered 1/25/18 by the Honorable Magdeline D. Coleman.
        Notice of appeal filing fee (XX) paid    ( )not paid

    ( ) Designation of Record on Appeal Filed
    ( ) Designation of Record on Appeal Not Filed

    ( ) Supplemental certificate of appeal.

    (XX) Motion for leave to appeal filed 2/8/18.
       ( ) Answer to motion filed.

    ( ) Proposed findings of fact and conclusions of law entered by the Honorable.
       ( ) Objections filed.

    ( ) Report and recommendation entered by the Honorable.

       ( ) Objections filed.

    ( ) Original record transferred to the District Court pursuant to the order of the Honorable.

    ( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                For the Court

                                Timothy B. McGrath
                                Clerk

                                By:<u>/s/ Yvette Woods</u>
                                Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____          Signature:_____

Miscellaneous No. _____          Date: _____

Assigned to Judge _____                                                                    BFL5.frm(rev 11/8/17)