UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

2/9/18

Re:   Barry Portnoy
Bankruptcy No.: 14-16081 MDC
Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(XXX) Certificate of appeal from order entered 1/25/18 by the Honorable Magdeline D. Coleman.
Notice of appeal filing fee (XX) paid    ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

(XX) Motion for leave to appeal filed 2/8/18.
( ) Answer to motion filed.

( ) Proposed findings of fact and conclusions of law entered by the Honorable.
( ) Objections filed.

( ) Report and recommendation entered by the Honorable.

( ) Objections filed.

( ) Original record transferred to the District Court pursuant to the order of the Honorable.

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Yvette Woods
Deputy Clerk

---

Received Above material or record tile this __9th__ day of __February__, 20__18__.
Civil Action No. __18-CV-585__    Signature: _____
Miscellaneous No. __17-mc-38__   Date: __2/9/18__
Assigned to Judge __GEKP__

BFL5.frm(rev 11/8/17)