UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(215) 408-2800

2-23-18

Re:　Barry Portnoy
　　　Bankruptcy No.: 14-16081-MDC
　　　Civil Action No. 18-cv-585 & Miscellaneous No. 17-mc-38

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered by the Honorable .
　　Notice of appeal filing fee ( )paid   ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .

(X) **Answer to motion filed** - Robert H. Holber, Chapter 7 Trustee's Reply in Opposition to Debtor's motion for leave to Appeal &
**Response Filed by Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. In Opposition to Debtor's Motion for Leave to Appeal**

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
　　( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

　　( ) Objections filed

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

　　　　　　　　　　　　　　　　For the Court

　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　By: Marie Kalinoski /s/
　　　　　　　　　　　　　　　　Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20___.

Civil Action No. _____　　　Signature:_____

Miscellaneous No. _____　　Date: _____

Assigned to Judge _____　　　　　　　　　　　　　　　　BFL5.frm(rev 11/8/17)