## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | BANKRUPTCY CASE NO. 14-16081 |
|---|---|
| BARRY PORTNOY | CHAPTER 7 |

### STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION OF REPUBLIC BANK TO REVIVE JUDGMENT LIENS (DOCKET NO. 531)

Counsel for Republic Bank, Robert H. Holber, Chapter 7 Trustee of the bankruptcy estate of Barry Portnoy, Barry Portnoy, Republic First Bank and Altchem Environmental Services, Inc. hereby stipulate that Altchem may have an extension of time file its response to Motion of Republic Bank to Revive Judgment Liens (Docket No. 531) by February 26, 2018.

| | |
|---|---|
| GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>/s/ Holly E. Smith<br>Gary F. Seitz, Esq.<br>Holly E. Smith, Esq.<br>The Curtis Center<br>601 Walnut Street, Suite 470 West<br>Philadelphia, PA 19106<br>*Attorneys for the Chapter 7 Trustee* | BOCHETTO & LENTZ, P.C.<br><br>/s/ Albert M. Belmont, III<br>George Bochetto, Esq.<br>Albert M. Belmont, III, Esq.<br>1524 Locust Street<br>Philadelphia, PA 19102<br>*Attorneys for Danielle Portnoy, Danielle Portnoy, as custodian for Zachary Portnoy and Samantha Portnoy, Danielle Portnoy, as Trustee of the SamZach Irrevocable Trust, Danielle Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Samantha Portnoy, Samantha Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Altchem Environmental Services, Inc., Zachary Portnoy, Samzach Partners, L.P., Sam-Zachary Partners, LLC, BF Services, L.P. and Maxis Construction Group* |

| BRAVERMAN KASKEY, P.C. | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| /s/ David L. Braverman<br>David L. Braverman, Esq.<br>John E. Kaskey, Esq.<br>Joshua B. Kaplan, Esq.<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103<br>*Attorneys for the Debtor/Defendant* | /s/Jonathan Hugg<br>Richard A. Barkasy, Esq.<br>Jonathan Hugg, Esq.<br>Daniel M. Pereira, Esq.<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>*Attorneys for Republic First Bank* |

**Approved and so ordered by the Court:**

*Magdeline D. Coleman*
_____
J.

February 27, 2018