UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

2-23-18

Re: Barry Portnoy
Bankruptcy No.: 14-16081-MDC
Civil Action No. 18-cv-585 & Miscellaneous No. 17-mc-38

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable .
  Notice of appeal filing fee ()paid ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
  (X) **Answer to motion filed** - **Robert H. Holber, Chapter 7 Trustee's Reply in Opposition to Debtor's motion for leave to Appeal &**
  **Response Filed by Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. In Opposition to Debtor's Motion for Leave to Appeal**

() Proposed findings of fact and conclusions of law entered by the Honorable .
  () Objections filed .

() Report and recommendation entered by the Honorable .

  () Objections filed

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Marie Kalinoski /s/
Deputy Clerk

---

Received Above material or record tile this _26th_ day of _February_, 20 __

Civil Action No. _18 CV 585_   Signature: _[signature]_

Miscellaneous No. _17 mc 38_   Date: _02/26/2018_

Assigned to Judge _PRATTER_

BFL5.frm(rev 11/8/17)