UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                    Telephone
Clerk                                                                                                              (215) 408-2800

March 2, 2018

Re:     Barry Portnoy
        Bankruptcy No.: 14-16081 MDC
        Civil Action No. 18-cv-585 & Miscellaneous No. 17-mc-38

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable.
   Notice of appeal filing fee ()paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

(XX) Motion for leave to appeal filed.
   (XX) Answer to motion filed -  **Debtor Barry Portnoy's Reply Brief in Support of his Motion for Leave to Appeal** .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
   () Objections filed .

() Report and recommendation entered  by the Honorable .

   () Objections filed .

) Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                For the Court

                                Timothy B. McGrath
                                Clerk

                                By:  /s/ Yvette Woods
                                Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20    .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)