UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

March 12, 2018

Re: Barry Portnoy
Bankruptcy No.: 14-16081 MDC
Civil Action No. 18-cv-585 & Miscellaneous No. 17-mc-38.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered January 25, 2018 by the Honorable Magdeline D. Coleman
    Notice of appeal filing fee (XXX)paid  ( )not paid

( ) Designation of Record on Appeal Filed
(XXX) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed.
    ( ) Answer to motion filed.

( ) Proposed findings of fact and conclusions of law entered by the Honorable.
    ( ) Objections filed.

( ) Report and recommendation entered by the Honorable.

    ( ) Objections filed.

( ) Original record transferred to the District Court pursuant to the order of the Honorable.

(XX) Other:   Record of Appeal

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Yvette Woods
Deputy Clerk

---

Received Above material or record tile this 12th day of March, 2018.
Civil Action No. 18CV 585        Signature: [signature]
Miscellaneous No. 18mc-38        Date: 03/12/18
Assigned to Judge PRATTER

BFL5.frm(rev 11/8/17)