## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| ) | **Chapter 7** |
| **BARRY PORTNOY,** ) | |
| ) | |
| **Debtor.** ) | **Case No. 14-16081-MDC** |
| ) | |
| ) | |

### CERTIFICATE OF NO RESPONSE

On February 21, 2017, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed the Motion to Compel Debtor to Timely Perform Section 521 Duties (the "Motion"). On February 27, 2018, the Trustee also filed the Amended Notice of the Motion. Responses to the Motion were due on or before March 13, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Motion have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: 3/14/2018                                  GELLERT SCALI BUSENKELL & BROWN, LLC

                                                  By:    */s/ Holly S. Miller*
                                                         Holly S. Miller, Esquire
                                                         601 Walnut Street, Suite 750 West
                                                         The Curtis Center
                                                         Philadelphia, PA 19106
                                                         Telephone: (215) 238-0010
                                                         Facsimile: (215) 238-0016
                                                         Email: hsmith@gsbblaw.com

                                                         Counsel to the Chapter 7 Trustee