# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: <br><br> **BARRY PORTNOY,** <br><br> Debtor. | ) <br> ) <br> ) **Chapter 7** <br> ) <br> ) <br> ) **Case No. 14-16081-MDC** <br> ) <br> ) |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

Kindly withdraw the Certificate of No Response filed today, March 14, 2018, and appearing as docket number 568. The Certificate was filed in error.

Dated: 3/14/2018                    GELLERT SCALI BUSENKELL & BROWN, LLC

                                         By:    */s/ Holly S. Miller*
                                                 Holly S. Miller, Esquire
                                                 601 Walnut Street, Suite 750 West
                                                 The Curtis Center
                                                 Philadelphia, PA 19106
                                                 Telephone: (215) 238-0010
                                                 Facsimile: (215) 238-0016
                                                 Email: hsmith@gsbblaw.com

                                                 Counsel to the Chapter 7 Trustee