**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**BARRY PORTNOY** | **BANKRUPTCY CASE NO. 14-16081**<br><br>**CHAPTER 7** |

**REPUBLIC FIRST BANK'S JOINDER IN THE**
**CHAPTER 7 TRUSTEE'S**
**MOTION TO COMPEL TURNOVER AND IMPOSE CHARGES (Doc. No. 555)**

Creditor (and plaintiff in Adversary Case Nos. 15-00037 and 16-00409), Republic First Bank, by and through its counsel, joins the Chapter 7 Trustee's Motion to Compel Turnover and Impose Charges (Doc. No. 555), and for all the reasons set forth therein, respectfully requests this Court grant the Motion and the relief requested.

Respectfully submitted,

Dated: March 16, 2018

*/s/ Jonathan W. Hugg*
Jonathan W. Hugg (Pa. Id. No. 73589)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2527
Facsimile: 215-751-2205
jhugg@schnader.com

*Counsel for Republic First Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY PORTNOY | BANKRUPTCY CASE NO. 14-16081<br><br>CHAPTER 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing Joinder was served on March 16, 2018 on the following parties in this matter via this Court's electronic filing system and/or first-class mail:

John E. Kaskey, Esq.
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103
*Counsel for Debtor*

Kevin Callahan, Esq.
U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary F. Seitz, Esq.
Gellert Scali Busenkell & Brown
601 Walnut Street, Suite 280 South
Philadelphia, PA 19106
*Counsel for Chapter 7 Trustee*

Albert M. Belmont, III, Esq.
Bochetto and Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102
*Counsel for Danielle Portnoy, et al.*

By:   */s/ Jonathan W. Hugg, Esquire*
      Jonathan W. Hugg, Esquire