United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 3           Date Rcvd: Mar 29, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db             +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL   on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER   on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY   on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA   on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com, 5283212420@filings.docketbird.com,Emccarthy@schnader.com

```
District/off: 0313-2              User: Randi                  Page 2 of 3                   Date Rcvd: Mar 29, 2018
                                  Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com, b.dr70286@notify.bestcase.com
      DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
      GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
      GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
      GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc. gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
      GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC gbochetto@bochettoandlentz.com
      GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
      HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmith@gsbblaw.com
      HOLLY SMITH MILLER    on behalf of   Robert H. Holber, Chapter 7 Trustee hsmith@gsbblaw.com
      HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmith@gsbblaw.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com
      JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
      JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
      JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
      JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
      JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

```
District/off: 0313-2          User: Randi                Page 3 of 3            Date Rcvd: Mar 29, 2018
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry    Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,    arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael    Temin mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              SARAH R. GOODMAN    on behalf of Creditor Michael    Carson SRG@Pietragallo.com,    BLR@Pietragallo.com
              STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan    Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,    david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 95

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| BARRY PORTNOY, | ) Case No. 14-16081-mdc |
| Debtor. | ) |

## ORDER

AND NOW, this 29th day of March, 2018, upon consideration of the Motion of Robert H. Holber, Chapter 7 Trustee, for Leave to File a Reply in support of Trustee's Motion to compel Debtor to file his tax returns pursuant to 11 U.S.C. § 521 ("Motion"), it hereby

ORDERED that said Motion is GRANTED; and it is further

ORDERED, the Clerk of Court shall file the reply attached as Exhibit A to the Motion at its earliest convenience.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BARRY PORTNOY,<br><br>                 Debtor. | Chapter 7<br><br>Case No. 14-16081-mdc |

**REPLY OF ROBERT H. HOLBER AS CHAPTER 7 TRUSTEE
TO DEBTOR'S RESPONSE TO MOTION TO COMPEL TURNOVER**

Robert H. Holber, Esquire, the duly appointed and qualified trustee ("Trustee") in this case, through his undersigned counsel, hereby replies to the response of Debtor to the motion to compel Debtor to file his tax returns pursuant to 11 U.S.C. § 521 (the "Motion"). In further support of the Motion, the Trustee states as follows:

1. The statute is clear that the court shall order the filing of certain tax returns by the Debtor upon the request of the case trustee; Mr. Holber is clearly the case trustee. 11 U.S.C. § 521.

2. The debtor has opposed the Motion, contending that the Trustee ought not be allowed access to the returns because of procedures in place under the *Guide to Judiciary Policy*, vol. 4, chapter 8 § 830 (Guidance for Protection of Tax Information), available at http://www.uscourts.gov/rules-policies/judiciary-policies/bankruptcy-case-policies.

3. The debtor's objection to the Trustee's obtaining access to the returns is premature.

4. The Trustee and any other party in interest may be entitled to obtain access to returns that the Debtor files pursuant to the order sought by the Trustee once the Trustee and any other party in interest complies with the procedures set forth in § 830.30(b), quoted in the debtor's response.

5. In the meantime, the statute clearly states that the court must grant the Trustee's request and direct the Debtor to file with the court:

(1) at the same time filed with the taxing authority a copy of each Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such tax return) with respect to each tax year of the debtor ending while the debtor's bankruptcy case is pending under such chapter 7, 11 or 13 of the Bankruptcy Code;

(2) at the same time filed with the taxing authority each Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such tax return) that had not been filed with such authority as of the date of the commencement of the case and that was subsequently filed for any tax year of the debtor ending in the 3-year period ending on the commencement of the case and that was subsequently filed for any tax year of the debtor ending in the 3-year period ending on the date of the commencement of the case; and

(3) a copy of each amendment to any Federal income tax return or transcript filed with the court under paragraph (1) or (2).

WHEREFORE, the Trustee requests an Order, in the form attached to the Motion, compelling the Debtor to file certain tax returns and grant such further relief this Court deems just and proper under the circumstances.

Dated: 3/9/2018                GELLERT SCALI BUSENKELL & BROWN, LLC

By:    /s/ Gary F. Seitz
       Gary F. Seitz
       Holly S. Miller
       601 Walnut Street, Suite 750 West
       The Curtis Center
       Philadelphia, PA 19106
       Telephone: (215) 238-0010
       Facsimile: (215) 238-0016
       Email: gseitz@gsbblaw.com
              hsmiller@gsbblaw.com

       Counsel to the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BARRY PORTNOY, | ) Chapter 7 |
| | ) |
| | ) Case No. 14-16081-mdc |
| Debtor. | ) |

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below, the foregoing Reply was served on all parties of record via this Court's CM/ECF notification system.

Dated: 3/9/2018         GELLERT SCALI BUSENKELL & BROWN, LLC

By:  */s/ Holly S. Miller*
Holly S. Miller
601 Walnut Street, Suite 750 West
The Curtis Center
Philadelphia, PA 19106
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com
Counsel to the Chapter 7 Trustee