IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | )  |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BARRY PORTNOY, | ) |
| | ) Case No. 14-16081-mdc |
| Debtor. | ) |
| | ) |

### ORDER

AND NOW, this 9th day of April 2018, upon consideration of the Motion of the Trustee, Robert H. Holber, Esquire, To Compel Debtor To Timely Perform Section 521duties (the "Motion), and any response thereto, it appearing that the relief requested is mandated by statute, it is hereby ORDERED that no later than five days from the date of this order and within five days of any future tax filing during the pendency of this case:

1. The Debtor shall file with the court a full copy of each federal income tax return (with all schedules and required attachments) required under applicable law at the same time he files it with the taxing authority for each tax year ending while this case is pending pursuant to 11 U.S.C. § 521(f)(1).

2. The Debtor shall file with the court a full copy of each federal income tax returns (with all schedules and required attachments) that the debtor had not filed with the taxing authority at the commencement of the case and that are "subsequently filed for any tax year of the debtor ending in the three-year period ending on the date of the commencement of the case pursuant to 11 U.S.C. § 521(f)(2).

3. The Debtor shall file with the court a full copy of each amendment to any

of the foregoing tax returns (with all schedules and required attachments) pursuant to 11 U.S.C. § 521(f)(3).

Dated:

_____
**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**