IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BARRY PORTNOY,                           )   Case No. 14-16081-mdc
                                                )
         Debtor                                 )   Chapter 7
                                                )
_____         )   The Honorable Magdeline D. Coleman

ORDER GRANTING RELIEF FROM STAY TO
ALLOW REVIVAL OF JUDGMENT LIENS

AND NOW, this _____ *10th* _____, day of _____ *April* _____, 2018, upon

consideration of the Motion of Republic First Bank, D/B/A Republic Bank ("Republic Bank") For Relief

From Stay To Revive Judgment Liens, any response, and after a hearing and/or argument, Republic's

Motion is hereby **GRANTED**.

It is hereby **ORDERED** that the automatic stay is lifted to permit Republic Bank to take all

actions necessary under state law to revive Republic Bank's judgment liens against debtor and Altchem

Environmental Services, Inc. in the lawsuits pending in the Court of Common Pleas of Montgomery

County, PA, at Case No. 2014-02806, and in the Court of Common Pleas of Bucks County, PA, at Case

Nos. 2014-00535 and 2014-01743.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman

PHDATA 6364246_3