United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 3          Date Rcvd: Apr 11, 2018
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
      ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
       abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Interpleader Danielle   Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Zachary   Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Danielle   Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
       Irrevocable Trust") abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
       abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
       abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant Samantha   Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
       abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
       abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
      ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
      BENJAMIN A. GARBER    on behalf of Debtor Barry   Portnoy BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
      BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
      DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
       dmcgravey@clarkhill.com
      DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
       dpereira@schnader.com,  5283212420@filings.docketbird.com,Emccarthy@schnader.com

```
District/off: 0313-2          User: YvetteWD              Page 2 of 3            Date Rcvd: Apr 11, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Zachary   Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Samantha   Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Interpleader Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of    Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

```
District/off: 0313-2          User: YvetteWD              Page 3 of 3                  Date Rcvd: Apr 11, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE    KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of   Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,   arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael   Temin mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              SARAH R. GOODMAN    on behalf of Creditor Michael   Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
              STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan   Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,   david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 95

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BARRY PORTNOY, | ) Case No. 14-16081-mdc |
| | ) |
| Debtor | ) Chapter 7 |
| | ) |
| | ) The Honorable Magdeline D. Coleman |

ORDER GRANTING RELIEF FROM STAY TO
ALLOW REVIVAL OF JUDGMENT LIENS

AND NOW, this ___10th___, day of ___April___, 2018, upon consideration of the Motion of Republic First Bank, D/B/A Republic Bank ("Republic Bank") For Relief From Stay To Revive Judgment Liens, any response, and after a hearing and/or argument, Republic's Motion is hereby **GRANTED**.

It is hereby **ORDERED** that the automatic stay is lifted to permit Republic Bank to take all actions necessary under state law to revive Republic Bank's judgment liens against debtor and Altchem Environmental Services, Inc. in the lawsuits pending in the Court of Common Pleas of Montgomery County, PA, at Case No. 2014-02806, and in the Court of Common Pleas of Bucks County, PA, at Case Nos. 2014-00535 and 2014-01743.

BY THE COURT:

_____
The Honorable Magdeline D. Coleman

PHDATA 6364246_3