United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 3         Date Rcvd: Apr 27, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2018.
db             +Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER    on behalf of     Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of     Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com, 5283212420@filings.docketbird.com,Emccarthy@schnader.com

```
District/off: 0313-2                  User: YvetteWD                Page 2 of 3                   Date Rcvd: Apr 27, 2018
                                      Form ID: pdf900               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com, b.dr70286@notify.bestcase.com
      DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      DAVID L. BRAVERMAN    on behalf of Plaintiff Barry   Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@braverlaw.com
      GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
      GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com
      GARY DAVID BRESSLER    on behalf of Interested Party   Bonnie B. Finkel, Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
      GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com, hsmith@gsbblaw.com
      GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant Danielle   Portnoy gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant Zachary   Portnoy gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant Samantha   Portnoy gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc. gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Interpleader Danielle   Portnoy gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
      GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC gbochetto@bochettoandlentz.com
      GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
      HOLLY   SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
      HOLLY   SMITH MILLER    on behalf of   Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
      HOLLY   SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
      JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
      JOHN E. KASKEY    on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JOHN E. KASKEY    on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
      JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
      JOSHUA B. KAPLAN    on behalf of Plaintiff Barry   Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
      JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

```
District/off: 0313-2          User: YvetteWD              Page 3 of 3                   Date Rcvd: Apr 27, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY     on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER     trustee@holber.com,  rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
              STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,  david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 95
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| **BARRY PORTNOY,** ) | Case No. 14-16081-mdc |
| ) | |
| Debtor. ) | |
| ) | |

**STIPULATION RESOLVING TRUSTEE'S OBJECTION
TO M&T BANK'S MOTION FOR RELIEF**

Robert H. Holber, the Chapter 7 trustee (the "Trustee") for the estates of Barry Portnoy and M&T Bank ("M&T")(collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (the "Stipulation"), and agree as follows:

**RECITALS**

WHEREAS, on July 30, 2014, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code;

WHEREAS, M&T holds a first mortgage ("M&T Mortgage") against Debtor's residence located at 101 Edwards Drive, Richboro, PA 18966 ("Edwards Drive");

WHEREAS, on or about February 14, 2018, M&T filed a Motion for Relief from the Automatic Stay (the "Motion") in order to proceed with a foreclosure action against the Edwards Drive property;

WHEREAS, the Trustee has filed an objection (the "Objection") to M&T's Motion;

WHEREAS, the Parties have now reached an agreement resolving the Objection and the relief requested in the Motion;

NOW, THEREFORE, the Parties, intending to be legally bound hereby stipulate and agree as follows:

1

## AGREEMENT

1.) The Trustee shall have until 180 days to enter into an Agreement of Sale (the "Agreement of Sale") to sell the Edwards Drive property. The 180 days shall be calculated from the date the Trustee obtains access to the Edwards Drive property (the "Sale Deadline").

2.) In the event the Trustee fails to deliver a fully executed copy of the Agreement of Sale to M&T's attorney via e-mail by the Sale Deadline, M&T may file a Certification of Default of this Stipulation with the Court and the Court shall enter an Order granting M&T relief from the automatic stay without further hearing.

3.) In the event the Trustee enters into an Agreement of Sale prior to any future sheriff's sale of the Edwards Drive property, M&T agrees to accept the proceeds of the proposed sale in lieu of proceeding with the sheriff's sale, if such sale will satisfy <span style="color:red">a current M&T payoff statement to be requested by the Trustee. M&T, however, has the right to reject the proposed sale if the proceeds from the sale will not satisfy M&T's current payoff statement.</span>

4.) This Stipulation may be executed in counterparts and may be delivered by e-mail. Any copy so executed and delivered (including delivery by e-mail), when taken with another executed copy, shall be considered and deemed an original hereof.

**AGREED TO THIS 10th DAY OF APRIL, 2018.**

/s/ Kevin McDonald
Kevin McDonald, Esquire
Attorney for M&T Bank

/s/ Holly S. Miller
Holly S. Miller, Esquire
Attorney for Robert H. Holber,
Chapter 7 Trustee

Approved by the Court this ___25th___ day of ___April___, 2018. However, the court retains discretion regarding entry of any further order

_Magdeline D. Coleman_
_____
Magdeline D. Coleman, Bankruptcy Judge

2