United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 3          Date Rcvd: May 02, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2018.
db             +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com,  5283212420@filings.docketbird.com,Emccarthy@schnader.com

```
District/off: 0313-2          User: YvetteWD            Page 2 of 3              Date Rcvd: May 02, 2018
                              Form ID: pdf900           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@smithkanelaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry   Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael   Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;smullen@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Zachary   Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant Samantha   Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Interpleader Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of   Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
```

```
District/off: 0313-2          User: YvetteWD            Page 3 of 3           Date Rcvd: May 02, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN    on behalf of Debtor Barry    Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KATHERINE KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury kakishk@michigan.gov
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. lrowland@starfieldsmith.com, arosen@starfieldsmith.com
        MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
        MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
        MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
        MICHAEL L. TEMIN    on behalf of Mediator Michael    Temin mtemin@foxrothschild.com
        REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com, kbambary@nmmlaw.com
        RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank rbarkasy@schnader.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com
        SARAH R. GOODMAN    on behalf of Creditor Michael    Carson SRG@Pietragallo.com, BLR@Pietragallo.com
        STEFAN RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
        STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Defendant Jonathan    Hugg steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                     TOTAL: 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**BARRY PORTNOY** | **BANKRUPTCY CASE NO. 14-16081**<br><br>**CHAPTER 7** |
| **ROBERT H. HOLBER,**<br>as Chapter 7 Trustee of the<br>Estate of Barry Portnoy,<br>            Plaintiff<br><br>vs.<br><br>**BARRY PORTNOY, et al.**<br>            Defendants | **ADVERSARY NO. 16-00248-mdc**<br><br>**(LEAD CASE)** |
| **REPUBLIC FIRST BANK d/b/a**<br>**REPUBLIC BANK,**<br>            Plaintiff,<br><br>vs.<br><br>**BARRY PORTNOY,**<br>            Defendant | **ADVERSARY NO. 15-00037-mdc** |
| **ROBERT H. HOLBER,**<br>as Chapter 7 Trustee of the<br>Estate of Barry Portnoy,<br><br>and<br><br>**REPUBLIC FIRST BANK d/b/a**<br>**REPUBLIC BANK**<br>            Plaintiffs<br><br>v.<br><br>**ALTCHEM ENVIRONMENTAL**<br>**SERVICES, INC., et al.,**<br>            Defendants | **ADVERSARY NO. 16-00409-mdc** |

## **STIPULATION, AND ORDER**

1

**THIS STIPULATION** is entered into this 30th day of April, 2018 by and between **Barry Portnoy ("Portnoy")**, Debtor in the above-captioned bankruptcy proceedings, and **Robert H. Holber, Chapter 7 Trustee of the Estate of Barry Portnoy (the "Chapter 7 Trustee")**. Portnoy and the Chapter 7 Trustee are each referred to herein as a "Party" and are collectively referred to as the "Parties".

**WHEREAS**, Portnoy and Aegis Capital Corp. ("Aegis") entered into that certain Confidential Settlement Agreement and Release, dated January 8, 2016 (the "Aegis Settlement Agreement");

**WHEREAS**, pursuant to the Aegis Settlement Agreement, Aegis is obligated to pay the sum of $305,000.00 (the "Settlement Amount") in full and final settlement of a FINRA Arbitration, entitled <u>Barry Portnoy, Individually and on behalf of his IRA v. Aegis Capital Corp.</u>, FINRA No. 14-02584;

**WHEREAS**, Aegis presently holds the Settlement Amount;

**WHEREAS**, pursuant to the Aegis Settlement Agreement, Aegis is required to pay the Settlement Amount, upon receipt of an Order of this Court or notice that this Court does not hold jurisdiction over this matter, as follows:

(i) $70,922.19 to Sheppard Smith Edwards and Kantas, LLP as and for the payment of attorneys' fees and case expenses; and

(ii) $234,077.81 by wire transfer to Portnoy's SEP-IRA Account, solely as a return of the unauthorized transfer (as defined in the Aegis Settlement Agreement) from the Barry Portnoy SEP-IRA Account, together with statutory interest.

**WHEREAS**, Portnoy and the Chapter 7 Trustee are reasonably concerned about the security of the Settlement Amount maintained in Aegis' possession and, solely for the protection

2

and security of the Settlement Amount, agree that the Settlement Amount should be transferred from Aegis' control to Braverman Kaskey's IOLTA Account.

**NOW, THEREFORE,** Portnoy and the Chapter 7 Trustee, for good and valuable consideration and intending to be legally bound hereby, **STIPULATE AND AGREE** as follows:

1. The foregoing background shall be and hereby is incorporated by reference as if fully set forth at length herein;

2. For purposes of this Stipulation, only, the Bankruptcy Court has jurisdiction over the Settlement Amount;

3. Aegis is directed to and shall wire, pursuant to wire instructions provided by Braverman Kaskey, the entire Settlement Amount ($305,000.00), together with statutory interest thereon, to the Braverman Kaskey IOLTA Account;

4. Once received in the Braverman Kaskey IOLTA Account, the Settlement Amount shall be retained therein by Braverman Kaskey until further Order of the Court;

5. Nothing contained herein is intended to prejudice any of the Parties' claims of entitlement to the Settlement Amount nor alter the character of the Settlement Amount for tax purposes under federal, state or local law;

6. Nothing contained shall prejudice any Parties' rights or claims to the Settlement

Amount, which rights and claims shall be preserved pending further Order of this Court.

Respectfully submitted,

**BRAVERMAN KASKEY**

BY:  /s/ *David L. Braverman*
DAVID L. BRAVERMAN
One Liberty Place – 56th Floor
1650 Market Street
Philadelphia, PA  19103

Attorneys for Debtor, Barry Portnoy

**GELLERT SCALI BUSENKELL & BROWN, LLC**

BY:  /s/ *Gary F. Seitz*
GARY F. SEITZ, ESQUIRE
HOLLY E. SMITH, ESQUIRE
601 Walnut Street, Suite 470W
Philadelphia, PA  19106

Attorneys for Robert H. Holber, Chapter 7 Trustee

So Ordered, this  2nd   day of _____May_____, 2018
**BY THE COURT:**

_____
Coleman, Bankruptcy Judge

4