**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7** |
| **BARRY PORTNOY,** | ) |
| | ) **Case No. 14-16081-mdc** |
| **Debtor.** | ) |
| | ) |

**CERTIFICATE OF NO RESPONSE**

On May 11, 2018, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor"), filed The First Interim Fee Application for Compensation and Reimbursement of Expenses of Bederson LLP as Accountants (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before June 1, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Chapter 7 Trustee. Accordingly, the Chapter 7 Trustee respectfully requests that the order attached to the First Interim Fee Application for Compensation and Reimbursement of Expenses of Bederson LLP as Accountants, be entered at the court's earliest convenience.

Dated: 6/4/2018

          GELLERT SCALI BUSENKELL & BROWN, LLC

         By: */s/ Holly S. Miller*
           Holly S. Miller (PA ID #203979)
           Gellert Scali Busenkell & Brown LLC
           The Curtis Center
           601 Walnut Street, Suite 750 West
           Philadelphia, PA 19106
           Telephone: (215) 238-0010
           Facsimile: (215) 238-0016
           hsmiller@gsbblaw.com
           *Counsel to the Chapter 7 Trustee*