# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| BARRY PORTNOY | Case No. 14-16081 (MDC) |
| Debtor. | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF
BEDERSON LLP AS ACCOUNTANTS FOR ROBERT H. HOLBER CHAPTER 7
TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF JUNE 8, 2015 THROUGH MAY 17, 2017**

AND NOW, this __26th__ day of _____June_____, 2018, upon consideration of the application of Bederson LLP for an allowance of First Interim compensation and reimbursement of expenses as accountants for Robert H. Holber (the "Trustee"), Chapter 7 trustee for the estate of Barry Portnoy, responses thereto, and after notice and an opportunity for hearing, and good cause appearing for the relief requested in the application, it is hereby

ORDERED, in accordance with the foregoing, that Bederson LLP be and hereby is allowed the sum of $49,325.00 as First and Final compensation for services rendered as accountants for the Trustee for the period of June 8, 2015 through May 17, 2017, together with the sum of $574.96, as reimbursement of expenses.

_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE