## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **BARRY PORTNOY,** ) | |
| ) | **Case No. 14-16081-mdc** |
| **Debtor.** ) | |
| ) | |

### CERTIFICATE OF NO RESPONSE

On July 19, 2018, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor"), filed The Application of Trustee for Authority to Employ BHHS-Fox & Roach Realtors as Real Estate Broker (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before July 26, 2018. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Chapter 7 Trustee. Accordingly, the Chapter 7 Trustee respectfully requests that the order attached to the Application of Trustee for Authority to Employ BHHS-Fox & Roach Realtors as Real Estate Broker, be entered at the court's earliest convenience.

Dated: 7/27/2018

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/ Holly S. Miller*
  Holly S. Miller (PA ID #203979)
  Gellert Scali Busenkell & Brown LLC
  The Curtis Center
  601 Walnut Street, Suite 750 West
  Philadelphia, PA 19106
  Telephone: (215) 238-0010
  Facsimile: (215) 238-0016
  hsmiller@gsbblaw.com
  *Counsel to the Chapter 7 Trustee*