IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                )
                                      ) Chapter 7
BARRY PORTNOY,                        )
                                      )
           Debtor.                    ) Case No. 14-16081-mdc
_____)

## ORDER

Upon consideration of the Application of Trustee to Employ BHHS-Fox & Roach Realtors as Real Estate Broker, and after notice and opportunity for hearing, it is hereby;

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain BHHS-Fox & Roach Realtors as Real Estate Broker for the Trustee as provided in the Application, to receive compensation subject to allowance by the court upon application to the Court on adequate notice to all parties in interest.

BY THE COURT:

Dated: August 14, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

cc:    Debtor
       Office of the United States Trustee
       Creditors
       Real Estate Broker
       Chapter 7 Trustee