# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Barry Portnoy** | : | Case No.: 14-16081 |
| | : | Chapter 7 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for The Bank of New York Mellon f/k/a The Bank of New York as trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA1, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Kimberly A. Bonner (89705)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

18-024896_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Barry Portnoy | : | Case No.: 14-16081 |
| | : | Chapter 7 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Robert H. Holber, Chapter 7 Trustee, 41 East Front Street, Media, PA 19063

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 24, 2018:

David L. Braverman, Attorney for Barry Portnoy, One Liberty Place, 56th Floor, 1650 Market Street, Philadelphia, PA 19103

Barry Portnoy, 101 Edwards Drive, Richboro, PA 18966

Barry Portnoy, 12 South Rumson Avenue, Margate, NJ 08402


DATE: _August 24, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

18-024896_PS

Contact email is kvelter@manleydeas.com

18-024896_PS