United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16081-mdc
Barry Portnoy                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 3          Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db            +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL   on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER   on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY   on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA   on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com, 5283212420@filings.docketbird.com,Emccarthy@schnader.com

```
District/off: 0313-2          User: YvetteWD            Page 2 of 3           Date Rcvd: Oct 11, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
                of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
                of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of    Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
```

```
District/off: 0313-2          User: YvetteWD               Page 3 of 3                   Date Rcvd: Oct 11, 2018
                              Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
          KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury kakishk@michigan.gov
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. lrowland@starfieldsmith.com, arosen@starfieldsmith.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
          MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com, kbambary@nmmlaw.com
          RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank rbarkasy@schnader.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
          STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
          STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com,   david@steveharveylaw.com;theresa@steveharveylaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                    TOTAL: 97

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**BARRY PORTNOY** | **BANKRUPTCY CASE NO. 14-16081**<br><br>**CHAPTER 7** |
| **ROBERT H. HOLBER,**<br>as Chapter 7 Trustee of the<br>Estate of Barry Portnoy,<br><br>       **Plaintiff**<br><br>       vs.<br><br>**BARRY PORTNOY, et al.**<br><br>       **Defendants** | **ADVERSARY NO. 16-00248-mdc**<br><br>**(LEAD CASE)** |
| **REPUBLIC FIRST BANK d/b/a<br>REPUBLIC BANK,**<br><br>       **Plaintiff,**<br><br>       vs.<br><br>**BARRY PORTNOY,**<br><br>       **Defendant** | **ADVERSARY NO. 15-00037-mdc** |
| **ROBERT H. HOLBER,**<br>as Chapter 7 Trustee of the<br>Estate of Barry Portnoy,<br><br>and<br><br>**REPUBLIC FIRST BANK d/b/a<br>REPUBLIC BANK**<br><br>       **Plaintiffs** | **ADVERSARY NO. 16-00409-mdc** |

|  |  |
|---|---|
| v.<br><br>**ALTCHEM ENVIRONMENTAL SERVICES, INC., et al.,**<br><br>**Defendants** |  |

## STIPULATION AND ORDER

This Stipulation and Order is entered into this 11th day of October, 2018, by and among Robert H. Holber, as Chapter 7 Trustee (the "Trustee") for the Estate of Barry Portnoy (the "Estate"), Barry Portnoy (the "Debtor"), Danielle Portnoy, Zachary Portnoy, Samantha Portnoy, Danielle Portnoy, as Trustee of the SamZach Irrevocable Trust, Danielle Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Samantha Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Altchem Environmental Services, Inc., Samzach Partners, L.P., Sam-Zachary Partners, LLC, BF Services, L.P., Maxsys, Inc. and Maxis Construction Group (collectively, "Non-Debtor Defendants"), Vorndran Construction, Inc. ("VCI"), Republic First Bank ("Republic"), Jonathan W. Hugg, Esquire ("Hugg") (and together with the Trustee, the Debtor, Non-Debtor Defendants and VCI, "Parties" or individually, a "Party"), and is subject to approval by the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court" or the "Court").

### RECITALS

WHEREAS, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 30, 2014 (the "Petition Date") in the above captioned bankruptcy case (the "Bankruptcy Case");

WHEREAS, the Trustee was appointed trustee on July 31, 2014;

WHEREAS, Adversary Case number 15-00037-mdc was commenced by Republic

against the Debtor on January 30, 2015, seeking, *inter alia*, to deny the Debtor's discharge;

WHEREAS, Republic commenced actions in the Court of Common Pleas of Bucks County, Pennsylvania against Non-Debtor Defendants which actions sought to, *inter alia*, avoid various transfers by the Debtor (the "Bucks County Actions");

WHEREAS, the Bucks County Actions were subsequently removed to this Court as Adversary Case number 16-409-mdc;

WHEREAS, Adversary Case number 16-248-mdc was commenced by the Trustee on July 29, 2016 (Adversary Case number 15-00037-mdc, Adversary Case number 16-409-mdc and Adversary Case number 16-248-mdc are hereinafter collectively referred to as the "Trustee-Republic Adversary Actions");

WHEREAS, the Trustee-Republic Adversary Actions have been consolidated by agreement among the Trustee, the Debtor, Non-Debtor Defendants and Republic;

WHEREAS, on February 23, 2017, the Debtor commenced an action in the Court of Common Pleas of Philadelphia County, Pennsylvania against Hugg and Republic (the "Philadelphia County Action");

WHEREAS, the Philadelphia County Action was subsequently removed to this Court as Adversary Case number 17-00187-mdc (the "Debtor's Adversary Action");

WHEREAS, the Debtor and Non-Debtor Defendants believe that they have meritorious defenses to all of the claims asserted in the Trustee-Republic Adversary Actions;

WHEREAS, Republic and Hugg believe that they have meritorious defenses to all of the claims asserted in the Debtor's Adversary Action;

WHEREAS, the Parties have since engaged in extensive negotiations in an effort to resolve all claims that Republic and/or the Trustee possess against the Debtor and Non-Debtor Defendants, and all claims that the Debtor possesses against Republic and Hugg, including

without limitation, all claims asserted in the Trustee-Republic Adversary Actions and the Debtor's Adversary Action (together, the "Adversary Actions");

WHEREAS, the Parties have also filed various motions that are currently pending before the Court;

WHEREAS, as a result of such discussions, and in an effort to avoid unnecessary and protracted litigation, the Parties have now reached an amicable resolution of all claims that Republic and/or the Trustee possesses against the Debtor and/or the Non-Debtor Defendants and all claims the Debtor possesses against Republic and Hugg;

WHEREAS, the Parties have memorialized the terms of their settlement in a settlement agreement (the "Settlement Agreement"), which has been executed by each of the Parties;

WHEREAS, the Parties will seek the Court's approval of the Settlement Agreement and the transactions contemplated therein, pursuant to a motion to be filed by the Parties on or before October 12, 2018 (the "Approval Motion");

WHEREAS, the Approval Motion will be set for hearing on November 7, 2018;

WHEREAS, in order to avoid the cancellation of the Settlement Agreement and the cancellation of the amicable resolution of all claims set forth therein, the Parties desire that all pending motions in the Bankruptcy Case and the Adversary Actions, shall be stayed as provided below.

NOW, THEREFORE, for good and valuable consideration, the Debtor, the Non-Debtor Defendants, the Trustee, Republic Bank and Jonathan Hugg and (sometimes referred to herein as the "Parties"), through their undersigned counsel, stipulate, consent to, and agree as follows:

1. At the request of the Parties, and in recognition of the Parties' agreement to voluntarily resolve all of the Pending Motions by comprehensive settlement, as set forth in the Settlement Agreement and Approval Motion, disposition of any and all pending motions in the Adversary Actions and any and all pending motions in the Bankruptcy Case, by, between or among any or all of the Parties (the "Pending Motions"), shall be held in abeyance by the Court until the later to occur of: (a) November 10, 2018; or (b) if the Court enters an Order approving the Approval Motion (the "Approval Order"), two days after the date the Approval Order becomes final and non-appealable (the "Abeyance Period").

2. In the event that Approval Order becomes final and non-appealable, the dispositive provisions of the Settlement Agreement shall govern the resolution of the Adversary Actions and the Pending Motions.

IT IS SO ORDERED.

BY THE COURT

_____
Magdeline D. Coleman

– *CONSENT* –

| GELLERT SCALI BUSENKELL & BROWN, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| */s/ Gary F. Seitz*<br>Gary F. Seitz, Esquire<br>Holly S. Miller, Esquire<br>The Curtis Center<br>601 Walnut Street, Suite 750 West<br>Philadelphia, PA 19106<br>*Attorneys for the Plaintiff* | */s/ Jonathan W. Hugg*<br>Jonathan W. Hugg, Esquire<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>*Attorneys for the Republic First Bank* |

| BOCHETTO & LENTZ, P.C.<br><br>*/s/ Albert Belmont*<br>George Bochetto, Esquire<br>Albert Belmont, Esquire<br>1524 Locust Street<br>Philadelphia, PA 19102<br>*Attorneys for Danielle Portnoy, Danielle Portnoy, as custodian for Zachary Portnoy and Samantha Portnoy, Danielle Portnoy, as Trustee of the SamZach Irrevocable Trust, Danielle Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Samantha Portnoy, Samantha Portnoy, as co-trustee of the Revocable Deed of Trust of Danielle M. Portnoy, Altchem Environmental Services, Inc., Zachary Portnoy, Samzach Partners, L.P., Sam-Zachary Partners, LLC, BF Services, L.P.,Maxsys, Inc. and Maxis Construction Group* | BRAVERMAN KASKEY, P.C.<br><br>*/s/ John E. Kaskey*<br>David L. Braverman, Esquire<br>John E. Kaskey, Esquire<br>Joshua B. Kaplan, Esquire<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103<br>*Attorneys for Barry Portnoy the Debtor/Defendant and Vorndran Construction, Inc.* |
|---|---|
| Steve Harvey Law LLC<br><br>*/s/ David V. Dzara*<br>Stephen G. Harvey, Esquire<br>David V. Dzara, Esquire<br>1880 John F. Kennedy Blvd.<br>Suite 1715<br>Philadelphia, PA 19103<br>*Attorneys for Jonathan W. Hugg* | |