**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| **BARRY PORTNOY,** ) | |
| ) | Case No. 14-16081-mdc |
| Debtor. ) | |
| ) | |

## ORDER

Upon consideration of the Chapter 7 Trustee's Motion ("Motion") for an order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Agreement by and between the Trustee and Republic Bank to Jointly Pursue and Allocate Funds Recovered in Connection with Claims (the "Agreement") and the supplement thereto; and the Court having reviewed the Motion, Objections and Supplements; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) all objections to the Motion have been resolved and withdrawn; and (d) the Court having determined that the legal and factual basis set forth in the Motion and Supplements establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

(1) the Motion is GRANTED;

(2) the Trustee shall be, and hereby is, authorized to enter into and perform his obligations under the Agreement attached to the Motion and the Supplement;

(3) the Agreement and the terms and releases set forth therein and the Supplement shall be, and hereby are, APPROVED.

Dated:

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE