# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) Chapter 7 ) |
| BARRY PORTNOY, | ) Case No. 14-16081-MDC ) |
| Debtor. | ) ) |

## CERTIFICATE OF NO RESPONSE

On October 12, 2018, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed the Trustee's Motion to Approve Settlement Agreement and Release (the "Motion"). On the same date, the Trustee filed a Notice of Motion. Responses to the Application were due on or before November 2, 2018. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motions have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Trustee's Motion to Approve Settlement Agreement and Release be entered at the Court's earliest convenience.

Dated: November 6, 2018

GELLERT SCALI BUSENKELL & BROWN LLC

By: */s/ Holly S. Miller*
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: 215-238-0010
Facsimile: 215-238-0016
hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*