United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 3          Date Rcvd: Nov 19, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db              +Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of Interpleader   SamZach Irrevocable Trust
              abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Zachary   Portnoy abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Danielle   Portnoy abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
              Irrevocable Trust") abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P.
              abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
              Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC
              abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant Samantha   Portnoy abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of   Altchem Environmental Services, Inc.
              abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc.
              abelmont@bochettoandlentz.com,  mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
              Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com
              mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
              mkamins@bochettoandlentz.com
              ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER   on behalf of   Vorndran Construction, Inc. BGarber@braverlaw.com,
              dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of Debtor Barry   Portnoy BGarber@braverlaw.com,
              dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER   on behalf of   Braverman Kaskey PC BGarber@braverlaw.com,
              dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
              dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA   on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
              dpereira@schnader.com,  5283212420@filings.docketbird.com,Emccarthy@schnader.com

District/off: 0313-2          User: YvetteWD          Page 2 of 3          Date Rcvd: Nov 19, 2018
                              Form ID: pdf900         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          DAVID B. SMITH   on behalf of Attorney   SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
          DAVID L. BRAVERMAN   on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          DAVID L. BRAVERMAN   on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          DAVID L. BRAVERMAN   on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
          verlaw.com
          GAETAN J. ALFANO   on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
          GAETAN J. ALFANO   on behalf of Creditor Michael  Carson GJA@Pietragallo.com
          GARY DAVID BRESSLER   on behalf of Interested Party   Bonnie B. Finkel, Chapter 7 Trustee of the
          bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
          GARY F SEITZ   on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
          GARY F SEITZ   on behalf of Plaintiff  Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
          GARY F SEITZ   on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
          GEORGE  BOCHETTO   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
          Irrevocable Trust") gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable Deed
          of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Altchem Environmental Services, Inc.
          gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   BF Services, L.P. gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Samzach Partners, L.P. gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable Deed
          of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO   on behalf of Defendant   Sam-Zachary Partners, LLC
          gbochetto@bochettoandlentz.com
          GILBERT B. WEISMAN   on behalf of Creditor   American Express Bank FSB notices@becket-lee.com
          HOLLY SMITH MILLER   on behalf of Accountant   Bederson, LLP hsmiller@gsbblaw.com
          HOLLY SMITH MILLER   on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
          HOLLY SMITH MILLER   on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
          HOLLY SMITH MILLER   on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   The Bank of New York Mellon
          jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          JEFFREY  KURTZMAN   on behalf of Defendant   Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant   Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant   Altchem Environmental Services, Inc.
          Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant   Maxsys, Inc. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant   BF Services, L.P. Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Interpleader   SamZach Irrevocable Trust
          Kurtzman@kurtzmansteady.com
          JEFFREY  KURTZMAN   on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
          JEROME B. BLANK   on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JOHN E. KASKEY   on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
          dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY   on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
          dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JOHN E. KASKEY   on behalf of Attorney   Braverman Kaskey PC Jkaskey@braverlaw.com,
          dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
          JON M. ADELSTEIN   on behalf of Attorney   Adelstein & Kaliner, LLC
          jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN   on behalf of Attorney Michael E. Carson, Esquire
          jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JONATHAN W. HUGG   on behalf of Creditor   Republic First Bank d/b/a Republic Bank
          jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
          JONATHAN W. HUGG   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
          jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
          JONATHAN W. HUGG   on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
          jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wilmington Savings Fund Society, et. al.
          paeb@fedphe.com
          JOSHUA B. KAPLAN   on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
          powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN   on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
          powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

District/off: 0313-2          User: YvetteWD          Page 3 of 3          Date Rcvd: Nov 19, 2018
                             Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA B. KAPLAN    on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
           powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
          KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
           kakishk@michigan.gov
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of   Andrew R. Vara kevin.p.callahan@usdoj.gov
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
          MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
           jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
          MICHAEL H. KALINER    on behalf of Attorney   Adelstein & Kaliner, LLC mhkaliner@gmail.com
          MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
          MICHAEL L. TEMIN    on behalf of Mediator Michael   Temin mtemin@foxrothschild.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
           kbambary@nmmlaw.com
          RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
           rbarkasy@schnader.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          SARAH R. GOODMAN    on behalf of Creditor Michael   Carson SRG@Pietragallo.com,  BLR@Pietragallo.com
          STEFAN RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
           srichter@clemonslaw.com
          STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
           david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Defendant Jonathan   Hugg steve@steveharveylaw.com,
           david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
           steve@steveharveylaw.com,  david@steveharveylaw.com;theresa@steveharveylaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 97

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | )    **Chapter 7** |
| **BARRY PORTNOY,** | ) |
| | ) |
| Debtor. | )    **Case No. 14-16081-mdc** |
| | ) |

## AMENDED ORDER

Upon consideration of the Chapter 7 Trustee's Motion ("Motion") for an order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Settlement Agreement and Release (the "Agreement"); and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

(1)     the Motion is GRANTED;

(2)     the Trustee shall be, and hereby is, authorized to enter into and perform his obligations under the Agreement attached to the Motion;

(3)     the Agreement and the terms and releases set forth therein shall be, and hereby are, APPROVED and are incorporated by reference into this Order as if fully set forth herein and the Parties shall proceed in accordance with and as set forth therein.

(4)     upon this Order becoming a Final Order:

     a.   all pending motions in the Adversary Actions (as defined in the Agreement) shall be considered moot and the 2/15/18 Restraining Order and Preliminary Injunction

(Docket No. 176 in Adversary Case No. 16-00248-mdc) shall be vacated in its entirety and the underlying motion marked moot, except for the Trustee's Motion to Approve Agreement by and between the Trustee and Republic Bank to Jointly Pursue and Allocate Funds Recovered in Connection with Claims, filed on November 22, 2016 at 14-16081, D.I. 410 (the "Allocation Motion");

b. all pending motions of the Trustee and/or Republic in the Bankruptcy (including Republic's Motion to Strike Lien (Docket No. 436)) and the Adversary Actions against the Debtor, the Non-Debtor Defendants and/or VCI shall be considered moot.

Dated:   November 13, 2018

_Magdeline D. Colen_
_____
**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**