IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| BARRY PORTNOY, | : | Case No. 14-16081-MDC |
| | : | |
| | : | Re: D.I. 377 |
| Debtor. | : | |
| | : | |

### NOTICE OF WITHDRAWAL OF OBJECTION OF
### REPUBLIC FIRST BANK TO THE MOTION OF BONNIE B. FINKEL, ESQ.,
### CHAPTER 7 TRUSTEE FOR THE ESTATE OF
### DEMREX INDUSTRIAL SERVICES, INC.,
### FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY

Republic First Bank ("Republic Bank"), by and through undersigned counsel, hereby withdraws the *Objection of Republic First Bank to the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc, for Leave to File Proof of Claim as Timely* [Doc. No. 377] filed on October 11, 2016.

          By: /s/ Jonathan W. Hugg
          Jonathan W. Hugg (Pa. I.D. No. 73589)
          Daniel M. Pereira (Pa. I.D. No. 318674)
          SCHNADER HARRISON SEGAL & LEWIS LLP
          1600 Market Street, Suite 3600
          Philadelphia, PA 19103
          Telephone: (215) 751-2000
          Facsimile: (215) 751-2205
          jhugg@schnader.com
          dpereira@schnader.com

Dated: December 3, 2018        *Counsel for Republic First Bank*

**CERTIFICATE OF SERVICE**

   I, Jonathan W. Hugg, hereby certify that on December 3, 2018, I caused true and correct copies of the foregoing to be served electronically upon parties requesting service through the Court's CM/ECF system.

              By: /s/ Jonathan W. Hugg
              Jonathan W. Hugg (Pa. I.D. No. 73589)
              Daniel M. Pereira (Pa. I.D. No. 318674)
              SCHNADER HARRISON SEGAL & LEWIS LLP
              1600 Market Street, Suite 3600
              Philadelphia, PA 19103
              Telephone: (215) 751-2000
              Facsimile: (215) 751-2205
              jhugg@schnader.com
              dpereira@schnader.com

Dated: December 3, 2018      *Counsel for Republic First Bank*