IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| : | |
| **Barry Portnoy** : | BANKRUPTCY NO. 14-16081-mdc |
| : | |
| **Debtor.** : | |
| : | |

**WITHDRAWAL OF OPPOSITION OF BARRY PORTNOY TO TRUSTEE'S MOTION TO APPROVE AGREEMENT BY AND BETWEEN THE TRUSTEE AND REPUBLIC BANK TO JOINTLY PURSUE AND ALLOCATE FUNDS RECOVERED IN CONNECTION WITH CLAIMS [Docket No. 419]**

Barry Portnoy, by and through his undersigned counsel, Braverman Kaskey P.C., hereby withdraws his Opposition [Docket No. 419] to Motion Of Trustee, Robert H. Holber, Esquire, for Motion to Approve Agreement by and Between the Trustee and Republic Bank to Jointly Pursue and Allocate Funds Recovered in Connection With Claims [Docket No. 410].

BRAVERMAN KASKEY, P.C.

*/s/ John E. Kaskey*
John E. Kaskey, Esq.
1650 Market Street, 56th Floor
Philadelphia, Pennsylvania 19103
Ph: (215) 575-3800
Fax: (215) 575-3801
jkaskey@braverlaw.com
Attorneys for Barry Portnoy

Dated: December 3, 2018