*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barry Portnoy
    Debtor(s)

Case No: 14−16081−mdc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F) FILED BY ROBERT H. HOLBER REPRESENTED HOLLY SMITH MILLER .

on: 2/27/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/21/19

Timothy B. McGrath
Clerk of Court

667 − 664
Form 167