# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY, | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

### PRAECIPE FOR WITHDRAWAL OF MOTION
### OF BONNIE B. FINKEL, ESQ., CHAPTER 7 TRUSTEE
### FOR THE ESTATE OF DEMREX INDUSTRIAL SERVICES, INC.
### FOR LEAVE TO FILE PROOF OF CLAIM AS TIMELY [doc. no. 362]

PLEASE TAKE NOTICE that on September 26, 2016 the Motion of Bonnie B. Finkel, Esq., Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc. for Leave to File Proof of Claim as Timely (the "Motion") was filed with the Court as docket number 362.

PLEASE TAKE FURTHER NOTICE that the Motion is hereby withdrawn without prejudice and counsel for the movant requests that the Scheduled Hearing be cancelled.

Respectfully submitted,

Dated: March 19, 2018

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Gary D. Bressler*
Gary D. Bressler, Esquire (No. 35224)
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900; Facsimile: 215-557-2990
gbressler@mdmc-law.com

*Counsel to the Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc.*