## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-16081-mdc |
| BARRY PORTNOY, | Chapter 7 |
| Debtor. | Honorable Magdeline D. Coleman |

### PRAECIPE FOR WITHDRAWAL OF OBJECTION OF
### BONNIE FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE OF DEMREX
### INDUSTRIAL SERVICES, INC., TO THE ASSERTIONS OF WORK PRODUCT
### PRIVILEGE BY ROBERT KRANDEL AND MICHAEL CARSON [doc. no. 527]

PLEASE TAKE NOTICE that on February 8, 2018 the Objection of Bonnie B. Finkel, Chapter 7 Trustee of the Estate of Demrex Industrial Services, Inc. to the Assertions of Work Product Privilege by Robert Krandel and Michael Carson (the "Objection") was filed with the Court as docket number 527.

PLEASE TAKE FURTHER NOTICE that the Objection is hereby withdrawn without prejudice and counsel for the movant requests that the Scheduled Hearing be cancelled.

Respectfully submitted,

Dated: March 19, 2018

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Gary D. Bressler*
Gary D. Bressler, Esquire (No. 35224)
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900; Facsimile: 215-557-2990
gbressler@mdmc-law.com

*Counsel to the Chapter 7 Trustee for the Estate of Demrex Industrial Services, Inc.*