### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| **BARRY PORTNOY,** ) | |
| ) | **Case No. 14-16081-mdc** |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF NO RESPONSE

On March 14, 2019, Robert H. Holber, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor"), filed The Application of BHHS-Fox & Roach Realtors for Compensation and Reimbursement of Expenses (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before April 4, 2019. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Chapter 7 Trustee. Accordingly, the Chapter 7 Trustee respectfully requests that the order attached to the Application of BHHS-Fox & Roach Realtors for Compensation and Reimbursement of Expenses, be entered at the court's earliest convenience.

Dated: 4/5/2019

        GELLERT SCALI BUSENKELL & BROWN, LLC

        By:   */s/ Holly S. Miller*
              Holly S. Miller (PA ID #203979)
              Gellert Scali Busenkell & Brown LLC
              8 Penn Center
              1628 John F. Kennedy Blvd, Suite 1901
              Philadelphia, PA 19103
              Telephone: (215) 238-0011
              Facsimile: (215) 238-0016
              hsmiller@gsbblaw.com
              *Counsel to the Chapter 7 Trustee*