## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BARRY PORTNOY, | ) |
| | ) |
| Debtor. | ) Case No. 14-16081-mdc |
| | ) |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of BHHS-Fox Roach Realtors, as Real Estate Broker for the Trustee ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $39,000.00 and reimbursement of actual expenses in the amount of $0.00, for a total of $39,000.00, shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to BHHS-Fox Roach Realtors pursuant to §330 of the Bankruptcy Code.

April 16, 2019

_____
**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**