IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BARRY PORTNOY

CIVIL ACTION No. 18-585

(BANKRUPTCY No. 14-16081)

## ORDER

**AND NOW,** this 17th day of April, 2019, it is **ORDERED** that the parties shall submit a written status report updating the Court on the status of this bankruptcy appeal by May 3, 2019.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

FILED
APR 22 2019
KATHY McGRATH, CLERK
PER CLERK