UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

10/24/2018

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA  19107-4299

RE:  IN RE: PORTNOY
CA No.  2:18-cv-585-GEKP
Bky. No. 14-16081

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Stipulation of Dismissal returning your record, which was filed in this office on 4/30/19.

Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Nicole Durso, Deputy Clerk

Received above record this 13th day of May 2019

_____
(Signature)

bankrec.frm