# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BARRY PORTNOY, : | |
| : | CIVIL ACTION NO. 18-585 |
| : | |
| DEBTOR, APPELLANT : | (BANKRUTPCY NO. 14-16081) |
| : | |

## STIPULATION OF DISMISSAL OF BANKRUPTCY APPEAL

IT IS HEREBY STIPULATED AND AGREED by and between Barry Portnoy, Debtor/Appellant ("Portnoy"), and Robert H. Holber, Chapter 7 Trustee of the Estate of Barry Portnoy, through their undersigned counsel, that Portnoy's Appeal of the Bankruptcy Court's Order, dated January 25, 2018, shall be and hereby is dismissed with prejudice pursuant to Bankruptcy Rule 8001(c), without costs.

| | |
|---|---|
| BARRY PORTNOY<br>APPELLANT | ROBERT H. HOLBER, TRUSTEE, |
| | |
| */s/David L. Braverman* | */s/ Gary F. Seitz* |
| David L. Braverman, Esquire | Gary F. Seitz, Esquire |
| BRAVERMAN KASKEY, P.C. | Holly S. Miller, Esquire |
| One Liberty Place | GELLERT SCALI BUSENKELL & |
| 1650 Market Street, 56th Floor | BROWN LLC |
| Philadelphia, PA 19103 | 8 Penn Center, Suite 1901 |
| | 1628 John F. Kennedy Boulevard |
| | Philadelphia, PA 19103 |
| | |
| *Attorneys for Debtor/Appellant,*<br>*Barry Portnoy* | *Attorneys for Robert H. Holber, Chapter 7*<br>*Trustee of the Estate of Barry Portnoy* |
| | |
| Dated: April 30, 2019 | Dated: April 30, 2019 |

**BY THE COURT:**

So ordered this _____ day of _____, 2019.

_____
GENE E.K. PRATTER, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BARRY PORTNOY, :
: CIVIL ACTION NO. 18-585
:
DEBTOR, APPELLANT : (BANKRUTPCY NO. 14-16081)
:

**CERTIFICATE OF SERVICE OF STIPULATION OF DISMISSAL
OF BANKRUPTCY APPEAL**

    I, David L. Braverman, certify that a true and correct copy of the foregoing Stipulation of Dismissal of Bankruptcy Appeal was served upon the following counsel in the manner indicated:

**Via Court's CM/ECF System:**
Gary F. Seitz, Esquire
Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center, Suite 1901
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
*Attorneys for Robert H. Holber,*
*Chapter 7 Trustee of the Estate of Barry Portnoy*

Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
*Chapter 7 Trustee of the Estate of Barry Portnoy*

Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney Carpenter LLP
1617 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103
*Attorney for Bonnie B. Finkel,*
*Trustee of the Bankruptcy Estate of Demrex Industrial Services, Inc.*

Kevin P. Callahan, Esquire
U.S. Trustee
Department of Justice
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

2

**Via Electronic Mail:**
Jonathan W. Hugg, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Attorney for Republic First Bank*


Dated: April 30, 2019                    */s/David L. Braverman*
                                         David L. Braverman, Esquire
                                         BRAVERMAN KASKEY, P.C.
                                         One Liberty Place
                                         1650 Market Street, 56th Floor
                                         Philadelphia, PA 19103

                                         *Attorneys for Debtor/Appellant,*
                                         *Barry Portnoy*