## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Barry Portnoy | | CHAPTER 7 |
| | Debtor(s) | |
| M&T BANK | Movant | NO. 14-16081 MDC |
| vs. | | |
| Barry Portnoy | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. In resolution of M&T Bank's Motion for Turnover of Funds [Docket No. 673] and the Objections thereto, the appointed Chapter 7 Trustee is directed to release the $54,999.77 of "disputed funds" currently held in escrow as follows: (a) $48,068.65 directly to M&T Bank; and (b) $6,931.12 shall be retained by the Debtor's Estate; and

2. Upon the appointed Chapter 7 Trustee's payment of the $48,068.65 to M&T Bank in accordance with Section 1, M&T Bank shall not have any further claims against the Debtor or the Debtor's Estate;

Date:   May 10, 2019            */s/ Kevin G. McDonald*
                                Kevin G. McDonald, Esquire
                                Attorney for Movant, M&T Bank


Date:   May 10, 2019            */s/ John. E. Kaskey*
                                John E. Kaskey, Esquire
                                Attorney for Debtor, Barry Portnoy

Date:   May 10, 2019                         /s/ Holly S. Smith
                                             Holly S. Miller, Esquire
                                             Attorney for Robert H. Holber, Esquire,
                                             Chapter 7 Trustee


Date:   May 10, 2019                         /s/ Albert M. Belmont
                                             Albert M. Belmont, Esquire
                                             Attorney for Danielle Portnoy




Approved by the Court this  14th  day of _____May_____, 2019:




                                             _____
                                             MAGDELINE D. COLEMAN
                                             UNITED STATES BANKRUPTCY JUDGE

Barry Portnoy
101 Edwards Drive
Richboro, PA 18966

David L. Braverman
1650 Market Street
56th Floor
Philadelphia, PA 19103

Joshua B. Kaplan
1650 Market Street
56th Floor
Philadelphia, PA 19103

John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

Albert M. Blemont, III
Bochetto & Lentz, P,C,
1524 Locust Street
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Barry Portnoy | | CHAPTER 7 |
| | Debtor(s) | |
| M&T BANK | Movant | |
| vs. | | NO. 14-16081 MDC |
| Barry Portnoy | Debtor(s) | |
| Robert H. Holber Esq. | Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Kevin G. McDonald, attorney for Movant do hereby certify that true and correct copies of the foregoing Stipulation has been served on May 10, 2019, by first class mail and/or electronic means upon those listed below:

Debtor(s)
Barry Portnoy
101 Edwards Drive
Richboro, PA 18966

Attorney for Debtor(s)
David L. Braverman
1650 Market Street
56th Floor
Philadelphia, PA 19103

Joshua B. Kaplan
1650 Market Street
56th Floor
Philadelphia, PA 19103

John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103

Trustee
Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

Office of the US Trustee
833 Chestnut Street, Suite 500 (via ECF)
Philadelphia, PA 19107

Attorney for Danielle Portnoy
Albert M. Blemont, III
Bochetto & Lentz, P,C,
1524 Locust Street
Philadelphia, PA 19102

/s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant