United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 3              Date Rcvd: May 15, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db              #+Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com

```
District/off: 0313-2                  User: YvetteWD                Page 2 of 3                   Date Rcvd: May 15, 2019
                                      Form ID: pdf900               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DANIEL J. MCGRAVEY    on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA    on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
               dpereira@schnader.com, 5283212420@filings.docketbird.com,Emccarthy@schnader.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;cbassano@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
                of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
                of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of    Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY   KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
```

```
District/off: 0313-2          User: YvetteWD              Page 3 of 3              Date Rcvd: May 15, 2019
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN    on behalf of     Vorndran Construction, Inc. kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KARINA  VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
        KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury kakishk@michigan.gov
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of     Andrew R. Vara kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
        MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
        MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
        MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
        MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
        REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com, kbambary@nmmlaw.com
        RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank rbarkasy@schnader.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
        SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com, pintob@gtlaw.com
        STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
        STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com,  david@steveharveylaw.com;theresa@steveharveylaw.com
        STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                      TOTAL: 98

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Barry Portnoy | Debtor(s) | CHAPTER 7 |
| M&T BANK vs. | Movant | NO. 14-16081 MDC |
| Barry Portnoy | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. In resolution of M&T Bank's Motion for Turnover of Funds [Docket No. 673] and the Objections thereto, the appointed Chapter 7 Trustee is directed to release the $54,999.77 of "disputed funds" currently held in escrow as follows: (a) $48,068.65 directly to M&T Bank; and (b) $6,931.12 shall be retained by the Debtor's Estate; and

2. Upon the appointed Chapter 7 Trustee's payment of the $48,068.65 to M&T Bank in accordance with Section 1, M&T Bank shall not have any further claims against the Debtor or the Debtor's Estate;

Date:   May 10, 2019            /s/ Kevin G. McDonald
                                Kevin G. McDonald, Esquire
                                Attorney for Movant, M&T Bank


Date:   May 10, 2019            /s/ John. E. Kaskey
                                John E. Kaskey, Esquire
                                Attorney for Debtor, Barry Portnoy

Date:   May 10, 2019                         */s/ Holly S. Smith*
                                                  Holly S. Miller, Esquire
                                                  Attorney for Robert H. Holber, Esquire,
                                                  Chapter 7 Trustee

Date:   May 10, 2019                         */s/ Albert M. Belmont*
                                                  Albert M. Belmont, Esquire
                                                  Attorney for Danielle Portnoy

Approved by the Court this  14th  day of _____May_____, 2019:

                                                  MAGDELINE D. COLEMAN
                                                  UNITED STATES BANKRUPTCY JUDGE

Barry Portnoy
101 Edwards Drive
Richboro, PA 18966

David L. Braverman
1650 Market Street
56th Floor
Philadelphia, PA 19103

Joshua B. Kaplan
1650 Market Street
56th Floor
Philadelphia, PA 19103

John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

Albert M. Blemont, III
Bochetto & Lentz, P,C,
1524 Locust Street
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Barry Portnoy | Debtor(s) | CHAPTER 7 |
| M&T BANK | Movant | |
| vs. | | NO. 14-16081 MDC |
| Barry Portnoy | Debtor(s) | |
| Robert H. Holber Esq. | Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

    I, Kevin G. McDonald, attorney for Movant do hereby certify that true and correct copies of the foregoing Stipulation has been served on May 10, 2019, by first class mail and/or electronic means upon those listed below:

Debtor(s)
Barry Portnoy
101 Edwards Drive
Richboro, PA 18966

Attorney for Debtor(s)
David L. Braverman
1650 Market Street
56th Floor
Philadelphia, PA 19103

Joshua B. Kaplan
1650 Market Street
56th Floor
Philadelphia, PA 19103

John E. Kaskey
1650 Market Street
56th Floor
Philadelphia, PA 19103

Trustee
Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

Office of the US Trustee
833 Chestnut Street, Suite 500 (via ECF)
Philadelphia, PA 19107

Attorney for Danielle Portnoy
Albert M. Blemont, III
Bochetto & Lentz, P,C,
1524 Locust Street
Philadelphia, PA 19102

    /s/ Kevin G. McDonald, Esquire
    Kevin G. McDonald, Esquire
    Rebecca Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    Phone: (215) 627-1322 Fax: (215) 627-7734
    Attorneys for Movant/Applicant