

**Schnader**
ATTORNEYS AT LAW

1600 MARKET STREET  SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000  FAX 215.751.2205  schnader.com

June 13, 2019

Jonathan W. Hugg
Direct Dial 215-751-2527
Direct Fax 215-751-2205
E-Mail: Jhugg@schnader.com

*VIA ELECTRONIC MAIL AND FIRST CLASS MAIL*

The Honorable Magdeline D. Coleman
United States Bankruptcy Judge
for the Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA 19107

    **Re: Barry Portnoy, Case No. 14-16081**

Dear Judge Coleman:

    On behalf of Republic First Bank, I am writing to request a short conference with the Court, Republic, and the Chapter 7 Trustee. The purpose of the conference would be to resolve an issue that has arisen between the Chapter 7 Trustee and Republic regarding the performance of their settlement agreement. The Court approved the agreement on December 11, 2018, at Doc. No. 661. See also Doc. Nos. 410 and 640.

    I request that the conference occur during the week of June 24, 2019, as I am out of the office next week. In the interim, it is possible that the situation will resolve. However, in the event it does not, a conference with the Court may break the current impasse.

    Thank you for considering this request.

                             Respectfully,

                             Jonathan W. Hugg
                  For SCHNADER HARRISON SEGAL & LEWIS LLP

JWH
cc:   (Via Electronic Mail)
       Gary F. Seitz, Esquire
       Holly E. Smith, Esquire