IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7** |
| **BARRY PORTNOY,** | ) |
| | ) **Case No. 14-16081-mdc** |
| **Debtor.** | ) |
| | ) |

## CERTIFICATE OF NO RESPONSE

On September 11, 2019, Gellert Scali Busenkell & Brown, LLC ("GSBB"), Counsel to the Chapter 7 Trustee (the "Trustee") for the above- captioned debtor, filed The Final Interim Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as General Counsel (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before October 2, 2019. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Chapter 7 Trustee. Accordingly, GSBB requests that the order attached to the Final Interim Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as General Counsel, be entered at the court's earliest convenience.

Dated: 10/7/2019

GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Holly S. Miller*
      Holly S. Miller (PA ID #203979)
      Gellert Scali Busenkell & Brown LLC
      8 Penn Center
      1628 John F. Kennedy Blvd, Suite 1901
      Philadelphia, PA 19103
      Telephone: (215) 238-0012
      Facsimile: (215) 238-0016
      hsmiller@gsbblaw.com
      *Counsel to the Chapter 7 Trustee*