**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 7** |
| **BARRY PORTNOY,** | ) |
| | ) |
| Debtor. | ) Case No. 14-16081-mdc |
| _____ | ) |

**CERTIFICATE OF NO RESPONSE**

On September 17, 2019, Bederson LLP, Accountants to the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Second Interim Fee Application of Bederson LLP as Accountants for the Chapter 7 Trustee. (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before October 8, 2019. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The First & Final Fee Application of Bederson LLP as Accountants to the Chapter 7 Trustee be entered.

Dated: 10/9/2019         GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: (215) 238-0012
Facsimile: (215) 238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*