**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Barry Portnoy, | : | |
| Debtor. | : | Bankruptcy No. 14-16081-MDC |

# O R D E R

**AND NOW**, on September 11, 2019, Gellert Scali Busenkell & Brown LLC filed the *Final Interim Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as Counsel to the Chapter 7 Trustee for the Period March 30, 2017 through August 9, 2019* (the "GSSB Application").[1]

**AND**, on September 17, 2019, Bederson LLP filed the *Second Interim Fee Application of Bederson LLP as Accountants for Robert H. Holber as Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period May 19, 2017 through September 6, 2019* (the "Bederson Application").[2]

**AND**, the Court requires further information regarding the history of case administration and the present status of the bankruptcy estate in order to evaluate the fees and expenses sought pursuant to the GSSB Application and the Bederson Application.

It is hereby **ORDERED** that:

1. On or before **November 27, 2019**, the Chapter 7 trustee shall file a summary of the assets that have been administered and the disbursements that have been made, which shall include a statement of the amount of money presently in the bankruptcy estate available for distribution.

2. The Trustee may comply with this Order by filing the documents commonly known as "Form 1" and "Form 2."

3. A ruling on the GSSB Application and the Bederson Application is **DEFERRED** pending the Court's receipt of the summary required by Paragraph 1 above.

---

[1] Bankr. Docket No. 700.

Dated:   November 12, 2019

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

David L. Braverman, Esquire
Benjamin A. Garber, Esquire
John E. Kaskey, Esquire
Joshua B. Kaplan, Esquire
Braverman Kaskey, P.C.
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

---

[2] Bankr. Docket No. 702.

2