```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                        Case No. 14-16081-mdc
Barry Portnoy                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: dlv               Page 1 of 4                  Date Rcvd: Nov 12, 2019
                              Form ID: pdf900         Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db           #+Barry Portnoy,   101 Edwards Drive,   Richboro, PA 18966-1174
aty           Braverman Kaskey PC,   1560 Market Street,   56th Floor,   Philadelphia, PA  19103
md           +ASHELY M. CHAN,   United States Bankruptcy Court,   900 Market Street,
               Philadelphia, PA 19107-4299
cr            American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
acc          +Bederson, LLP,   c/o Charles N. Persing, CPA/CFF,   347 Mt. Pleasant Avenue,
               West Orange, NJ 07052-2749
i            +Danielle Portnoy,   155 N. Elm Avenue,   Newtown, PA 18940-2225
intp         +EVC Turnpike Dr., LLC,   2910 Franks Rd., Suite 3,   Huntingdon Valley, PA 19006-4253
cr           +Michael Carson,   Maxis Construction Group,   1320 Industrial Boulevard,   Unit B2,
               Southampton, PA 18966-4060
r           ++STAR REAL ESTATE GROUP INC,   1500 WALNUT STREET,   STE 1103,   PHILADELPHIA PA 19102-3506
             (address filed with court:   Star Real Estate Group, Inc.,   c/o Richard Astrella,
               510 Walnut Street,   Suite 100,   Philadelphia, PA  16106)
i            +SamZach Irrevocable Trust,   c/o Jeffrey Kurtzman, Esquire,   Kurtzman   Steady, LLC,
               401 S. 2nd Street,   Suite 200,   Philadelphia, PA 19147-1612
cr           +Southampton Industrial Mews Condominium Associatio,   c/o Stefan Richter, Esquire,
               Clemons Richter & Reiss, P.C.,   107 E. Oakland Ave,   Doylestown, PA 18901-4610
cr           +State of Michigan, Department of Treasury,   Cadillac Place,   3030 W. Grand Blvd.,
               Ste. 10-240,   Detroit, MI 48202-6030
cr            Wilentz, Goldman & Spitzer P.A.,   Two Penn Center Plaza,   Suite 910,
               Philadelphia, PA  19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 13 2019 03:43:54     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 03:43:36
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 13 2019 03:43:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: bknotices@bankofthewest.com Nov 13 2019 03:43:51     Bank of the West,
               2527 Camino Ramon,   San Ramon, CA 94583-4213
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Cheryl Murphy
intp          John L. Murphy
cr            Republic First Bank d/b/a Republic Bank,   Two Liberty Place,
               50 South 16th Street, Suite 2400,   Philadelphia
br*         ++STAR REAL ESTATE GROUP INC,   1500 WALNUT STREET,   STE 1103,   PHILADELPHIA PA 19102-3506
             (address filed with court:   Star Real Estate Group, Inc.,   c/o Richard Astrella,
               510 Walnut Street,   Suite 100,   Philadelphia, PA  16106)
                                                                                               TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2                  User: dlv                        Page 2 of 4                    Date Rcvd: Nov 12, 2019
                                      Form ID: pdf900                  Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:

```
          ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
           Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
           Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
           Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          BENJAMIN A. GARBER    on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
           dmcgravey@clarkhill.com
          DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
           dpereira@schnader.com,  5283212420@filings.docketbird.com,Emccarthy@schnader.com
          DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
           verlaw.com
          DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
           verlaw.com
          DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
           verlaw.com
          GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
          GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
          GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
           bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com
          GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
           gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
           Irrevocable Trust") gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
```

```
District/off: 0313-2                  User: dlv                    Page 3 of 4                   Date Rcvd: Nov 12, 2019
                                      Form ID: pdf900              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              GEORGE     BOCHETTO     on behalf of Defendant Samantha   Portnoy gbochetto@bochettoandlentz.com
              GEORGE     BOCHETTO     on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE     BOCHETTO     on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE     BOCHETTO     on behalf of Interpleader Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE     BOCHETTO     on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN     on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER     on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               hsmiller@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ     on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com
              JEFFREY    KURTZMAN     on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEROME B. BLANK     on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY     on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY     on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY     on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN     on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN     on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG     on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,    2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG     on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,    2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG     on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,    2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN     on behalf of Debtor Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN     on behalf of Plaintiff Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN     on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN     on behalf of     Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA    VELTER     on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              KATHERINE   KAKISH     on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN     on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN     on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN     on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND     on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,    arosen@starfieldsmith.com
              MARIO J. HANYON     on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK     on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER     on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN     on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN     on behalf of Mediator Michael   Temin mtemin@foxrothschild.com
              REBECCA J. PRICE     on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY     on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER      trustee@holber.com,   rholber@ecf.axosfs.com
```

```
District/off: 0313-2           User: dlv                   Page 4 of 4                  Date Rcvd: Nov 12, 2019
                               Form ID: pdf900             Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com,   pintob@gtlaw.com
              STEFAN  RICHTER    on behalf of Creditor   Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant   Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor   Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,   david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party   EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 100
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Barry Portnoy, | : | |
| Debtor. | : | Bankruptcy No. 14-16081-MDC |

# O R D E R

**AND NOW**, on September 11, 2019, Gellert Scali Busenkell & Brown LLC filed the *Final Interim Fee Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as Counsel to the Chapter 7 Trustee for the Period March 30, 2017 through August 9, 2019* (the "GSSB Application").[1]

**AND**, on September 17, 2019, Bederson LLP filed the *Second Interim Fee Application of Bederson LLP as Accountants for Robert H. Holber as Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period May 19, 2017 through September 6, 2019* (the "Bederson Application").[2]

**AND**, the Court requires further information regarding the history of case administration and the present status of the bankruptcy estate in order to evaluate the fees and expenses sought pursuant to the GSSB Application and the Bederson Application.

It is hereby **ORDERED** that:

1. On or before **November 27, 2019**, the Chapter 7 trustee shall file a summary of the assets that have been administered and the disbursements that have been made, which shall include a statement of the amount of money presently in the bankruptcy estate available for distribution.

2. The Trustee may comply with this Order by filing the documents commonly known as "Form 1" and "Form 2."

3. A ruling on the GSSB Application and the Bederson Application is **DEFERRED** pending the Court's receipt of the summary required by Paragraph 1 above.

---

[1] Bankr. Docket No. 700.

Dated: November 12, 2019

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

David L. Braverman, Esquire
Benjamin A. Garber, Esquire
John E. Kaskey, Esquire
Joshua B. Kaplan, Esquire
Braverman Kaskey, P.C.
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

Gary F. Seitz, Esquire
Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Boulevard, Suite 1901
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

---

[2] Bankr. Docket No. 702.