**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **BARRY PORTNOY** | ) |
| | ) |
| **Debtor.** | ) |
| | ) **Case No. 14-16081 (MDC)** |

## ORDER

Upon consideration of the *Final Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of March 30, 2017 through August 9, 2019* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $278,758.00 and reimbursement of actual expenses in the amount of $7,338.93 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: December 13, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE