UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| BARRY PORTNOY : | Case No. 14-16081 (MDC) |
| : | |
| Debtor. : | |
| : | **Related D.I.:** ___ |

## ORDER

AND NOW, this <u>13th</u> day of <u>December</u>, 2019, upon consideration of the Second Interim Fee Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Bonnie B. Finkel, Chapter 7 Trustee, and for Reimbursement of Expenses for the period May 19, 2017 through September 6, 2019, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $ 36,812.75 as compensation for accounting fees and the sum of $ 273.10 for reimbursement of expenses for the period of May 19, 2017 through September 6, 2019, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement.

BY THE COURT:

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE