United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16081-mdc
Barry Portnoy                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 4              Date Rcvd: Dec 13, 2019
                            Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db          #+Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty          Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA  19103
md          +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
              Philadelphia, PA 19107-4299
cr           American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
acc         +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
              West Orange, NJ 07052-2749
i           +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp        +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr          +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
              Southampton, PA 18966-4060
r           ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:    Star Real Estate Group, Inc.,    c/o Richard Astrella,
              510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
i           +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
              401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr          +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
              Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
cr          +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
              Ste. 10-240,    Detroit, MI 48202-6030
cr           Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
              Philadelphia, PA  19102
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bknotices@bankofthewest.com Dec 14 2019 02:56:32     Bank of the West,
              2527 Camino Ramon,    San Ramon, CA 94583-4213
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Cheryl Murphy
intp         John L. Murphy
cr           Republic First Bank d/b/a Republic Bank,    Two Liberty Place,
              50 South 16th Street, Suite 2400,    Philadelphia
br*         ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:    Star Real Estate Group, Inc.,    c/o Richard Astrella,
              510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
                                                                                        TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com

```
District/off: 0313-2            User: dlv                Page 2 of 4              Date Rcvd: Dec 13, 2019
                                Form ID: pdf900          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Interpleader Danielle    Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Zachary    Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Danielle    Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
               Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III    on behalf of Defendant Samantha    Portnoy abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              BENJAMIN A. GARBER    on behalf of Debtor Barry    Portnoy BGarber@braverlaw.com,
               dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
              DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               dmcgravey@clarkhill.com
              DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               dpereira@stradley.com
              DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID L. BRAVERMAN    on behalf of Defendant Barry    Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Debtor Barry    Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              DAVID L. BRAVERMAN    on behalf of Plaintiff Barry    Portnoy dbraver@braverlaw.com,
               dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
               verlaw.com
              GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
              GAETAN J. ALFANO    on behalf of Creditor Michael    Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Danielle    Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Zachary    Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Samantha    Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Interpleader Danielle    Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               hsmiller@gsbblaw.com

```
District/off: 0313-2           User: dlv                   Page 3 of 4                  Date Rcvd: Dec 13, 2019
                               Form ID: pdf900             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of   Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com
              JEFFREY    KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA    VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              KATHERINE    KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of    Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com,  pintob@gtlaw.com
              STEFAN    RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
```

```
District/off: 0313-2                  User: dlv                      Page 4 of 4                  Date Rcvd: Dec 13, 2019
                                      Form ID: pdf900                Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          STEPHEN G. HARVEY   on behalf of Creditor   Republic First Bank d/b/a Republic Bank
           steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEVEN E. OSTROW   on behalf of Interested Party   EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                               TOTAL: 100

Case 14-16081-mdc    Doc 711    Filed 12/15/19    Entered 12/16/19 00:35:13    Desc
Imaged Certificate of Notice    Page 4 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| BARRY PORTNOY | ) |
| | ) |
| Debtor. | ) |
| | ) Case No. 14-16081 (MDC) |

## ORDER

Upon consideration of the *Final Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of March 30, 2017 through August 9, 2019* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $278,758.00 and reimbursement of actual expenses in the amount of $7,338.93 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: December 13, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE