United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 14-16081-mdc
Barry Portnoy                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv          Page 1 of 4          Date Rcvd: Dec 13, 2019
                              Form ID: pdf900    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db         #+Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty          Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA  19103
md         +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
             Philadelphia, PA 19107-4299
cr           American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
acc        +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
             West Orange, NJ 07052-2749
i          +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp       +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr         +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
             Southampton, PA 18966-4060
r          ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:  Star Real Estate Group, Inc.,    c/o Richard Astrella,
             510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
i          +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman  Steady, LLC,
             401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr         +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
             Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
cr         +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
             Ste. 10-240,    Detroit, MI 48202-6030
cr           Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
             Philadelphia, PA  19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bknotices@bankofthewest.com Dec 14 2019 02:56:32     Bank of the West,
             2527 Camino Ramon,    San Ramon, CA 94583-4213
                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Cheryl Murphy
intp         John L. Murphy
cr           Republic First Bank d/b/a Republic Bank,    Two Liberty Place,
             50 South 16th Street, Suite 2400,    Philadelphia
br*        ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:  Star Real Estate Group, Inc.,    c/o Richard Astrella,
             510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
                                                                    TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc.
               abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
              ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com,
               mkamins@bochettoandlentz.com

```
District/off: 0313-2          User: dlv               Page 2 of 4            Date Rcvd: Dec 13, 2019
                              Form ID: pdf900          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc.
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Interpleader   SamZach Irrevocable Trust
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
       Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P.
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable
       Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC
       abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
        ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com,
       mkamins@bochettoandlentz.com
        ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        BENJAMIN A. GARBER   on behalf of   Braverman Kaskey PC BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
        BENJAMIN A. GARBER   on behalf of   Vorndran Construction, Inc. BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
        BENJAMIN A. GARBER   on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com,
       dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
        DANIEL J. MCGRAVEY   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank
       dmcgravey@clarkhill.com
        DANIEL MICHAEL PEREIRA   on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank
       dpereira@stradley.com
        DAVID B. SMITH   on behalf of Attorney   SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
       b.dr70286@notify.bestcase.com
        DAVID L. BRAVERMAN   on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
       verlaw.com
        DAVID L. BRAVERMAN   on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
       verlaw.com
        DAVID L. BRAVERMAN   on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com,
       dmarano@braverlaw.com;dmayfield@braverlaw.com;belle@braverlaw.com;gollotto@braverlaw.com;sine@bra
       verlaw.com
        GAETAN J. ALFANO   on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
        GAETAN J. ALFANO   on behalf of Creditor Michael  Carson GJA@Pietragallo.com
        GARY DAVID BRESSLER   on behalf of Interested Party   Bonnie B. Finkel, Chapter 7 Trustee of the
       bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
       kdeans@mdmc-law.com;kpatterson@mdmc-law.com
        GARY F SEITZ   on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
        GARY F SEITZ   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
        GARY F SEITZ   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
        GARY F SEITZ   on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
        GEORGE BOCHETTO   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable Deed
       of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Sam-Zachary Partners, LLC
       gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable Deed
       of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach
       Irrevocable Trust") gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Maxsys, Inc. gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Altchem Environmental Services, Inc.
       gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   BF Services, L.P. gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Samzach Partners, L.P. gbochetto@bochettoandlentz.com
        GILBERT B. WEISMAN   on behalf of Creditor   American Express Bank FSB notices@becket-lee.com
        HOLLY SMITH MILLER   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC
       hsmiller@gsbblaw.com

District/off: 0313-2          User: dlv              Page 3 of 4              Date Rcvd: Dec 13, 2019
                             Form ID: pdf900        Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com
                HOLLY SMITH MILLER    on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com
                HOLLY SMITH MILLER    on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com
                HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com
                HOLLY SMITH MILLER    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com
                JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
                 jschwartz@mesterschwartz.com
                JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
                 Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
                JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
                 Kurtzman@kurtzmansteady.com
                JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
                JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
                 dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
                JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
                 dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
                JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
                 dmarano@braverlaw.com;gollotto@braverlaw.com;belle@braverlaw.com;sine@braverlaw.com
                JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
                 jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
                JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
                 jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
                JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
                 jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
                JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
                 jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
                JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
                 jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
                JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
                 paeb@fedphe.com
                JOSHUA B. KAPLAN    on behalf of Debtor Barry  Portnoy kaplan@braverlaw.com,
                 powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
                JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
                 powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
                JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
                 powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
                JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
                 powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
                JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
                KARINA  VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
                KATHERINE  KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
                 kakishk@michigan.gov
                KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
                KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
                KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
                KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
                LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
                 lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
                MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
                MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
                 jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
                MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
                MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
                MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
                REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
                 kbambary@nmmlaw.com
                RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
                 rbarkasy@schnader.com
                ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
                ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
                 rholber@ecf.axosfs.com
                SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com,  pintob@gtlaw.com
                STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
                 srichter@clemonslaw.com
                STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
                 david@steveharveylaw.com;theresa@steveharveylaw.com
                STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
                 david@steveharveylaw.com;theresa@steveharveylaw.com

District/off: 0313-2          User: dlv              Page 4 of 4               Date Rcvd: Dec 13, 2019
                             Form ID: pdf900         Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
           steve@steveharveylaw.com,  david@steveharveylaw.com;theresa@steveharveylaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
           ostrows@whiteandwilliams.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 100

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER  7 |
| | : | |
| BARRY PORTNOY | : | Case No. 14-16081 (MDC) |
| | : | |
| Debtor. | : | |
| | : | **Related D.I.:** ___ |

## <u>ORDER</u>

AND NOW, this __13th__ day of __December__, 2019, upon consideration of the

Second Interim Fee Application of Bederson LLP for Compensation Accountants Services

Rendered as Accountants for Bonnie B. Finkel, Chapter 7 Trustee, and for Reimbursement of

Expenses for the period May 19, 2017 through September 6, 2019, and after notice and an

opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby

allowed the sum of $ 36,812.75   as compensation for accounting fees and the sum of $ 273.10 for

reimbursement of expenses for the period of May 19, 2017 through September 6, 2019, and it is

further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her

discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C.

§330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement.

BY THE COURT:

_Magdeline D. Coleman_

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF  UNITED STATES BANKRUPTCY JUDGE