IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: January 7, 2020

IN RE:                                                             :           Chapter 7

Barry Portnoy
        Debtor(s)                                  :           Bankruptcy No.  14-16081-mdc

## AMENDED CERTIFICATION OF COSTS

The sum of $350.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before 1/21/2020.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | 16-248 | 350.00 |
| Copies | | |
| TOTAL: | | $ 350.00 |

Dated at Philadelphia, PA
this 7th day of January 2020

                              TIMOTHY B. MCGRATH, Clerk

                              By: _____
                                    Denise Lavariere
                                    Deputy Clerk

Certcost 8/99