IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-16081-MDC |
| | : | |
| BARRY PORTNOY | : | Chapter 7 |
| | : | |
| | : | |

# WITHDRAWAL OF APPEARANCE

TO THE CLERK OF U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance on behalf of Barry Portnoy in the above-referenced Chapter 7 proceeding.

Respectfully submitted,

Dated: 5/21/2020

*/s/ Joshua B. Kaplan*
Joshua B. Kaplan, Esquire

## **CERTIFICATE OF SERVICE**

I, Joshua B. Kaplan, Esquire, hereby certify, on this 21 day of May, 2020, caused a true and correct copy of the foregoing *Withdrawal of Appearance* to be electronically filed with the Court, and served upon counsel of record by electronic mail via the Court's CM/ECF System.

Dated: 5/21/2020                                                  */s/ Joshua B. Kaplan*
                                                                                         Joshua B. Kaplan, Esquire