United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 5            Date Rcvd: Jul 14, 2020
                             Form ID: pdf900        Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.

```
db          #+Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty           Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA 19103
md          +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
              Philadelphia, PA 19107-4299
acc         +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
              West Orange, NJ 07052-2749
i           +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp        +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr          +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
              Southampton, PA 18966-4060
r          ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:   Star Real Estate Group, Inc.,    c/o Richard Astrella,
              510 Walnut Street,    Suite 100,    Philadelphia, PA   16106)
i           +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman    Steady, LLC,
              401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr          +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
              Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
cr          +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
              Ste. 10-240,    Detroit, MI 48202-6030
cr           Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
              Philadelphia, PA   19102
13551117     Ahern Rentals,    P. O. Box 271390,    Las Vegas, NV  89127-1390
13367628     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13376041    +Bank of the West,    c/o REBECCA PRICE,    Norris, McLaughlin & Marcus, P.A.,
              1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
13362086    +Bank of the West, Inc.,    2527 Camino Ramon,    San Ramon, CA 94583-4213
13362142    +Begley, Carlin & Mandio, LLP,    P. O. Box 308,    680 Middletown Blvd,
              Langhorne, PA 19047-1817
13362157     Berkheimer Tax Admin,    PO Box 905,    Bangor, PA  18013-0905
14041250    +Braverman, Kaskey, P.C.,    Attention : Benjamin A. Garber, Esquire,
              One Liberty Place, 56th Floor,    1650 Market Street,    Phila., PA 19103-7301
13362152     Central States Southeast and Southwest Areas,    Health and Welfare and Pension Funds,
              P. O. Box 5108,    Des Plaines, IL  60017-5108
13362178     Children’s Hospital,    34th Street and Civic Center Boulevard,    Philadelphia, PA  19104
13362088    +Ciardi Ciardi & Astin,    One Commerce Square,    2005 Market Street, Suite 1930,
              Philadelphia, PA 19103-7011
13362035    +CitiMortgage, Inc.,    1000 Technology Drive,    O’Fallon, MO 63368-2240
13362087    +Cohen, Cooper, Estep & Allen,    3330 Cumberland Boulevard, Ste 600,    Atlanta, GA 30339-8100
13362146     Collection Division,    Michigan Department of Treasury,    PO Box 30199,
              Lansing, MI  48909-7699
13362181    +Danielle Portnoy,    15 Elm Road,    Newtown, PA 18940-2223
13777357    +Danielle Portnoy as Trustee of the,    SamZach Irrevocable Trust,    c/o Robert Krandel, Esq.,
              Freeman Mathis & Gary LLP,    1800 JFK Blvd., Ste. 1500,    Phila., PA 19103-7401
13362118    +Davis Bucco and Ardizzi,    10 East 6th Ave, Ste 100,    Conshohocken, PA 19428-1798
13362155     Delaware Department of Labor,    Division of Unemployment Insurance,    PO Box 9953,
              Wilmington, DE  19809-0953
13362143    +Employer Charging,    PO Box 1618,    Columbus, OH 43216-1618
13362151    +Eric Heinz,    1835 Market Street,    Suite 1215,    Philadelphia, PA 19103-2912
13362112    +First Sealord Surety, Inc., in Liquidation,    PA Insurance Department-Office of,
              Liquidation Rehabilitations & Special Fu,    901 N. 7th Street, Suite 201,
              Harrisburg, PA 17102-1413
13362117    +Hoffman International, Inc.,    300 South Randolphville Road,    Piscataway, NJ 08854-4157
13362036   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: NationStar Mortgage,    350 Highland Drive,    Lewisville, TX  75067)
13362079     NJ Department of Labor and,    Workforce Development,    P. O. Box 389,    Trenton, NJ  08625-0389
13362158    +Nicholas J. Ettorre, Tax Collector,    PO Box 475,    Washington Crossing, PA 18977-0475
13362144   ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
              OKLAHOMA CITY OK 73102-8601
             (address filed with court: Oklahoma Tax Commission,    PO Box 26920,
              Oklahoma City, OK  73126-0920)
13363427     PA Department of Revenue,    P. O. Box 280604,    Harrisburg, PA  17128-0604
13362160    +PA Dept of Labor & Industry,    State Workers’ Insurance Fund,    100 Lackawanna Ave,
              PO Box 5100,    Scranton, PA 18505-5100
13362153     PA Dept. of Labor & Industry,    Employers’ Charge Section,    PO Box 67504,
              Harrisburg, PA  17106-7504
13362150    +PA Dept. of Labor and Industry,    1171 S Cameron Street,    Harrisburg, PA 17104-2510
13362145     Pennsylvania SCDU,    PO Box 69112,    Harrisburg, PA  17106-9112
13456153    +Pennsylvania State Workers’,    Insurance Fund,    Mary Woodbridge,
              State Workers’ Insurance Fund,    100 Lacakwanna Ave,    Scranton, PA 18503-1966
13362085    +Premcor Refining Group d/b/a,    Valero Port Arthur Refinery,    One Valero Way,
              San Antonio, TX 78249-1616
13362080    +R&J Trucking,    8063 Southern Boulevard,    Boardman, OH 44512-6306
13548318    +R&J Trucking Co.,    8063 Southern Boulevard,    Youngstown, OH 44512-6306
13362090    +Republic Bank,    50 S 16th St, Ste #2400,    Philadelphia, PA 19102-2526
```

```
District/off: 0313-2           User: dlv                   Page 2 of 5                   Date Rcvd: Jul 14, 2020
                               Form ID: pdf900             Total Noticed: 76


13362180       +Revenue Collection Bureau,    5900 Torresdale Ave,    Philadelphia, PA 19135-4127
13367232       +Sam Zach Irrevocable Trust,    155 North Elm Avenue,    Newtown, PA 18940-2225
13362082       +Southampton Industrial Mews,    Condominium Association,    350 South Main Street,
                 Doylestown, PA 18901-4871
13362147        State of Connecticut,    Department of Labor,    PO Box 2940,    Hartford, CT 06104-2940
13362116       +State of Michigan,    Dept of Licensing and Regulatory Affairs,    3024 W Grand Blvd,
                 Detroit, MI 48202-6024
13531487       +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd., Ste. 10-200,
                 Detroit, MI 48202-6030
13362149        State of NJ Dept. of Labor,    Bureau of Benefit Payment Control,    PO Box 946,
                 Trenton, NJ 08625-0946
13362159        State of New Jersey,    Division of Employer Accounts,    PO Box 059,    Trenton, NJ  08625-0059
13556684        State of New Jersey Department of Treasury,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245
13362141       +The Bank of New York Mellon,    500 Grant Street - 1000,    Pittsburgh, PA 15258-0001
14466282       +US Bank NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13362156       +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
13362083       +Van Cleef Engineering Associates, LLC,    501 North Main Street,    Doylestown, PA 18901-3405
13380253       +Wells Fargo Equipment Finance Inc.,    c/o LYNDSAY ELIZABETH ROWLAND,    The Lamm Group,
                 1608 Walnut Street, Suite 703,    Philadelphia, PA 19103-5447
13379924       +Wells Fargo Equipment Finance, Inc.,    c/o Lyndsay E. Rowland, Esquire,    The Lamm Group,
                 1608 Walnut Street,    Suite 703,    Philadelphia, PA 19103-5447
13362114       +Wilentz, Goldman & Spitzer,    Two Penn Center, Suite 910,    Philadelphia, PA 19102-1742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 15 2020 04:40:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2020 04:40:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2020 04:40:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13362179        E-mail/Text: megan.harper@phila.gov Jul 15 2020 04:40:33     City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA  19105
13362078       +E-mail/Text: bjones@cbankus.com Jul 15 2020 04:39:47     Continental Bank,    Attn: Brad Jones,
                 15 West South Temple,    Suite 420,    Salt Lake City, UT 84101-1514
13362034        E-mail/Text: litigation.recoverybkmailbox@dllgroup.com Jul 15 2020 04:39:50
                 De Lage Laden Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087-1453
13532376       +E-mail/Text: camanagement@mtb.com Jul 15 2020 04:40:01     Hudson City Savings Bank,
                 west 80 Century Road,    Paramus, NJ 07652-1437
13367231        E-mail/Text: camanagement@mtb.com Jul 15 2020 04:40:01     Hudson City Savings Bank,
                 80 Century Road,    Paramus,NJ  07652
13363426        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 15 2020 04:39:58     IRS,    C/O Special Procedures,
                 P. O. Box 7346,    Philadelphia, PA  19101-7346
13362182        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 15 2020 04:46:53     Chase,    PO Box 15123,
                 Wilmington, DE  19850-5123
13362154        E-mail/Text: LDRBankruptcy.EBN@la.gov Jul 15 2020 04:39:50     Louisiana Department of Revenue,
                 PO Box 1231,    Baton Rouge, LA  70821-1231
13362089        E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jul 15 2020 04:40:41
                 Michigan Dept. of Treasury,    PO Box 30199,    Lansing, MI  48909-7699
13362148        E-mail/Text: bankruptcy@oesc.state.ok.us Jul 15 2020 04:40:46
                 Oklahoma Employment Security Commission,    P. O. Box 52003,    Oklahoma City, OK  73152-2003
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Cheryl Murphy
intp            John L. Murphy
cr              Republic First Bank d/b/a Republic Bank,    Two Liberty Place,
                 50 South 16th Street, Suite 2400,    Philadelphia
cr*             American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
cr*            +Bank of the West,    2527 Camino Ramon,    San Ramon, CA 94583-4213
br*           ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
                (address filed with court:    Star Real Estate Group, Inc.,    c/o Richard Astrella,
                 510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
13558210*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13565674*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13362113      ##+Wells Fargo Equipment Finance, Inc.,    733 Marquette Ave., Suite 700,
                 Minneapolis, MN 55402-2352
                                                                                        TOTALS: 3, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2              User: dlv                    Page 3 of 5                    Date Rcvd: Jul 14, 2020
                                  Form ID: pdf900              Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:

 ALBERT M BELMONT, III   on behalf of Interpleader Danielle  Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant Zachary  Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant Danielle  Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Samzach Partners, L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Sam-Zachary Partners, LLC abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant Samantha  Portnoy abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of    Altchem Environmental Services, Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   BF Services, L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Altchem Environmental Services, Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Defendant   Maxsys, Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ALBERT M BELMONT, III   on behalf of Interpleader   SamZach Irrevocable Trust abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
 ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
 BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com, dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
 BENJAMIN A. GARBER    on behalf of Debtor Barry  Portnoy BGarber@braverlaw.com, dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
 BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com, dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
 DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank dmcgravey@clarkhill.com
 DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank dpereira@stradley.com
 DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
 DAVID L. BRAVERMAN    on behalf of Debtor Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
 DAVID L. BRAVERMAN    on behalf of Plaintiff Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
 DAVID L. BRAVERMAN    on behalf of Defendant Barry  Portnoy dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
 GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com

```
District/off: 0313-2            User: dlv                  Page 4 of 5                  Date Rcvd: Jul 14, 2020
                                Form ID: pdf900            Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              GAETAN J. ALFANO    on behalf of Creditor Michael  Carson GJA@Pietragallo.com
              GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
               bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;scarney@mdmc-law.com
              GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Plaintiff     Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Attorney     Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
              GEORGE   BOCHETTO    on behalf of Defendant Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Maxsys, Inc. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Zachary  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant Samantha  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Altchem Environmental Services, Inc.
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Danielle Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Sam-Zachary Partners, LLC
               gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Samantha Portnoy (as Co-Trustee of the Revocable Deed
               of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
              GEORGE   BOCHETTO    on behalf of Defendant     Danielle Portnoy (as Trustee of the "SamZach
               Irrevocable Trust") gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER    on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               hsmiller@gsbblaw.com,    abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY  KURTZMAN    on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY    on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JOHN E. KASKEY    on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JOHN E. KASKEY    on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,   jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,   2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN    on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN    on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    M&T BANK Josh.Goldman@padgettlawgroup.com
```

```
District/off: 0313-2                  User: dlv                     Page 5 of 5                     Date Rcvd: Jul 14, 2020
                                      Form ID: pdf900               Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              KARINA   VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              KATHERINE   KAKISH    on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD    on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,    arosen@starfieldsmith.com
              MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK    on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER    on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN    on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              NICHOLAS S. HERRON    on behalf of Plaintiff Andrew R. Vara nicholas.s.herron@usdoj.gov,
               USTPRegion03.PH.ECF@usdoj.gov
              PETER J. LEYH    on behalf of Defendant Barry  Portnoy pleyh@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;mervis@braverlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B)
               bkgroup@kmllawgroup.com
              REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com,
               kbambary@nmmlaw.com
              RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               rbarkasy@schnader.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com,   pintob@gtlaw.com
              STEFAN   RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association
               srichter@clemonslaw.com
              STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com,
               david@steveharveylaw.com;theresa@steveharveylaw.com
              STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               steve@steveharveylaw.com,    david@steveharveylaw.com;theresa@steveharveylaw.com
              STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC
               ostrows@whiteandwilliams.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 102

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PORTNOY, BARRY | § | Case No. 14-16081 MDC |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert H. Holber, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. BANKRUPTCY COURT CLERK
900 Market Street, Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/05/2020 in Courtroom 2,
United States Courthouse
900 Market Street, Suite 400
Philadelphia, Pa 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/13/2020          By: /s/ _____
                                      Chapter 7 Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: §
§
PORTNOY, BARRY § Case No. 14-16081 MDC
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,008,656.08 |
| and approved disbursements of | $ | 3,542,054.98 |
| leaving a balance on hand of[1] | $ | 466,601.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber, Trustee | $ 144,274.29 | $ 0.00 | $ 144,274.29 |
| Trustee Expenses: Robert H. Holber, Trustee | $ 832.21 | $ 0.00 | $ 832.21 |
| Attorney for Trustee Fees: Gellert Scali Busenkell & Brown, LLC | $ 278,758.00 | $ 278,758.00 | $ 0.00 |
| Accountant for Trustee Fees: Bederson, LLP | $ 49,325.00 | $ 49,325.00 | $ 0.00 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: International Sureties, LTD. | $ 474.22 | $ 474.22 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 444.09 | $ 444.09 | $ 0.00 |
| Other: Gellert Scali Busenkell & Brown, LLC | $ 125,199.00 | $ 125,199.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Gellert Scali Busenkell & Brown, LLC | $ 170.28 | $ 170.28 | $ 0.00 |
| Other: Gellert Scali Busenkell & Brown, LLC | $ 7,338.93 | $ 7,338.93 | $ 0.00 |
| Other: Bederson, LLP | $ 36,812.75 | $ 36,812.75 | $ 0.00 |
| Other: Bederson, LLP | $ 574.96 | $ 574.96 | $ 0.00 |
| Other: Bederson, LLP | $ 273.10 | $ 273.10 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    145,456.50

Remaining Balance    $    321,144.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,347,438.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | IRS | $ 1,301,792.44 | $ 0.00 | $ 310,265.51 |
| 4 | State of Michigan | $ 42,817.33 | $ 0.00 | $ 10,204.96 |
| 10 | State of New Jersey Department of | $ 881.37 | $ 0.00 | $ 210.06 |
| 11 | State of new Jersey Department of | $ 1,297.53 | $ 0.00 | $ 309.25 |
| 12 | State of New Jersey Department of | $ 649.59 | $ 0.00 | $ 154.82 |

Total to be paid to priority creditors    $    321,144.60

Remaining Balance    $    0.00

UST Form 101-7-NFR (10/1/2010) (Page: 3)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 962,810.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Pennsylvania State Workers' | $ 104,596.00 | $ 0.00 | $ 0.00 |
| 6 | R&J Trucking Co. | $ 9,800.00 | $ 0.00 | $ 0.00 |
| 7 | De Lage Laden Financial Services, Inc. | $ 507,385.71 | $ 0.00 | $ 0.00 |
| 13 | American Express Bank, FSB | $ 6,175.57 | $ 0.00 | $ 0.00 |
| 14 | American Express Bank, FSB | $ 8,904.50 | $ 0.00 | $ 0.00 |
| 15 | Continential Bank | $ 89,037.20 | $ 0.00 | $ 0.00 |
| 16 | Wilentz, Goldman & spitzer | $ 16,902.05 | $ 0.00 | $ 0.00 |
| 17 | Wells Fargo Equipment Finance., Inc. | $ 220,009.87 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $   0.00
Remaining Balance                                        $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 9,401.18 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | State of Michigan | $ 9,401.18 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $    0.00

Remaining Balance    $    0.00

Prepared By: /s/Robert H. Holber
　　　　　　　　　　　　　　　　　Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*