```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In re:                          :       CHAPTER: 7
    BARRY PORTNOY              :
                                              :
                                              :
        Debtor              :
                                              :       BANKRUPTCY NO.: 14-16081 MDC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object along with a copy of Proposed Distribution was filed on July 13, 2020 and served upon the U.S. Trustee's Office, Debtor's Counsel, John E. Kaskey, Esquire, Benjamin A. Garber, Esquire, David L. Braverman, Esquire, all creditors listed on debtor's matrix and all creditors who filed claims on or about July 13, 2020.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Date: 7/31/20

                                          ROBERT H. HOLBER, ESQUIRE
                                          Chapter 7 Trustee
                                          41 E. Front Street
                                          Media, PA   19063
                                          (610) 565-5463