IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                  :        Chapter 7
                                                        :
BARRY PORTNOY                                           :
                                                        :
                                                        :
         Debtor                                         :        Bankruptcy No. 14-16081 MDC

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this  5th  day of        August   2020 , upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge