IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER: 7 |
|     BARRY PORTNOY | : | |
| | : | |
|     Debtor | : | |
| | : | BANKRUPTCY NO.: 14-16081 MDC |

### PRAECIPE TO WITHDRAW ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

TO THE CLERK OF COURT:

    Kindly withdraw the proposed Order Approving Trustee's Final Account, Discharging Trustee, And Closing Estate, entered at Docket No. 723, regarding the above captioned matter.

Date: 8/6/20

_____
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee
41 E. Front Street
Media, PA   19063
(610) 565-5463