IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    CHAPTER: 7
    BARRY PORTNOY              :
                               :
                               :
    Debtor                     :
                               :    BANKRUPTCY NO.: 14-16081 MDC

ORDER OF DISTRIBUTION

AND NOW, this ___ day of _____, 2020, the Trustee, Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amounts indicated in such Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Date:_____

                                                    MAGDELINE D. COLEMAN
                                                  CHIEF U.S. BANKRUPTCY JUDGE