United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16081-mdc
Barry Portnoy                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 4              Date Rcvd: Aug 18, 2020
                              Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db            #+Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty            Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA  19103
md            +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
               Philadelphia, PA 19107-4299
cr             American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
acc           +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
               West Orange, NJ 07052-2749
i             +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp          +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr            +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
               Southampton, PA 18966-4060
r            ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
              (address filed with court:   Star Real Estate Group, Inc.,    c/o Richard Astrella,
               510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
i             +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
               401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr            +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
               Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
cr            +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
               Ste. 10-240,    Detroit, MI 48202-6030
cr             Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
               Philadelphia, PA  19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:03     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:39
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bknotices@bankofthewest.com Aug 19 2020 04:11:48     Bank of the West,
               2527 Camino Ramon,    San Ramon, CA 94583-4213
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Cheryl Murphy
intp           John L. Murphy
cr             Republic First Bank d/b/a Republic Bank,    Two Liberty Place,
               50 South 16th Street, Suite 2400,    Philadelphia
br*          ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
              (address filed with court:   Star Real Estate Group, Inc.,    c/o Richard Astrella,
               510 Walnut Street,    Suite 100,    Philadelphia, PA  16106)
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: dlv              Page 2 of 4            Date Rcvd: Aug 18, 2020
                             Form ID: pdf900        Total Noticed: 17
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

```
         ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
          abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
          abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
          Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
          abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Interpleader Danielle    Portnoy abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant Zachary    Portnoy abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant Danielle    Portnoy abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
          Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
          abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
          Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
          abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
         ALBERT M BELMONT, III    on behalf of Defendant Samantha    Portnoy abelmont@bochettoandlentz.com,
          mkamins@bochettoandlentz.com
         ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
          dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
         BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
          dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
         BENJAMIN A. GARBER    on behalf of Debtor Barry    Portnoy BGarber@braverlaw.com,
          dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
         DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
          dmcgravey@clarkhill.com
         DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
          dpereira@stradley.com
         DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
          b.dr70286@notify.bestcase.com
         DAVID L. BRAVERMAN    on behalf of Defendant Barry    Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
         DAVID L. BRAVERMAN    on behalf of Debtor Barry    Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
         DAVID L. BRAVERMAN    on behalf of Plaintiff Barry    Portnoy dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
         GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
         GAETAN J. ALFANO    on behalf of Creditor Michael    Carson GJA@Pietragallo.com
         GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
          bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;scarney@mdmc-law.com
         GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
         GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
         GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
         GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
         GEORGE BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
          of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
          gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
          of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
          Irrevocable Trust") gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant Danielle    Portnoy gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant Zachary    Portnoy gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant Samantha    Portnoy gbochetto@bochettoandlentz.com
         GEORGE BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
          gbochetto@bochettoandlentz.com
```

```
District/off: 0313-2          User: dlv              Page 3 of 4              Date Rcvd: Aug 18, 2020
                              Form ID: pdf900        Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        GEORGE BOCHETTO   on behalf of Defendant   BF Services, L.P. gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Interpleader Danielle  Portnoy gbochetto@bochettoandlentz.com
        GEORGE BOCHETTO   on behalf of Defendant   Samzach Partners, L.P. gbochetto@bochettoandlentz.com
        GILBERT B. WEISMAN   on behalf of Creditor   American Express Bank FSB notices@becket-lee.com
        HOLLY SMITH MILLER   on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com, abrown@gsbblaw.com
        HOLLY SMITH MILLER   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com, abrown@gsbblaw.com
        HOLLY SMITH MILLER   on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com, abrown@gsbblaw.com
        HOLLY SMITH MILLER   on behalf of Accountant   Bederson, LLP hsmiller@gsbblaw.com, abrown@gsbblaw.com
        HOLLY SMITH MILLER   on behalf of Broker   BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com, abrown@gsbblaw.com
        HOLLY SMITH MILLER   on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com, abrown@gsbblaw.com
        JASON BRETT SCHWARTZ   on behalf of Creditor   The Bank of New York Mellon jschwartz@mesterschwartz.com
        JEFFREY KURTZMAN   on behalf of Defendant   BF Services, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Interpleader Danielle  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Interpleader   SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant Zachary  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant   Maxsys, Inc. Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant   Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant   Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant Danielle  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant Samantha  Portnoy Kurtzman@kurtzmansteady.com
        JEFFREY KURTZMAN   on behalf of Defendant   Altchem Environmental Services, Inc. Kurtzman@kurtzmansteady.com
        JEROME B. BLANK   on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        JOHN E. KASKEY   on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com
        JOHN E. KASKEY   on behalf of Defendant Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com
        JOHN E. KASKEY   on behalf of Debtor Barry  Portnoy Jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com
        JON M. ADELSTEIN   on behalf of Attorney   Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN   on behalf of Attorney Michael E. Carson, Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JONATHAN W. HUGG   on behalf of Creditor   Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
        JONATHAN W. HUGG   on behalf of Plaintiff   Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
        JONATHAN W. HUGG   on behalf of Plaintiff   Republic First Bank, d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        JOSHUA B. KAPLAN   on behalf of Plaintiff Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN   on behalf of Defendant Barry  Portnoy kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA B. KAPLAN   on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
        JOSHUA I. GOLDMAN   on behalf of Creditor   M&T BANK Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
        KARINA VELTER   on behalf of Creditor   The Bank of New York Mellon amps@manleydeas.com
        KATHERINE KAKISH   on behalf of Creditor   State of Michigan, Department of Treasury kakishk@michigan.gov
        KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN   on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
        KEVIN P. CALLAHAN   on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
        LYNDSAY ELIZABETH ROWLAND   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. lrowland@starfieldsmith.com, arosen@starfieldsmith.com
        MARIO J. HANYON   on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
        MATTHEW R. SKOLNIK   on behalf of Creditor   Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
        MICHAEL H. KALINER   on behalf of Attorney   Adelstein & Kaliner, LLC mhkaliner@gmail.com
        MICHAEL L. TEMIN   on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
        MICHAEL L. TEMIN   on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
        NICHOLAS S. HERRON   on behalf of Plaintiff Andrew R. Vara nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov
        PETER J. LEYH   on behalf of Defendant Barry  Portnoy pleyh@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com;mervis@braverlaw.com

```
District/off: 0313-2                User: dlv                   Page 4 of 4                    Date Rcvd: Aug 18, 2020
                                    Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B) bkgroup@kmllawgroup.com
        REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com, kbambary@nmmlaw.com
        RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank rbarkasy@schnader.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
        SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com, pintob@gtlaw.com
        STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
        STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
        STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 102

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    CHAPTER: 7
    BARRY PORTNOY              :
                               :
            Debtor             :
                               :    BANKRUPTCY NO.: 14-16081 MDC

ORDER OF DISTRIBUTION

AND NOW, this 18th day of August, 2020, the Trustee, Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amounts indicated in such Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Date:_____    _____
                          MAGDELINE D. COLEMAN
                          CHIEF U.S. BANKRUPTCY JUDGE