UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
PORTNOY, BARRY :
: Bankruptcy No. 14-16081-MDC
DEBTOR :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 8th day of September, 2020, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $144,274.29 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $832.21 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge