United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-16081-mdc
Barry Portnoy                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 4              Date Rcvd: Sep 08, 2020
                            Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db          #+Barry Portnoy,    101 Edwards Drive,    Richboro, PA 18966-1174
aty          Braverman Kaskey PC,    1560 Market Street,    56th Floor,    Philadelphia, PA   19103
md          +ASHELY M. CHAN,    United States Bankruptcy Court,    900 Market Street,
             Philadelphia, PA 19107-4299
cr           American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
acc         +Bederson, LLP,    c/o Charles N. Persing, CPA/CFF,    347 Mt. Pleasant Avenue,
             West Orange, NJ 07052-2749
i           +Danielle Portnoy,    155 N. Elm Avenue,    Newtown, PA 18940-2225
intp        +EVC Turnpike Dr., LLC,    2910 Franks Rd., Suite 3,    Huntingdon Valley, PA 19006-4253
cr          +Michael Carson,    Maxis Construction Group,    1320 Industrial Boulevard,    Unit B2,
             Southampton, PA 18966-4060
r           ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:   Star Real Estate Group, Inc.,    c/o Richard Astrella,
             510 Walnut Street,    Suite 100,    Philadelphia, PA   16106)
i           +SamZach Irrevocable Trust,    c/o Jeffrey Kurtzman, Esquire,    Kurtzman   Steady, LLC,
             401 S. 2nd Street,    Suite 200,    Philadelphia, PA 19147-1612
cr          +Southampton Industrial Mews Condominium Associatio,    c/o Stefan Richter, Esquire,
             Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
cr          +State of Michigan, Department of Treasury,    Cadillac Place,    3030 W. Grand Blvd.,
             Ste. 10-240,    Detroit, MI 48202-6030
cr           Wilentz, Goldman & Spitzer P.A.,    Two Penn Center Plaza,    Suite 910,
             Philadelphia, PA   19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 09 2020 04:16:23     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2020 04:15:57
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2020 04:16:08     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: bknotices@bankofthewest.com Sep 09 2020 04:16:04     Bank of the West,
             2527 Camino Ramon,    San Ramon, CA 94583-4213
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Cheryl Murphy
intp         John L. Murphy
cr           Republic First Bank d/b/a Republic Bank,    Two Liberty Place,
             50 South 16th Street, Suite 2400,    Philadelphia
br*         ++STAR REAL ESTATE GROUP INC,    1500 WALNUT STREET,    STE 1103,    PHILADELPHIA PA 19102-3506
             (address filed with court:   Star Real Estate Group, Inc.,    c/o Richard Astrella,
             510 Walnut Street,    Suite 100,    Philadelphia, PA   16106)
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: dlv                 Page 2 of 4                  Date Rcvd: Sep 08, 2020
                                  Form ID: pdf900           Total Noticed: 17
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

```
          ALBERT M BELMONT, III    on behalf of    Altchem Environmental Services, Inc.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    BF Services, L.P. abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Altchem Environmental Services, Inc.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable
           Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Maxsys, Inc. abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Interpleader    SamZach Irrevocable Trust
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Interpleader Danielle    Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Zachary    Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Danielle    Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
           Irrevocable Trust") abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Samzach Partners, L.P.
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable
           Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant    Sam-Zachary Partners, LLC
           abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com
          ALBERT M BELMONT, III    on behalf of Defendant Samantha    Portnoy abelmont@bochettoandlentz.com,
           mkamins@bochettoandlentz.com
          ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BENJAMIN A. GARBER    on behalf of    Braverman Kaskey PC BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          BENJAMIN A. GARBER    on behalf of    Vorndran Construction, Inc. BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          BENJAMIN A. GARBER    on behalf of Debtor Barry    Portnoy BGarber@braverlaw.com,
           dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com
          DANIEL J. MCGRAVEY    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
           dmcgravey@clarkhill.com
          DANIEL MICHAEL PEREIRA    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
           dpereira@stradley.com
          DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN, LLC dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID L. BRAVERMAN    on behalf of Defendant Barry    Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
          DAVID L. BRAVERMAN    on behalf of Debtor Barry    Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
          DAVID L. BRAVERMAN    on behalf of Plaintiff Barry    Portnoy dbraver@braverlaw.com,
           dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com
          GAETAN J. ALFANO    on behalf of Attorney Michael E. Carson, Esquire GJA@Pietragallo.com
          GAETAN J. ALFANO    on behalf of Creditor Michael    Carson GJA@Pietragallo.com
          GARY DAVID BRESSLER    on behalf of Interested Party    Bonnie B. Finkel, Chapter 7 Trustee of the
           bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com,
           jfalco@mdmc-law.com;scarney@mdmc-law.com
          GARY F SEITZ    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com
          GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Sam-Zachary Partners, LLC
           gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Samantha Portnoy (as Co-Trustee of the Revocable Deed
           of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Danielle Portnoy (as Trustee of the "SamZach
           Irrevocable Trust") gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant Danielle    Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Maxsys, Inc. gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant Zachary    Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant Samantha    Portnoy gbochetto@bochettoandlentz.com
          GEORGE  BOCHETTO    on behalf of Defendant    Altchem Environmental Services, Inc.
           gbochetto@bochettoandlentz.com
```

```
District/off: 0313-2                  User: dlv                   Page 3 of 4                   Date Rcvd: Sep 08, 2020
                                      Form ID: pdf900             Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              GEORGE    BOCHETTO     on behalf of Defendant    BF Services, L.P. gbochetto@bochettoandlentz.com
              GEORGE    BOCHETTO     on behalf of Interpleader Danielle   Portnoy gbochetto@bochettoandlentz.com
              GEORGE    BOCHETTO     on behalf of Defendant    Samzach Partners, L.P. gbochetto@bochettoandlentz.com
              GILBERT B. WEISMAN     on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              HOLLY SMITH MILLER     on behalf of  Robert H. Holber, Chapter 7 Trustee hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Attorney    Gellert Scali Busenkell & Brown LLC
               hsmiller@gsbblaw.com,  abrown@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Accountant    Bederson, LLP hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Broker    BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER     on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              JASON BRETT SCHWARTZ     on behalf of Creditor    The Bank of New York Mellon
               jschwartz@mesterschwartz.com
              JEFFREY    KURTZMAN     on behalf of Defendant    BF Services, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Interpleader Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Interpleader    SamZach Irrevocable Trust
               Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Zachary   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Maxsys, Inc. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Samzach Partners, L.P. Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Sam-Zachary Partners, LLC Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Danielle   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant Samantha   Portnoy Kurtzman@kurtzmansteady.com
              JEFFREY    KURTZMAN     on behalf of Defendant    Altchem Environmental Services, Inc.
               Kurtzman@kurtzmansteady.com
              JEROME B. BLANK     on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              JOHN E. KASKEY     on behalf of Attorney    Braverman Kaskey PC Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JOHN E. KASKEY     on behalf of Defendant Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JOHN E. KASKEY     on behalf of Debtor Barry   Portnoy Jkaskey@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com
              JON M. ADELSTEIN     on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN     on behalf of Attorney Michael E. Carson, Esquire
               jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
              JONATHAN W. HUGG     on behalf of Creditor    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG     on behalf of Plaintiff    Republic First Bank d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JONATHAN W. HUGG     on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank
               jhugg@schnader.com,  2297860420@filings.docketbird.com,Kpoehls@schnader.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wilmington Savings Fund Society, et. al.
               paeb@fedphe.com
              JOSHUA B. KAPLAN     on behalf of Plaintiff Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN     on behalf of Defendant Barry   Portnoy kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA B. KAPLAN     on behalf of    Vorndran Construction, Inc. kaplan@braverlaw.com,
               powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com
              JOSHUA I. GOLDMAN     on behalf of Creditor    M&T BANK Josh.Goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              KARINA    VELTER     on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              KATHERINE    KAKISH     on behalf of Creditor    State of Michigan, Department of Treasury
               kakishk@michigan.gov
              KEVIN G. MCDONALD     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN     on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN     on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov
              KEVIN P. CALLAHAN     on behalf of  Andrew R. Vara kevin.p.callahan@usdoj.gov
              LYNDSAY ELIZABETH ROWLAND     on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
              MARIO J. HANYON     on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
              MATTHEW R. SKOLNIK     on behalf of Creditor    Wilentz, Goldman & Spitzer P.A. mskolnik@wilentz.com,
               jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
              MICHAEL H. KALINER     on behalf of Attorney    Adelstein & Kaliner, LLC mhkaliner@gmail.com
              MICHAEL L. TEMIN     on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com
              MICHAEL L. TEMIN     on behalf of Mediator Michael  Temin mtemin@foxrothschild.com
              NICHOLAS S. HERRON     on behalf of Plaintiff Andrew R. Vara nicholas.s.herron@usdoj.gov,
               USTPRegion03.PH.ECF@usdoj.gov
              PETER J. LEYH     on behalf of Defendant Barry   Portnoy pleyh@braverlaw.com,
               dmarano@braverlaw.com;gollotto@braverlaw.com;mervis@braverlaw.com
```

```
District/off: 0313-2                User: dlv                  Page 4 of 4                  Date Rcvd: Sep 08, 2020
                                    Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B) bkgroup@kmllawgroup.com
          REBECCA J. PRICE    on behalf of Creditor    Bank of the West rprice@thslaw.com, kbambary@nmmlaw.com
          RICHARD A. BARKASY    on behalf of Plaintiff    Republic First Bank, d/b/a Republic Bank rbarkasy@schnader.com
          ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com
          SARAH R. GOODMAN    on behalf of Creditor Michael  Carson goodmansa@gtlaw.com, pintob@gtlaw.com
          STEFAN  RICHTER    on behalf of Creditor    Southampton Industrial Mews Condominium Association srichter@clemonslaw.com
          STEPHEN G. HARVEY    on behalf of Defendant    Republic First Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Defendant Jonathan  Hugg steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEPHEN G. HARVEY    on behalf of Creditor    Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com, david@steveharveylaw.com;theresa@steveharveylaw.com
          STEVEN E. OSTROW    on behalf of Interested Party    EVC Turnpike Dr., LLC ostrows@whiteandwilliams.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                 TOTAL: 102

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
PORTNOY, BARRY :
: Bankruptcy No. 14-16081-MDC
DEBTOR :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 8th day of September, 2020, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $144,274.29 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $832.21 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge