United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 14-16081-mdc

Barry Portnoy Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 7

Date Rcvd: Feb 25, 2021      Form ID: pdf900      Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Barry Portnoy, 101 Edwards Drive, Richboro, PA 18966-1174 |
| aty | | Braverman Kaskey PC, 1560 Market Street, 56th Floor, Philadelphia, PA 19103 |
| md | + | ASHELY M. CHAN, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299 |
| acc | + | Bederson, LLP, c/o Charles N. Persing, CPA/CFF, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| i | + | Danielle Portnoy, 155 N. Elm Avenue, Newtown, PA 18940-2225 |
| intp | + | EVC Turnpike Dr., LLC, 2910 Franks Rd., Suite 3, Huntingdon Valley, PA 19006-4253 |
| cr | + | Michael Carson, Maxis Construction Group, 1320 Industrial Boulevard, Unit B2, Southampton, PA 18966-4060 |
| r | ++ | STAR REAL ESTATE GROUP INC, 1500 WALNUT STREET, STE 1103, PHILADELPHIA PA 19102-3506 address filed with court:, Star Real Estate Group, Inc., c/o Richard Astrella, 510 Walnut Street, Suite 100, Philadelphia, PA 16106 |
| i | + | SamZach Irrevocable Trust, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200 Philadelphia, PA 19147-1612 |
| cr | + | Southampton Industrial Mews Condominium Associatio, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 107 E. Oakland Ave, Doylestown, PA 18901-4610 |
| cr | + | State of Michigan, Department of Treasury, Cadillac Place, 3030 W. Grand Blvd., Ste. 10-240, Detroit, MI 48202-6030 |
| cr | | Wilentz, Goldman & Spitzer P.A., Two Penn Center Plaza, Suite 910, Philadelphia, PA 19102 |
| 13551117 | | Ahern Rentals, P. O. Box 271390, Las Vegas, NV 89127-1390 |
| 13367628 | | American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 13376041 | + | Bank of the West, c/o REBECCA PRICE, Norris, McLaughlin & Marcus, P.A., 1611 Pond Road, Suite 300, Allentown, PA 18104-2258 |
| 13362086 | + | Bank of the West, Inc., 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 13362142 | + | Begley, Carlin & Mandio, LLP, P. O. Box 308, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 13362157 | | Berkheimer Tax Admin, PO Box 905, Bangor, PA 18013-0905 |
| 14041250 | + | Braverman, Kaskey, P.C., Attention : Benjamin A. Garber, Esquire, One Liberty Place, 56th Floor, 1650 Market Street, Phila., PA 19103-7301 |
| 13362152 | | Central States Southeast and Southwest Areas, Health and Welfare and Pension Funds, P. O. Box 5108, Des Plaines, IL 60017-5108 |
| 13362178 | | Children's Hospital, 34th Street and Civic Center Boulevard, Philadelphia, PA 19104 |
| 13362088 | + | Ciardi Ciardi & Astin, One Commerce Square, 2005 Market Street, Suite 1930, Philadelphia, PA 19103-7042 |
| 13362035 | + | CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63368-2240 |
| 13362087 | + | Cohen, Cooper, Estep & Allen, 3330 Cumberland Boulevard, Ste 600, Atlanta, GA 30339-8100 |
| 13362146 | | Collection Division, Michigan Department of Treasury, PO Box 30199, Lansing, MI 48909-7699 |
| 13362181 | + | Danielle Portnoy, 15 Elm Road, Newtown, PA 18940-2223 |
| 13777357 | #+ | Danielle Portnoy as Trustee of the, SamZach Irrevocable Trust, c/o Robert Krandel, Esq., Freeman Mathis & Gary LLP, 1800 JFK Blvd., Ste. 1500 Phila., PA 19103-7401 |
| 13362118 | + | Davis Bucco and Ardizzi, 10 East 6th Ave, Ste 100, Conshohocken, PA 19428-1798 |
| 13362155 | | Delaware Department of Labor, Division of Unemployment Insurance, PO Box 9953, Wilmington, DE 19809-0953 |
| 13362143 | + | Employer Charging, PO Box 1618, Columbus, OH 43216-1618 |
| 13362151 | + | Eric Heinz, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 13362112 | + | First Sealord Surety, Inc., in Liquidation, PA Insurance Department-Office of, Liquidation Rehabilitations & Special Fu, 901 N. 7th Street, Suite 201, Harrisburg, PA 17102-1413 |
| 13362117 | + | Hoffman International, Inc., 300 South Randolphville Road, Piscataway, NJ 08854-4157 |
| 13362036 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NationStar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 13362079 | | NJ Department of Labor and, Workforce Development, P. O. Box 389, Trenton, NJ 08625-0389 |
| 13362158 | + | Nicholas J. Ettorre, Tax Collector, PO Box 475, Washington Crossing, PA 18977-0475 |
| 13362144 | ++ | OKLAHOMA TAX COMMISSION, GENERAL COUNSEL S OFFICE, 100 N BROADWAY AVE SUITE 1500, OKLAHOMA CITY OK 73102-8601 address filed with court:, Oklahoma Tax Commission, PO Box 26920, Oklahoma City, OK 73126-0920 |
| 13363427 | | PA Department of Revenue, P. O. Box 280604, Harrisburg, PA 17128-0604 |

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| | | |
|---|---|---|
| 13362160 | + | PA Dept of Labor & Industry, State Workers' Insurance Fund, 100 Lackawanna Ave, PO Box 5100, Scranton, PA 18505-5100 |
| 13362153 | | PA Dept. of Labor & Industry, Employers' Charge Section, PO Box 67504, Harrisburg, PA 17106-7504 |
| 13362150 | + | PA Dept. of Labor and Industry, 1171 S Cameron Street, Harrisburg, PA 17104-2510 |
| 13362145 | | Pennsylvania SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 13456153 | + | Pennsylvania State Workers', Insurance Fund, Mary Woodbridge, State Workers' Insurance Fund, 100 Lackawanna Ave Scranton, PA 18503-1966 |
| 13362085 | + | Premcor Refining Group d/b/a, Valero Port Arthur Refinery, One Valero Way, San Antonio, TX 78249-1616 |
| 13362080 | + | R&J Trucking, 8063 Southern Boulevard, Boardman, OH 44512-6306 |
| 13548318 | + | R&J Trucking Co., 8063 Southern Boulevard, Youngstown, OH 44512-6306 |
| 13362090 | + | Republic Bank, 50 S 16th St, Ste #2400, Philadelphia, PA 19102-2526 |
| 13362180 | + | Revenue Collection Bureau, 5900 Torresdale Ave, Philadelphia, PA 19135-4127 |
| 13367232 | + | Sam Zach Irrevocable Trust, 155 North Elm Avenue, Newtown, PA 18940-2225 |
| 13362082 | + | Southampton Industrial Mews, Condominium Association, 350 South Main Street, Doylestown, PA 18901-4871 |
| 13362147 | | State of Connecticut, Department of Labor, PO Box 2940, Hartford, CT 06104-2940 |
| 13531487 | + | State of Michigan, Department of Treasury, Cadillac Place, 3030 W. Grand Blvd., Ste. 10-200, Detroit, MI 48202-6030 |
| 13362149 | | State of NJ Dept. of Labor, Bureau of Benefit Payment Control, PO Box 946, Trenton, NJ 08625-0946 |
| 13362159 | | State of New Jersey, Division of Employer Accounts, PO Box 059, Trenton, NJ 08625-0059 |
| 13556684 | | State of New Jersey Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 13362141 | + | The Bank of New York Mellon, 500 Grant Street - 1000, Pittsburgh, PA 15258-0001 |
| 14466282 | + | US Bank NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13362156 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 13362083 | + | Van Cleef Engineering Associates, LLC, 501 North Main Street, Doylestown, PA 18901-3405 |
| 13380253 | + | Wells Fargo Equipment Finance Inc., c/o LYNDSAY ELIZABETH ROWLAND, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA 19103-5447 |
| 13362113 | + | Wells Fargo Equipment Finance, Inc., 733 Marquette Ave., Suite 700, Minneapolis, MN 55402-2356 |
| 13379924 | + | Wells Fargo Equipment Finance, Inc., c/o Lyndsay E. Rowland, Esquire, The Lamm Group, 1608 Walnut Street, Suite 703 Philadelphia, PA 19103-5447 |
| 13362114 | + | Wilentz, Goldman & Spitzer, Two Penn Center, Suite 910, Philadelphia, PA 19102-1742 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 26 2021 01:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2021 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2021 01:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13362179 | Email/Text: megan.harper@phila.gov | Feb 26 2021 01:04:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105 |
| 13362035 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:13:16 | CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63368-2240 |
| 13362078 | + Email/Text: bjones@cbankus.com | Feb 26 2021 01:03:00 | Continental Bank, Attn: Brad Jones, 15 West South Temple, Suite 420, Salt Lake City, UT 84101-1514 |
| 13362034 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | Feb 26 2021 01:03:00 | De Lage Laden Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 13367231 | Email/Text: camanagement@mtb.com | Feb 26 2021 01:04:00 | Hudson City Savings Bank, 80 Century Road, Paramus, NJ 07652 |
| 13532376 | + Email/Text: camanagement@mtb.com | Feb 26 2021 01:04:00 | Hudson City Savings Bank, west 80 Century Road, Paramus, NJ 07652-1437 |
| 13363426 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2021 01:04:00 | IRS, C/O Special Procedures, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 13362182 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 26 2021 01:13:08 | Chase, PO Box 15123, Wilmington, DE |

| Recip ID | Bypass Reason | Email/Text Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 13362154 | | Email/Text: LDRBankruptcy.EBN@la.gov | Feb 26 2021 01:03:00 | Louisiana Department of Revenue, PO Box 1231, Baton Rouge, LA 70821-1231 19850-5123 |
| 13362089 | | Email/Text: MarcsBankruptcyUnit@michigan.gov | Feb 26 2021 01:04:00 | Michigan Dept. of Treasury, PO Box 30199, Lansing, MI 48909-7699 |
| 13362148 | | Email/Text: bankruptcy@oesc.state.ok.us | Feb 26 2021 01:04:00 | Oklahoma Employment Security Commission, P.O. Box 52003, Oklahoma City, OK 73152-2003 |
| 13362116 | + | Email/Text: UIA-Bankruptcy@michigan.gov | Feb 26 2021 01:03:00 | State of Michigan, Dept of Licensing and Regulatory Affairs, 3024 W Grand Blvd, Detroit, MI 48202-6024 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cheryl Murphy |
| intp | | John L. Murphy |
| cr | | Republic First Bank d/b/a Republic Bank, Two Liberty Place, 50 South 16th Street, Suite 2400, Philadelphia |
| cr | * | American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| cr | *+ | Bank of the West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| br | *P++ | STAR REAL ESTATE GROUP INC, 1500 WALNUT STREET, STE 1103, PHILADELPHIA PA 19102-3506, address filed with court:, Star Real Estate Group, Inc., c/o Richard Astrella, 510 Walnut Street, Suite 100, Philadelphia, PA 16106 |
| 13558210 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13565674 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT M BELMONT, III | on behalf of Interpleader Danielle Portnoy abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Zachary Portnoy abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Danielle Portnoy abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 7 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 77 |

ALBERT M BELMONT, III
  on behalf of Defendant Samzach Partners L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Sam-Zachary Partners LLC abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Samantha Portnoy abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Altchem Environmental Services Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant BF Services L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Altchem Environmental Services Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Defendant Maxsys Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com

ALBERT M BELMONT, III
  on behalf of Interpleader SamZach Irrevocable Trust abelmont@bochettoandlentz.com mkamins@bochettoandlentz.com

ANDREW F GORNALL
  on behalf of Creditor M&T BANK agornall@kmllawgroup.com bkgroup@kmllawgroup.com

BENJAMIN A. GARBER
  on behalf of Vorndran Construction Inc. BGarber@braverlaw.com, dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com

BENJAMIN A. GARBER
  on behalf of Debtor Barry Portnoy BGarber@braverlaw.com dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com

BENJAMIN A. GARBER
  on behalf of Braverman Kaskey PC BGarber@braverlaw.com dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com

DANIEL J. MCGRAVEY
  on behalf of Plaintiff Republic First Bank d/b/a Republic Bank dmcgravey@clarkhill.com

DANIEL MICHAEL PEREIRA
  on behalf of Plaintiff Republic First Bank d/b/a Republic Bank dpereira@stradley.com

DAVID B. SMITH
  on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID L. BRAVERMAN
  on behalf of Debtor Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DAVID L. BRAVERMAN
  on behalf of Plaintiff Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

DAVID L. BRAVERMAN
  on behalf of Defendant Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com

GAETAN J. ALFANO
  on behalf of Attorney Michael E. Carson Esquire GJA@Pietragallo.com

GAETAN J. ALFANO
  on behalf of Creditor Michael Carson GJA@Pietragallo.com

GARY DAVID BRESSLER
  on behalf of Interested Party Bonnie B. Finkel Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, dwhite@mdmc-law.com;scarney@mdmc-law.com

GARY F SEITZ
  on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com

GARY F SEITZ
  on behalf of Plaintiff Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 77 |

GARY F SEITZ
    on behalf of Attorney Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com

GARY F SEITZ
    on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com

GEORGE BOCHETTO
    on behalf of Defendant Danielle Portnoy gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Maxsys Inc. gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Zachary Portnoy gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Samantha Portnoy gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Altchem Environmental Services Inc. gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant BF Services L.P. gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interpleader Danielle Portnoy gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Samzach Partners L.P. gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Sam-Zachary Partners LLC gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com

GILBERT B. WEISMAN
    on behalf of Creditor American Express Bank FSB notices@becket-lee.com

HOLLY SMITH MILLER
    on behalf of Broker BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Robert H. Holber Chapter 7 Trustee hsmiller@gsbblaw.com, abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Attorney Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Accountant Bederson LLP hsmiller@gsbblaw.com, abrown@gsbblaw.com

JASON BRETT SCHWARTZ
    on behalf of Creditor The Bank of New York Mellon jschwartz@mesterschwartz.com

JEFFREY KURTZMAN
    on behalf of Defendant Samzach Partners L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Sam-Zachary Partners LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Danielle Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Samantha Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Altchem Environmental Services Inc. Kurtzman@kurtzmansteady.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 77 |

JEFFREY KURTZMAN
    on behalf of Defendant BF Services L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Interpleader Danielle Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Interpleader SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Zachary Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
    on behalf of Defendant Maxsys Inc. Kurtzman@kurtzmansteady.com

JEROME B. BLANK
    on behalf of Creditor Wilmington Savings Fund Society et. al. paeb@fedphe.com

JOHN E. KASKEY
    on behalf of Defendant Barry Portnoy Jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN E. KASKEY
    on behalf of Debtor Barry Portnoy Jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN E. KASKEY
    on behalf of Attorney Braverman Kaskey PC Jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com

JON M. ADELSTEIN
    on behalf of Attorney Adelstein & Kaliner LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com

JON M. ADELSTEIN
    on behalf of Attorney Michael E. Carson Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com

JONATHAN W. HUGG
    on behalf of Creditor Republic First Bank d/b/a Republic Bank jhugg@schnader.com 2297860420@filings.docketbird.com,Kpoehls@schnader.com

JONATHAN W. HUGG
    on behalf of Plaintiff Republic First Bank d/b/a Republic Bank jhugg@schnader.com 2297860420@filings.docketbird.com,Kpoehls@schnader.com

JONATHAN W. HUGG
    on behalf of Plaintiff Republic First Bank d/b/a Republic Bank jhugg@schnader.com, 2297860420@filings.docketbird.com,Kpoehls@schnader.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Wilmington Savings Fund Society et. al. paeb@fedphe.com

JOSHUA B. KAPLAN
    on behalf of Vorndran Construction Inc. kaplan@braverlaw.com, powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA B. KAPLAN
    on behalf of Plaintiff Barry Portnoy kaplan@braverlaw.com powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA B. KAPLAN
    on behalf of Defendant Barry Portnoy kaplan@braverlaw.com powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor M&T BANK Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KARINA VELTER
    on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

KATHERINE KAKISH
    on behalf of Creditor State of Michigan Department of Treasury kakishk@michigan.gov

KEVIN G. MCDONALD
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of Andrew R. Vara kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNDSAY ELIZABETH ROWLAND

| | |
|---|---|
| | on behalf of Creditor Wells Fargo Equipment Finance Inc. lrowland@starfieldsmith.com, arosen@starfieldsmith.com |
| MARIO J. HANYON | on behalf of Creditor Wilmington Savings Fund Society et. al. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW R. SKOLNIK | on behalf of Creditor Wilentz Goldman & Spitzer P.A. mskolnik@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com |
| MICHAEL H. KALINER | on behalf of Attorney Adelstein & Kaliner LLC mhkaliner@gmail.com |
| MICHAEL L. TEMIN | on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com |
| MICHAEL L. TEMIN | on behalf of Mediator Michael Temin mtemin@foxrothschild.com |
| NICHOLAS S. HERRON | on behalf of Plaintiff Andrew R. Vara nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov |
| PETER J. LEYH | on behalf of Defendant Barry Portnoy pleyh@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com;mervis@braverlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B) bkgroup@kmllawgroup.com |
| REBECCA J. PRICE | on behalf of Creditor Bank of the West rprice@thslaw.com kbambary@nmmlaw.com |
| RICHARD A. BARKASY | on behalf of Plaintiff Republic First Bank d/b/a Republic Bank rbarkasy@schnader.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| SARAH R. GOODMAN | on behalf of Creditor Michael Carson goodmansa@gtlaw.com pintob@gtlaw.com |
| STEFAN RICHTER | on behalf of Creditor Southampton Industrial Mews Condominium Association srichter@clemonslaw.com |
| STEPHEN G. HARVEY | on behalf of Defendant Republic First Bank steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com |
| STEPHEN G. HARVEY | on behalf of Defendant Jonathan Hugg steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com |
| STEPHEN G. HARVEY | on behalf of Creditor Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com |
| STEVEN E. OSTROW | on behalf of Interested Party EVC Turnpike Dr. LLC ostrows@whiteandwilliams.com |
| THOMAS I. PULEO | on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 102

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BARRY PORTNOY, | : | BANKR. NO. 14-16081MDC |
| | : | |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE | : | ADV. NO. 15-448MDC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY PORTNOY, | : | |
| Defendant | : | |

_____

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States Trustee has filed a **Motion to Approve Stipulation and Consent Order Dismissing Adversary Complaint Pursuant to Federal Rule of Bankruptcy Procedure 7041 and to Prohibit Debtor From Filing Bankruptcy Case** with the Court.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **twenty-one days from date of service**, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:
           U.S. Bankruptcy Court, Eastern District of Pennsylvania
           900 Market Street, Suite 400
           Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:
           Kevin P. Callahan, Trial Attorney
           Office of the U.S. Trustee
           200 Chestnut Street, Suite 502
           Philadelphia, PA  19106
           (215) 597-4411 fax (215) 923-1293

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3.  A hearing on the motion is scheduled to be held before the Honorable Chief Magdeline D. Coleman on **March 31, 2021, at 11:30 a.m**., in Courtroom #2**,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  **The hearing will be held telephonically, and if you wish to participate, you may call 1-877-336-1828 Authorization code 7855846 on said date and time.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

   4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 23, 2021