# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Barry Portnoy** | : | **Case No.:** 14-16081 |
| | : | **Chapter 7** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **The Bank of New York Mellon f/k/a The Bank of New York as trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA1** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-024896_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 14-16081** |
| **Barry Portnoy** : | **Chapter 7** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon f/k/a The** : | **Related Document #** |
| **Bank of New York as trustee for First** : | |
| **Horizon Alternative Mortgage Securities** : | |
| **Trust 2005-FA1** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Barry Portnoy** : | |
| | |
| **Robert H. Holber** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Robert H. Holber, Chapter 7 Trustee, 41 East Front Street, Media, PA 19063, trustee@holber.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

David L. Braverman, Attorney for Barry Portnoy, One Liberty Place, 56th Floor, 1650 Market Street, Philadelphia, PA 19103

Barry Portnoy, 101 Edwards Drive, Richboro, PA 18966

Barry Portnoy, 12 South Rumson Avenue, Margate, NJ 08402


DATE: <u>March 6, 2021</u>

/s/ Sarah E. Barngrover

18-024896_PS

Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-024896_PS