**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BARRY PORTNOY, | : | BANKR. NO. 14-16081 (MDC) |
| | : | |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 15-00448 (MDC) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BARRY PORTNOY, | : | |
| | : | |
| Defendant. | : | |

_____

**CERTIFICATE OF NO OBJECTION OR RESPONSE TO**
**THE UNITED STATES TRUSTEE'S MOTION TO APPROVE**
**STIPULATION AND CONSENT ORDER DISMISSING ADVERSARY COMPLAINT**

The United States Trustee, by and through counsel, hereby certifies that no answer, objection, or responsive pleading was filed in response to the United States Trustee's Motion to Approve Stipulation and Consent Order between the United States Trustee and Barry Portnoy to dismiss Adversary Complaint pursuant to Federal Rule of Bankruptcy Procedure 7041 with prejudice and to prohibit Barry Portnoy from filing a bankruptcy case until such date no earlier than July 30, 2022. The United States Trustee respectfully requests that this Court enter the Order submitted with the Motion and an Order closing this case.

                                              Respectfully Submitted,

                                              ANDREW R. VARA
                                              United States trustee
                                              For Regions 3 and 9

                              By:    */s/ Kevin P. Callahan*_____
                                              Kevin P. Callahan, Trial Attorney
                                              200 Chestnut Street, Suite 502
                                              Philadelphia, Pennsylvania 19106
DATED:  March 30, 2021                (215) 597-4411