# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BARRY PORTNOY, | : | BANKR. NO. 14-16081-MDC |
| | : | |
| Debtor. | | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, PROHIBITING DEBTOR FROM FILING BANKRUPTCY CASE, AND CLOSING ESTATE

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED, Barry Portnoy is prohibited from filing a bankruptcy case prior to July 30, 2022.

IT IS FURTHER ORDERED that this case is hereby closed.

April 5, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge