United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 14-16081-mdc
Barry Portnoy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 6
Date Rcvd: Apr 06, 2021     Form ID: pdf900     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Barry Portnoy, 101 Edwards Drive, Richboro, PA 18966-1174 |
| aty | | Braverman Kaskey PC, 1560 Market Street, 56th Floor, Philadelphia, PA 19103 |
| md | + | ASHELY M. CHAN, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299 |
| cr | | American Express Bank FSB, c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| acc | + | Bederson, LLP, c/o Charles N. Persing, CPA/CFF, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| i | + | Danielle Portnoy, 155 N. Elm Avenue, Newtown, PA 18940-2225 |
| intp | + | EVC Turnpike Dr., LLC, 2910 Franks Rd., Suite 3, Huntingdon Valley, PA 19006-4253 |
| cr | + | Michael Carson, Maxis Construction Group, 1320 Industrial Boulevard, Unit B2, Southampton, PA 18966-4060 |
| r | ++ | STAR REAL ESTATE GROUP INC, 1500 WALNUT STREET, STE 1103, PHILADELPHIA PA 19102-3506 address filed with court:, Star Real Estate Group, Inc., c/o Richard Astrella, 510 Walnut Street, Suite 100, Philadelphia, PA 16106 |
| i | + | SamZach Irrevocable Trust, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady, LLC, 401 S. 2nd Street, Suite 200 Philadelphia, PA 19147-1612 |
| cr | + | Southampton Industrial Mews Condominium Associatio, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 107 E. Oakland Ave, Doylestown, PA 18901-4610 |
| cr | + | State of Michigan, Department of Treasury, Cadillac Place, 3030 W. Grand Blvd., Ste. 10-240, Detroit, MI 48202-6030 |
| cr | | Wilentz, Goldman & Spitzer P.A., Two Penn Center Plaza, Suite 910, Philadelphia, PA 19102 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 07 2021 04:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 07 2021 04:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bknotices@bankofthewest.com | Apr 07 2021 04:49:53 | Bank of the West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Cheryl Murphy |
| intp | | John L. Murphy |
| cr | | Republic First Bank d/b/a Republic Bank, Two Liberty Place, 50 South 16th Street, Suite 2400, Philadelphia |

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 17 |

br          *P++          STAR REAL ESTATE GROUP INC, 1500 WALNUT STREET, STE 1103, PHILADELPHIA PA 19102-3506, address filed with court:, Star Real Estate Group, Inc., c/o Richard Astrella, 510 Walnut Street, Suite 100, Philadelphia, PA 16106

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT M BELMONT, III | on behalf of Altchem Environmental Services  Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant BF Services  L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Altchem Environmental Services  Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Maxsys  Inc. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Interpleader SamZach Irrevocable Trust abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Interpleader Danielle Portnoy abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Zachary Portnoy abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Danielle Portnoy abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Samzach Partners  L.P. abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Sam-Zachary Partners  LLC abelmont@bochettoandlentz.com, mkamins@bochettoandlentz.com |
| ALBERT M BELMONT, III | on behalf of Defendant Samantha Portnoy abelmont@bochettoandlentz.com  mkamins@bochettoandlentz.com |
| ANDREW F GORNALL | on behalf of Creditor M&T BANK agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BENJAMIN A. GARBER | |

| | |
|---|---|
| | on behalf of Braverman Kaskey PC BGarber@braverlaw.com dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com |
| BENJAMIN A. GARBER | on behalf of Vorndran Construction Inc. BGarber@braverlaw.com, dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com |
| BENJAMIN A. GARBER | on behalf of Debtor Barry Portnoy BGarber@braverlaw.com dmayfield@braverlaw.com;dmarano@braverlaw.com;belle@braverlaw.com |
| DANIEL J. MCGRAVEY | on behalf of Plaintiff Republic First Bank d/b/a Republic Bank dmcgravey@clarkhill.com |
| DANIEL MICHAEL PEREIRA | on behalf of Plaintiff Republic First Bank d/b/a Republic Bank dpereira@stradley.com |
| DAVID B. SMITH | on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID L. BRAVERMAN | on behalf of Defendant Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com |
| DAVID L. BRAVERMAN | on behalf of Debtor Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com |
| DAVID L. BRAVERMAN | on behalf of Plaintiff Barry Portnoy dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com;mervis@braverlaw.com |
| GAETAN J. ALFANO | on behalf of Attorney Michael E. Carson Esquire GJA@Pietragallo.com |
| GAETAN J. ALFANO | on behalf of Creditor Michael Carson GJA@Pietragallo.com |
| GARY DAVID BRESSLER | on behalf of Interested Party Bonnie B. Finkel Chapter 7 Trustee of the bankruptcy estate of Demrex Industrial Services, Inc. gbressler@mdmc-law.com, dwhite@mdmc-law.com;scarney@mdmc-law.com |
| GARY F SEITZ | on behalf of Trustee ROBERT H. HOLBER gseitz@gsbblaw.com |
| GARY F SEITZ | on behalf of Plaintiff Robert H. Holber gseitz@gsbblaw.com |
| GARY F SEITZ | on behalf of Plaintiff Republic First Bank d/b/a Republic Bank gseitz@gsbblaw.com |
| GARY F SEITZ | on behalf of Attorney Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com |
| GEORGE BOCHETTO | on behalf of Defendant Danielle Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Sam-Zachary Partners LLC gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Samantha Portnoy (as Co-Trustee of the Revocable Deed of Trust of Danielle M. Portnoy) gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Danielle Portnoy (as Trustee of the "SamZach Irrevocable Trust") gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Danielle Portnoy gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Maxsys Inc. gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Zachary Portnoy gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Samantha Portnoy gbochetto@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Altchem Environmental Services Inc. gbochetto@bochettoandlentz.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 17 |

GEORGE BOCHETTO
on behalf of Defendant BF Services L.P. gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interpleader Danielle Portnoy gbochetto@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant Samzach Partners L.P. gbochetto@bochettoandlentz.com

GILBERT B. WEISMAN
on behalf of Creditor American Express Bank FSB notices@becket-lee.com

HOLLY SMITH MILLER
on behalf of Robert H. Holber Chapter 7 Trustee hsmiller@gsbblaw.com, abrown@gsbblaw.com

HOLLY SMITH MILLER
on behalf of Attorney Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
on behalf of Plaintiff Robert H. Holber hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
on behalf of Accountant Bederson LLP hsmiller@gsbblaw.com, abrown@gsbblaw.com

HOLLY SMITH MILLER
on behalf of Broker BHHS-Fox & Roach Realtors hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com  abrown@gsbblaw.com

JASON BRETT SCHWARTZ
on behalf of Creditor The Bank of New York Mellon jschwartz@mesterschwartz.com

JEFFREY KURTZMAN
on behalf of Defendant BF Services L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Interpleader Danielle Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Interpleader SamZach Irrevocable Trust Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Zachary Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Maxsys Inc. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Samzach Partners L.P. Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Sam-Zachary Partners LLC Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Danielle Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Samantha Portnoy Kurtzman@kurtzmansteady.com

JEFFREY KURTZMAN
on behalf of Defendant Altchem Environmental Services Inc. Kurtzman@kurtzmansteady.com

JEROME B. BLANK
on behalf of Creditor Wilmington Savings Fund Society et. al. paeb@fedphe.com

JOHN E. KASKEY
on behalf of Attorney Braverman Kaskey PC Jkaskey@braverlaw.com  dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN E. KASKEY
on behalf of Defendant Barry Portnoy Jkaskey@braverlaw.com  dmarano@braverlaw.com;gollotto@braverlaw.com

JOHN E. KASKEY
on behalf of Debtor Barry Portnoy Jkaskey@braverlaw.com  dmarano@braverlaw.com;gollotto@braverlaw.com

JON M. ADELSTEIN
on behalf of Attorney Adelstein & Kaliner LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com

JON M. ADELSTEIN
on behalf of Attorney Michael E. Carson Esquire jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com

JONATHAN W. HUGG
on behalf of Creditor Republic First Bank d/b/a Republic Bank jhugg@schnader.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 17 |

2297860420@filings.docketbird.com,Kpoehls@schnader.com

JONATHAN W. HUGG
    on behalf of Plaintiff Republic First Bank d/b/a Republic Bank jhugg@schnader.com
    2297860420@filings.docketbird.com,Kpoehls@schnader.com

JONATHAN W. HUGG
    on behalf of Plaintiff Republic First Bank  d/b/a Republic Bank jhugg@schnader.com,
    2297860420@filings.docketbird.com,Kpoehls@schnader.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Wilmington Savings Fund Society  et. al. paeb@fedphe.com

JOSHUA B. KAPLAN
    on behalf of Plaintiff Barry Portnoy kaplan@braverlaw.com
    powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA B. KAPLAN
    on behalf of Defendant Barry Portnoy kaplan@braverlaw.com
    powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA B. KAPLAN
    on behalf of Vorndran Construction  Inc. kaplan@braverlaw.com,
    powell@braverlaw.com;belle@braverlaw.com;marano@braverlaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor M&T BANK Josh.Goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KATHERINE KAKISH
    on behalf of Creditor State of Michigan  Department of Treasury kakishk@michigan.gov

KEVIN G. MCDONALD
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of Plaintiff Andrew R. Vara kevin.p.callahan@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of Andrew R. Vara kevin.p.callahan@usdoj.gov

LYNDSAY ELIZABETH ROWLAND
    on behalf of Creditor Wells Fargo Equipment Finance  Inc. lrowland@starfieldsmith.com, arosen@starfieldsmith.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Savings Fund Society  et. al. wbecf@brockandscott.com, wbecf@brockandscott.com

MATTHEW R. SKOLNIK
    on behalf of Creditor Wilentz  Goldman & Spitzer P.A. mskolnik@wilentz.com,
    jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

MICHAEL H. KALINER
    on behalf of Attorney Adelstein & Kaliner  LLC mhkaliner@gmail.com

MICHAEL L. TEMIN
    on behalf of Mediator MICHAEL L. TEMIN mtemin@foxrothschild.com

MICHAEL L. TEMIN
    on behalf of Mediator Michael Temin mtemin@foxrothschild.com

NICHOLAS S. HERRON
    on behalf of Plaintiff Andrew R. Vara nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

PETER J. LEYH
    on behalf of Defendant Barry Portnoy pleyh@braverlaw.com
    dmarano@braverlaw.com;gollotto@braverlaw.com;mervis@braverlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
    TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII(B) bkgroup@kmllawgroup.com

REBECCA J. PRICE
    on behalf of Creditor Bank of the West rprice@thslaw.com  kbambary@nmmlaw.com

RICHARD A. BARKASY
    on behalf of Plaintiff Republic First Bank  d/b/a Republic Bank rbarkasy@schnader.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 17 |

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

SARAH R. GOODMAN
    on behalf of Creditor Michael Carson goodmansa@gtlaw.com pintob@gtlaw.com

STEFAN RICHTER
    on behalf of Creditor Southampton Industrial Mews Condominium Association srichter@clemonslaw.com

STEPHEN G. HARVEY
    on behalf of Defendant Republic First Bank steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com

STEPHEN G. HARVEY
    on behalf of Defendant Jonathan Hugg steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com

STEPHEN G. HARVEY
    on behalf of Creditor Republic First Bank d/b/a Republic Bank steve@steveharveylaw.com david@steveharveylaw.com;theresa@steveharveylaw.com

STEVEN E. OSTROW
    on behalf of Interested Party EVC Turnpike Dr. LLC ostrows@whiteandwilliams.com

THOMAS I. PULEO
    on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 102

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| BARRY PORTNOY, | : | BANKR. NO. 14-16081-MDC |
| | : | |
| Debtor. | | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, PROHIBITING DEBTOR FROM FILING
BANKRUPTCY CASE, AND CLOSING ESTATE**

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED, Barry Portnoy is prohibited from filing a bankruptcy case prior to July 30, 2022.

IT IS FURTHER ORDERED that this case is hereby closed.

April 5, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge